**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Archie Beaton
                     Plaintiff,

v.                                                 Case No.: 1:13–cv–08389
                                                   Honorable Andrea R. Wood

SpeedyPC Software
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 28, 2014:

      MINUTE entry before the Honorable Andrea R. Wood: Pursuant to the joint request of the parties, status hearing set for 2/4/2014 is stricken. The parties need not appear. Status hearing set for 2/18/2014 at 09:00 AM. Mailed notice(ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.