# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Archie Beaton

                Plaintiff,

v.                                      Case No.: 1:13–cv–08389
                                                    Honorable Andrea R. Wood

SpeedyPC Software

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 18, 2014:

      MINUTE entry before the Honorable Andrea R. Wood: Status hearing held; continued to 4/16/2014 at 9:00 a.m. Defendants shall file their motion to dismiss on 2/21/2014. Plaintiff's response shall be filed on 3/7/2014. Plaintiffs reply shall be filed by 3/14/2014. The Court will rule by mail. Plaintiffs motion for class certification [2] is denied without prejudice for the reason stated on the record. The parties shall proceed with initial disclosures and written discovery. Deposition discovery is stayed. Mailed notice(ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.