599900　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　2246-756

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ARCHIE BEATON, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) | |
| ) | No. 1:13-cv-08389 |
| v. ) | |
| ) | Honorable Andrea R. Wood |
| SPEEDYPC SOFTWARE, a British Columbia company, ) ) ) | |
| Defendants. ) | |

**AGREED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

The Parties hereby move this Court to extend the date for SpeedyPC Software to answer or otherwise plead to the Complaint and in support thereof state as follows:

1. The Complaint was filed on November 30, 2013.

2. The response of SpeedyPC Software to the Complaint is due February 21, 2014.

3. Due to an illness of counsel for SpeedyPC Software, counsel for plaintiff agreed to grant SpeedyPC Software a 1 day extension to February 24, 2014 to file its Motion to Dismiss.

WHEREFORE, the Parties respectfully request that this Court extend the time for SpeedyPC Software to file its Motion to Dismiss to February 24, 2014.

| **ARCHIE BEATON** | **SPEEDYPC SOFTWARE, INC.** |
|---|---|
| By: /s/ Benjamin H. Richman | By: /s/ Kevin Kearney |
| Benjamin H. Richman | Kevin Kearney (IL Bar 6313204) |
| Edelson PC | Tressler LLP |
| 350 North LaSalle Street, Suite 1300 | 233 S. Wacker Drive, 22nd Floor |
| Chicago, Illinois 60654 | Chicago, Illinois 60606 |
| Tel: (312) 589-6370 | Tel: (312) 627-4011 |
| Fax: (312) 589-6378 | Fax: (312) 627-1717 |
| rbalabanian@edelson.com | kkearney@tresslerllp.com |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ARCHIE BEATON, individually and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SPEEDYPC SOFTWARE, a British Columbia company, )<br>)<br>Defendants. ) | No. 1:13-cv-08389<br><br>Honorable Andrea R. Wood |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2014, I electronically filed an Agreed Motion to Extend Time to Respond to Complaint with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Rafey S. Balabanian
Chandler Randolph Givens
David Ira Mindell
Benjamin Harris Richman
Courtney Booth
**Edelson PC**
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378
rbalabanian@edelson.com
cgivens@edelson.com
dmindell@edelson.com
brichman@edelson.com
cbooth@edelson.com

                                                **SPEEDYPC SOFTWARE**

                                                By: /s/ Kevin Kearney
                                                Kevin Kearney (IL Bar 6313204)
                                                Tressler LLP
                                                233 S. Wacker Drive, 22nd Floor
                                                Chicago, Illinois 60606
                                                Tel: (312) 627-4011
                                                Fax: (312) 627-1717
                                                kkearney@tresslerllp.com