#599878 2246-753

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARCHIE BEATON, individual and on behalf of all others similarly situated, | ) ) ) | Case No. 1:13-cv-08389 |
| Plaintiff, | ) ) | The Honorable Andrea R. Wood |
| v. | ) ) | Magistrate Judge Geraldine Soat Brown |
| SPEEDYPC SOFTWARE., a British Columbia company, | ) ) ) | |
| Defendant. | ) | |

## **RULE 12(b)(6) MOTION TO DISMISS OF SPEEDYPC SOFTWARE**

SpeedyPC Software (Speedy), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby submits its Motion to Dismiss and states as follows:

1. All of Beaton's claims set forth in the Complaint are based on Beaton's purchase of SpeedyPC Pro, a computer utility program. Beaton purchased and installed SpeedyPC Pro to remedy performance issues with his computer.

2. The Complaint fails to state a claim for fraudulent inducement because it lacks the heightened pleading specificity for such claims required by Federal Rule of Civil Procedure 9(b).

3. The Complaint fails to state a claim for violations of the ICFA because Beaton cannot show how Speedy's alleged misrepresentations harmed him.

4. Beaton's breach of contract claim fails because he has failed to sufficiently allege any breach.

5. Beaton's unjust enrichment claim fails because it is predicated on the same conduct underlying his ICFA and fraudulent inducement claims.

WHEREFORE, Speedy respectfully moves this Court to dismiss the Complaint with prejudice and award such other relief as the Court deems just and proper.

Dated: February 24, 2014          **SPEEDYPC SOFTWARE**

By: /s/ Jacqueline A. Criswell
One of its Attorneys

Jacqueline A. Criswell (IL #6180148)
Kevin Kearney (IL #6313204)
Tressler LLP
233 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
Tel: (312) 627-4003
Fax: (312) 627-1717
jcriswell@tresslerllp.com
kkearney@tresslerllp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2014, I electronically filed SpeedyPC Software's Rule 12(b)(6) Motion to Dismiss with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Rafey S. Balabanian
Chandler Randolph Givens
David Ira Mindell
Benjamin Harris Richman
Courtney Booth
**Edelson PC**
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378
rbalabanian@edelson.com
cgivens@edelson.com
dmindell@edelson.com
brichman@edelson.com
cbooth@edelson.com

**SPEEDYPC SOFTWARE**

By: /s/ Jacqueline A. Criswell
Jacqueline A. Criswell (IL #6180148)
Tressler LLP
233 S. Wacker Drive, 22nd Floor
Chicago, Illinois 60606
Tel: (312) 627-4011
Fax: (312) 627-1717
kkearney@tresslerllp.com