UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Archie Beaton
                Plaintiff,

v.                                        Case No.: 1:13−cv−08389
                                                Honorable Andrea R. Wood

SpeedyPC Software
                Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, September 2, 2014:

      MINUTE entry before the Honorable Andrea R. Wood: Status hearing held; continued to 10/14/2014 at 9:00 a.m. Defendant's motion to dismiss [16] is denied. Memorandum Opinion and Order to follow separately. Defendant shall answer the complaint by 9/17/2014. Defendant reported that Defendant anticipates filing a motion to transfer this case based on forum non conveniens. Defendant shall file its motion to transfer on or before 9/9/2014; Plaintiff shall respond by 9/23/2014; and Defendant shall reply by 9/30/2014. Ruling by mail. Pursuant to the discussion held in open court, the stay on deposition discovery is lifted. The parties shall meet and confer regarding a discovery plan and file a proposed schedule with the Court by 9/16/2014. Mailed notice (ac, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.