# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| ARCHIE BEATON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>SPEEDYPC SOFTWARE, a British Columbia company,<br><br>*Defendant*. | Case No. 1:13-cv-08389<br><br>Honorable Andrea R. Wood |

## PROPOSED DISCOVERY SCHEDULE

Pursuant to the Court's September 2, 2014 Minute Entry (Dkt. 41), Plaintiff Archie Beaton ("Plaintiff") and Defendant SpeedyPC Software ("Defendant") hereby submit the following Proposed Discovery Schedules:

**I.     Beaton's Proposed Discovery Schedule**

| EVENT | PROPOSED DEADLINE |
|---|---|
| *Deadline to File Motions to Join Parties or Amend Pleadings* | January 15, 2015 |
| *Deadline to Complete Fact Discovery (Both Class and Merits)* | March 17, 2015 |
| *Plaintiff's Deadline to Disclose Expert Witnesses and Serve Expert Reports Relating to Class Certification* | April 17, 2015 |
| *Defendant's Deadline to Depose Plaintiff's Experts Relating to Class Certification* | May 15, 2015 |
| *Defendant's Deadline to Disclose Rebuttal Expert Witnesses Relating to Class Certification* | June 15, 2015 |
| *Plaintiff's Deadline to Depose Defendant's Rebuttal Expert Witnesses Relating to Class Certification* | July 14, 2015 |

| | |
|---|---|
| *Deadline for Completion of Expert Discovery Relating to Class Certification* | July 14, 2015 |
| *Plaintiff's Deadline to File Motion for Class Certification* | August 28, 2015 |
| *Defendant's Deadline to File Opposition to Motion for Class Certification* | September 25, 2015 |
| *Plaintiff's Deadline to File a Reply in Support of Motion for Class Certification* | October 9, 2015 |
| *Plaintiff's Deadline to Disclose Expert Witnesses Relating to Merits Issues* | Six (6) weeks following the Court's Order on class certification |
| *Defendant's Deadline to Disclose Rebuttal Expert Witnesses Relating to Merits Issues* | Ten (10) weeks following the Court's Order on class certification |

**II.     Speedy's Proposed Discovery Schedule**

Should this Court certify the putative class, Speedy anticipates that additional merits discovery will be necessary. To that end, it proposes the following discovery schedule:

| EVENT | PROPOSED DEADLINE |
|---|---|
| *Deadline to File Motions to Join Parties or Amend Pleadings* | December 15, 2014 |
| *Deadline to Complete Class Fact Discovery* | March 17, 2015 |
| *Plaintiff's Deadline to Disclose Expert Witnesses and Serve Expert Reports Relating to Class Certification* | April 17, 2015 |
| *Defendant's Deadline to Depose Plaintiff's Experts Relating to Class Certification* | May 15, 2015 |
| *Defendant's Deadline to Disclose Rebuttal Expert Witnesses Relating to Class Certification* | June 15, 2015 |
| *Plaintiff's Deadline to Depose Defendant's Rebuttal Expert Witnesses* | July 14, 2015 |
| *Deadline for Completion of Expert Discovery Relating to Class Certification* | July 14, 2015 |

| | |
|---|---|
| *Plaintiff's Deadline to File Motion for Class Certification* | August 28, 2015 |
| *Defendant's Deadline to File Opposition to Motion for Class Certification* | September 25, 2015 |
| *Plaintiff's Deadline to File a Reply in Support of Motion for Class Certification* | October 9, 2015 |
| *Deadline to Complete Merits Fact Discovery* | Six (6) months following the Court's Order on class certification |
| *Plaintiff's Deadline to Disclose Expert Witnesses Relating to Merits Issues* | Two (2) months following deadline to complete merits fact discovery |
| *Defendant's Deadline to Depose Plaintiff's Experts Relating to Merits Issues* | One (1) month following plaintiff's deadline to disclose expert witnesses related to merits issues |
| *Defendant's Deadline to Disclose Rebuttal Expert Witnesses Relating to Merits Issues* | One (1) month following plaintiff's deadline to disclose expert witnesses relating to merits issues |
| *Plaintiff's Deadline to Depose Defendant's Experts Relating to Merits Issues* | One (1) month following defendant's deadline to disclose expert witnesses relating to merits issues |

Dated: September 16, 2014

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| **ARCHIE BEATON**, individually and on behalf of all others similarly situated, | **SPEEDYPC SOFTWARE,** |
| By: /s/ Courtney C. Booth<br>One of Plaintiff's Attorneys | By: /s/ Kevin K. Kearney<br>One of Its Attorneys |
| Rafey S. Balabanian<br>rbalabanian@edelson.com<br>Benjamin H. Richman<br>brichman@edelson.com<br>Courtney C. Booth<br>cbooth@edelson.com<br>EDELSON PC<br>350 North LaSalle Street, Suite 1300<br>Chicago, Illinois 60654<br>Tel: 312.589.6370<br>Fax: 312.589.6378 | Jacqueline A. Criswell<br>jcriswell@tresslerllp.com<br>Kevin K. Kearney<br>kkearney@tresslerllp.com<br>Tressler LLP<br>223 South Wacker Drive, 22nd Floor<br>Chicago, Illinois 60606<br>Tel: 312.627.4000 |