**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| ARCHIE BEATON, individually and on behalf of all others similarly situated, | Case No. 1:13-cv-08389 |
| *Plaintiff*, | Honorable Andrea R. Wood |
| *v.* | |
| SPEEDYPC SOFTWARE, a British Columbia company, | |
| *Defendant*. | |

**JOINT MOTION TO EXTEND PLAINTIFF'S DEADLINE TO DEPOSE GARY THEOBALD AND THE BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS PURSUANT TO THE DOCTRINE OF *FORUM NON CONVENIENS***

Plaintiff Archie Beaton ("Beaton" or "Plaintiff") and Defendant SpeedyPC Software ("SpeedyPC" or "Defendant"), pursuant to Fed. R. Civ. P. 6(b), hereby jointly move the Court to enter an Order extending Plaintiff's deadline to depose Gary Theobald, as well as the briefing schedule on Defendant's motion to dismiss pursuant to the doctrine of *forum non conveniens* (the "Motion"), such that Plaintiff's deadline to depose Mr. Theobald is December 8, 2014, Plaintiff's deadline to oppose the Motion is due no later than December 22, 2014, and Defendant's reply in support of the Motion is due no later than January 5, 2015. In support of the instant motion, the Parties state as follows:

1.      On September 2, 2014, the Parties appeared before the Court for a status hearing, at which time the Court informed them that it would be entering an Order denying Defendant's motion to dismiss and Defendant represented that it anticipated filing a motion to dismiss the case in favor of proceeding in British Columbia, Canada, pursuant to the doctrine of *forum non conveniens*. (Dkt. 41.)

2.      By Order entered September 2, 2014, the Court set a briefing on Defendant's

anticipated Motion such that it was due to be filed no later than September 9, 2014, Plaintiff's opposition to the Motion was due to be filed no later than September 23rd, and Defendant's reply in support of the Motion was due to be filed no later than September 30th. (Dkt. 41.)

3.    On September 9th, Defendant filed its Motion. (Dkt. 43.)

4.    On September 17th, Plaintiff filed a motion to continue briefing on Defendant's Motion to allow him the opportunity to take limited discovery on the issues raised therein. (Dkt. 46.)

5.    By Order entered October 10th, the Court granted, in part, Plaintiff's motion to continue, and gave him leave to depose Barry Dodd and Gary Theobald, SpeedyPC's Chief Execute Officer and Vice President of Business Operations, respectively, regarding the private interest factors of the *forum non conveniens* analysis. The Court further ordered that Plaintiff depose both Mr. Dodd and Mr. Theobald by November 7th, that Plaintiff file his opposition to Defendant's Motion no later than November 21st, and that Defendant file its reply in support of its Motion no later than December 5th. (Dkt. 53.)

6.    Plaintiff's counsel completed the deposition of Mr. Dodd on November 6th and began the deposition of Mr. Theobald on November 6th, but was unable to complete Mr. Theobald's deposition that day as well.

7.    As a result, the Parties have conferred and agreed to jointly seek an extension of Plaintiff's deadline to complete Mr. Theobald's deposition and the briefing schedule on SpeedyPC's Motion and reconvene Mr. Theobald's deposition at a later date.

8.    Accordingly, the Parties have conferred and agreed to extend Plaintiff's deadline to complete the deposition of Mr. Theobald until December 8, 2014, and to extend the briefing schedule on Defendant's Motion such that Plaintiff must file his opposition to the Motion no

later than December 22, 2014, and Defendant must file its reply in support of the Motion no later than January 5, 2015.

9.     The Parties do not intend to seek any further extensions of these deadlines.

10.     Based on the foregoing, good cause exists to grant the instant motion and the relief requested herein is not sought for any improper purpose.

**WHEREFORE**, the Parties respectfully request that the Court enter an order (i) granting the instant motion, (ii) extending Plaintiff's deadline to depose Mr. Theobald from November 7, 2014 to December 8, 2014, (iii) extending Plaintiff's deadline to oppose Defendant's Motion from November 21, 2014 to December 22, 2014, and Defendant's deadline to file a reply in support of its Motion from November 30, 2014 to January 5, 2015, and (iv) awarding such other and further relief as the Court deems reasonable and just.

Respectfully submitted,

**ARCHIE BEATON**, individually and on behalf of all others similarly situated,

Dated: November 20, 2014    By: /s/ Courtney C. Booth
                            One of Plaintiff's Attorneys

Rafey S. Balabanian
rbalabanian@edelson.com
Benjamin H. Richman
brichman@edelson.com
Courtney C. Booth
cbooth@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

**SPEEDYPC SOFTWARE,**

Dated: November 20, 2014                    By: /s/ James K. Borcia
                                                   One of its Attorneys

                                            James K. Borcia
                                            Tressler LLP
                                            223 South Wacker Drive, 22nd Floor
                                            Chicago, Illinois 60606
                                            Tel: 312.627.4000

<u>**CERTIFICATE OF SERVICE**</u>

I, Courtney C. Booth, an attorney, hereby certify that on November 20, 2014, I caused to be served the above and foregoing ***Joint Motion to Extend Plaintiff's Deadline to Depose Gary Theobald and the Briefing Schedule on Defendant's Motion to Dismiss Pursuant to the Doctrine of Forum Non Conveniens*** by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the court's CM/ECF electronic filing system, on this the 20th day of November, 2014.

/s/ Courtney C. Booth
Courtney C. Booth