IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ARCHIE BEATON, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>    *v.*<br><br>SPEEDYPC SOFTWARE, a British Columbia company,<br><br>    *Defendant*. | Case No. 1:13-cv-08389<br><br>Honorable Andrea R. Wood |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF CHANDLER R. GIVENS AS ONE OF THE COUNSEL OF RECORD FOR PLAINTIFF**

Chandler R. Givens, one of the attorneys of record for Plaintiff Archie Beaton, pursuant to Local Rule 83.17, hereby respectfully moves the Court for leave to withdraw his appearance on behalf of Plaintiff. In support, Mr. Givens states as follows:

1. Mr. Givens is leaving the law firm of Edelson PC, which has been retained to represent Plaintiff Beaton in this matter. As such, Mr. Givens seeks leave of Court to withdraw his appearance on behalf of Plaintiff Beaton.

2. Although Mr. Givens will no longer be associated with Edelson PC, and will no longer represent Plaintiff in this action, Plaintiff will continue to be represented by other attorneys at Edelson PC, including Rafey S. Balabanian, Courtney C. Booth, David I. Mindell, Eve-Lynn J. Rapp, and Benjamin H. Richman. Therefore, Plaintiff will not be prejudiced by Mr. Givens' withdrawal.

3. A copy of this motion will be served upon Plaintiff and all counsel of record.

WHEREFORE, Plaintiff Archie Beaton and Mr. Givens respectfully request that this Court enter an order granting him leave to withdraw his appearance as one of the attorneys of record for Plaintiff Beaton.

Dated: January 28, 2015                By: /s/ Chandler R. Givens

Rafey S. Balabanian
rbalabanian@edelson.com
Benjamin H. Richman
brichman@edelson.com
Courtney C. Booth
cbooth@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

## **CERTIFICATE OF SERVICE**

  I, Chandler R. Givens, an attorney, hereby certify that on January 28, 2015, I caused to be served the above and foregoing ***Motion for Leave to Withdraw Appearance of Chandler R. Givens as One of the Counsel of Record for Plaintiff*** by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the court's CM/ECF electronic filing system, on this the 28th day of January, 2015.

             /s/ Chandler R. Givens
             Chandler R. Givens