## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Archie Beaton

                    Plaintiff,

v.                                         Case No.: 1:13–cv–08389
                                                             Honorable Andrea R. Wood

SpeedyPC Software

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 4, 2015:

      MINUTE entry before the Honorable Andrea R. Wood: On the Court's own motion, the status hearing set for 2/5/2015 is stricken and reset for 3/5/2015 at 9:00 a.m. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.