# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Archie Beaton

                Plaintiff,

v.

                                        Case No.: 1:13–cv–08389

SpeedyPC Software

                                        Honorable Andrea R. Wood

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 30, 2015:

      MINUTE entry before the Honorable Andrea R. Wood: Motion and Status hearing held. Having reviewed the parties' proposed discovery schedules, the Court declines to bifurcate class and merits discovery. Discovery shall proceed according to the following schedule. The parties shall file any motions to join parties or amend pleadings by 8/31/2015. Plaintiff shall disclose expert witnesses an serve expert reports relating to class certification by 12/31/2015. Defendant shall depose Plaintiff's class certification experts by 2/1/2016. Defendant shall disclose rebuttal witnesses regarding class certification by 2/29/2016. Plaintiff shall depose Defendant's rebuttal class certification experts by 3/31/2016. All expert discovery regarding class certification shall be completed by 5/2/2016. Plaintiff shall file his motion for class certification by 5/31/2016. Defendant shall file its response to Plaintiff's class certification motion by 6/30/2016. Plaintiff shall reply in support of his class certification motion by 8/1/2016. Any remaining fact discovery shall be completed 60 days following the Court's ruling on class certification. Status hearing set for 9/30/2015 at 9:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.