JKB/cmj/670361                                                      2246-756-51

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ARCHIE BEATON, individual and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:13-cv-08389 |
| SPEEDYPC SOFTWARE., a British Columbia company, | ) ) ) ) | Honorable Andrea R. Wood |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO ENFORCE STIPULATED PROTOCOL**

Defendant, SpeedyPC Software ("Speedy"), by and through its attorneys, moves this Court to enforce the Stipulated Protocol filed with the Court on June 28, 2016, and in support thereof states as follows:

1. On June 28, 2016, the parties filed with the Court a *Stipulated Protocol for Defendant's Inspection of Plaintiff Beaton's Computer* (ECF 96) ("Stipulated Protocol") (Exhibit A).

2. Pursuant to that Stipulated Protocol, Defendant's consultant imaged Plaintiff's computer hard drive and a forensic image of Plaintiff's hard drive.

3. Pursuant to Section 5 of the Stipulated Protocol, Plaintiff was provided the copied images to:

> perform a review of the Original Forensic Copy and New Forensic Copy for privileged information. If Plaintiff identifies privileged information, Plaintiff's Counsel will prepare a privilege log containing the location of the privileged information on the Computer and other information in compliance with Federal Rule of Civil Procedure 26(b)(5)(A).

4. On July 11, 2016 Plaintiff's counsel sent an email to Defendant's counsel stating:

> Please find attached Plaintiff's Beaton's Privilege and Work-Product Logs for the Original and Forensic Copies of Hard Drives.
>
> As a reminder, pursuant to Paragraph 5 of the Stipulated Protocol for Defendant's Inspection of Plaintiff Beaton's Computer, SpeedyPC "shall not attempt to open, copy, or read files or communications identified in the privilege log while inspecting the Computer and the Original Forensic Copy and the New Forensic Copy." (Dkt. 96.)

(Exhibit B).

5. However, despite what was stated in Plaintiff's counsel's email, Plaintiff did not identity any information that was privileged in the privilege logs. Instead, Plaintiff designated information that was indentified as being Confidential pursuant to the Protective Order previously entered by this Court (ECF 35). However, the Protective Order does not restrict Defendant from viewing confidential information. (Exhibit C).

6. To clarify this issue, Defendant's counsel communicated with Plaintiff's counsel. However, Plaintiff refused to clarify, stating that "I'm not going to play the game of 'confirming' things." (Exhibit D).

WHEREFORE, Defendant, SpeedyPC Software, respectfully moves this Court to enforce the Stipulated Protocol filed with the Court and award such other relief as the Court deems just and proper.

        SPEEDYPC SOFTWARE

        By: /s/ James K. Borcia_____
            One of Its Attorneys

James K. Borcia (jborcia@tresslerllp.com)
Tressler LLP
233 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
(312) 627-4000