# EXHIBIT D

**From:** Benjamin H. Richman [mailto:brichman@edelson.com]
**Sent:** Friday, July 22, 2016 10:12 AM
**To:** James K. Borcia
**Cc:** Courtney Booth; Amir Missaghi
**Subject:** Re: Beaton v. SpeedyPC Privilege Logs

You are obviously free to proceed however you like.

Ben

**From:** James K. Borcia
**Sent:** Friday, July 22, 2016 10:01 AM
**To:** 'Benjamin H. Richman'
**Cc:** Courtney Booth; Amir Missaghi
**Subject:** RE: Beaton v. SpeedyPC Privilege Logs

If you will not confirm then I will be filing my motion -- Courtney's email directed us that we "shall not attempt to open, copy, or read files or communications identified in the privilege log while inspecting the Computer and the Original Forensic Copy and the New Forensic Copy" – that is an untenable position given the reasons I have already provided you

**From:** Benjamin H. Richman [mailto:brichman@edelson.com]
**Sent:** Friday, July 22, 2016 9:57 AM
**To:** James K. Borcia
**Cc:** Courtney Booth; Amir Missaghi
**Subject:** Re: Beaton v. SpeedyPC Privilege Logs

Jim:

I'm not going to play the game of "confirming" things based on your characterizations of e-mails or anything else--we clearly and frequently have a difficult time understanding what it is you're getting at. My clear position has been and remains that you should just follow the protective order.

Ben

On Fri, Jul 22, 2016 at 9:49 AM, James K. Borcia <JBorcia@tresslerllp.com> wrote:

We are happy to follow the protective order and never suggested that we would not do so – but to make clear that, despite the wording in Courtney's email to the contrary, you have now confirmed that there are no files that we cannot open, copy, or read on the subject computer images

If that is not the case please advise ASAP

On Fri, Jul 22, 2016 at 9:35 AM, James K. Borcia <JBorcia@tresslerllp.com> wrote:

Well now I am confused

Courtney's email that accompanied the privilege logs states:

> "As a reminder, pursuant to Paragraph 5 of the Stipulated Protocol for Defendant's Inspection of Plaintiff Beaton's Computer, SpeedyPC "shall not attempt to open, copy, or read files or communications identified in the privilege log while inspecting the Computer and the Original Forensic Copy and the New Forensic Copy."

This language that she cited applies only to privileged information, for which there was none identified in the privilege logs

Are you now saying that we can open, copy, and read the files identified in the privilege logs but just need to follow the protective order?

**From:** Benjamin H. Richman [mailto:brichman@edelson.com]
**Sent:** Friday, July 22, 2016 9:29 AM
**To:** James K. Borcia
**Cc:** Courtney Booth; Amir Missaghi
**Subject:** Re: Beaton v. SpeedyPC Privilege Logs

Jim:

Even that small amount of additional info is tremendously helpful in evaluating your position. If you believe that there is some dispute between the parties as to whether you're permitted to view documents or information marked "CONFIDENTIAL," you are mistaken. Anything marked as such should be treated in accordance with the protective order in this case. Are there any other issues you wished to confer about?

**From:** James K. Borcia
**Sent:** Thursday, July 21, 2016 9:44 AM
**To:** 'Courtney Booth'
**Cc:** Benjamin H. Richman; Amir Missaghi
**Subject:** RE: Beaton v. SpeedyPC Privilege Logs

Courtney

This privilege logs you have submitted are improper

Pursuant to Section 5 of the Stipulated Protocol, you are only allowed to restrict access to "Privileged information" – there is no privileged information noted on the privilege logs

When are you able to meet and confer today or tomorrow on this issue?

**From:** Courtney Booth [mailto:cbooth@edelson.com]
**Sent:** Monday, July 11, 2016 7:30 PM
**To:** James K. Borcia
**Cc:** Benjamin H. Richman; Amir Missaghi
**Subject:** Beaton v. SpeedyPC Privilege Logs

Jim:

Please find attached ***Plaintiff's Beaton's Privilege and Work-Product Logs for the Original and Forensic Copies of Hard Drives***.

As a reminder, pursuant to Paragraph 5 of the Stipulated Protocol for Defendant's Inspection of Plaintiff Beaton's Computer, SpeedyPC "shall not attempt to open, copy, or read files or communications identified in the privilege log while inspecting the Computer and the Original Forensic Copy and the New Forensic Copy." (Dkt. 96.)

Best,
Courtney