# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

ARCHIE BEATON, individual and on behalf   )
of all others similarly situated,                 )
                                     )
                  Plaintiff,    )
v.                               )    Case No.  1:13-cv-08389
                               )
SPEEDYPC SOFTWARE., a British      )    Honorable Andrea R. Wood
Columbia company,                )
                               )
                  Defendant.    )

## DEFENDANT'S MOTION FOR EXTENSION FOR DISCLOSURE OF EXPERT REPORT

Defendant, SpeedyPC Software ("Speedy"), by and through its attorneys, moves this Court for an extension on the disclosure of its expert report, and in support thereof states as follows:

1.      On June 30, 2015, the Court entered a discovery schedule.  (ECF 80).

2.      On December 21, 2015, at Plaintiff's request and initiative, the Parties filed a joint motion to continue their discovery deadlines, which the Court granted on January 5, 2016. (ECF 85, 87).

3.      On April 6, 2016, Plaintiff requested an extension of the discovery schedule prior to serving his expert report, which the Court granted.  (ECF 90).

4.      The Parties then continued their discovery efforts, including supplemental document production, successfully met and conferred on multiple discovery disputes, and Plaintiff's counsel took depositions of SpeedyPC employees on May 17, 2016, May 18, 2016, June 16, 2016 and June 17, 2016 in Victoria, British Columbia, and Defendant took Plaintiff's deposition.

5.      On June 28, 2016 Defendant filed a Stipulation relating to the inspection of Plaintiff's computer.  (ECF 96).

6.      At a status hearing on July 21, 2016, the Court granted Defendant's oral motion to extend the expert discovery schedule, providing that Defendant was to depose Plaintiff's class certification experts by 8/31/2016, Defendant was to disclose rebuttal witnesses regarding class certification by 9/28/2016, Plaintiff was to depose Defendant's rebuttal class certification experts by 10/27/2016, and all expert discovery regarding class certification shall be completed by 11/30/2016, Plaintiff was to file his motion for class certification by 1/6/2017, Defendant was to file its response to Plaintiff's class certification motion by 2/3/2017, and Plaintiff was to reply in support of his class certification motion by 3/3/2017.  (ECF 97).

7.      Defendant deposed Plaintiff's expert on 8/24/16.

8.      Plaintiff produced additional documents on 9/15/16.

9.      Defendant's expert needs an extension to disclose its expert witness report to 10/27/16.  This is needed because of the complexities of Plaintiff's allegations and expert report, the voluminous documents produced by both Plaintiff and Defendant (including additional documents recently produced by Plaintiff), the need to review Plaintiff's expert's deposition transcript, and extensive time necessary to examine Plaintiff's computer and the image of his commuter.  Defendant can produce its expert witness for deposition before 11/30/16, so there is no need to alter the remainder of the schedule.

10.     Based on the foregoing, good cause exists to grant the instant motion and the relief requested herein is not sought for any improper purpose.

WHEREFORE, Defendant, SpeedyPC Software, respectfully requests this Court extend its expert's report to October 27, 2016 and award such other relief as the Court deems just and proper.

SPEEDYPC SOFTWARE

By: /s/ James K. Borcia _____
       One of Its Attorneys

James K. Borcia (jborcia@tresslerllp.com)
Tressler LLP
233 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
(312) 627-4000