# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Archie Beaton

                    Plaintiff,

v.                                                       Case No.: 1:13–cv–08389
                                                          Honorable Andrea R. Wood

SpeedyPC Software

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 14, 2016:

      MINUTE entry before the Honorable Andrea R. Wood: Status hearing held. Pursuant to the discussion held in open court, defense counsel shall continue to depose Plaintiff on 11/28/2016, with the deposition to be limited to no more than one hour. Plaintiff shall depose Defendant's rebuttal class certification expert by 12/21/2016. Plaintiff shall file his motion for class certification by 1/27/2017. Defendant shall file its response to Plaintiff's class certification motion by 2/28/2017. Plaintiff shall reply in support of his class certification motion by 3/28/2017. Any remaining fact discovery shall be completed 60 days following the Court's ruling on class certification. Status hearing set for 4/25/2017 at 9:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.