### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ARCHIE BEATON, individually and on behalf of all others similarly situated, | Case No. 1:13-cv-08389 |
| *Plaintiff*, | Honorable Andrea R. Wood |
| v. | |
| SPEEDYPC SOFTWARE, a British Columbia company, | |
| *Defendant*. | |

## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Plaintiff Archie Beaton, individually and on behalf of a class and subclass of similarly situated individuals, through his undersigned counsel, respectfully moves the Court to enter an Order certifying this case as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3). In support of his motion, Plaintiff states as follows:

1.      On November 20, 2013, Plaintiff filed a Class Action Complaint against Defendant SpeedyPC Software. (Dkt. 1.)

2.      On November 14, 2016, the Court set January 27, 2017 as Plaintiff's deadline to file a motion for class certification. (Dkt. 111.)

3.      Accordingly, Plaintiff hereby moves the Court, pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3), to certify the following Class and Subclass:

> **Class**: All individuals living in the United States who downloaded a free trial of SpeedyPC Pro and thereafter purchased the full version between October 28, 2011 and November 21, 2014.

**Subclass:** All Class members who reside in Illinois, California, Colorado, Florida, New York, Oregon, Alabama, Tennessee, New Jersey, North Carolina, New Hampshire, Hawaii, Vermont, Massachusetts, Michigan, and Washington, D.C. [1]

4.      As shown in Plaintiff's contemporaneously filed Memorandum of Law in Support of Class Certification, the Class and Subclass are sufficiently numerous, face common legal and factual issues, have claims that are typical of Plaintiff Beaton's, and are adequately represented by both Plaintiff and his counsel. Further, the common questions of law and fact underlying the claims at issue predominate over any questions affecting only individual Class or Subclass members and the class action mechanism is superior to other available methods for fairly and efficiently adjudicating the controversy. As such, the Class and Subclass are readily certifiable under Fed. R. Civ. P. 23(a) and 23(b)(3).

5.      In support of the instant Motion, Plaintiff hereby incorporates his contemporaneously filed Memorandum of Law in Support of Motion for Class Certification, along with all arguments made and authorities cited therein, as well as the exhibits attached thereto.

**WHEREFORE**, Plaintiff Archie Beaton respectfully requests that the Court enter an Order (i) granting his Motion for Class Certification, (ii) certifying the Class and Subclass identified above pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3), (iii) appointing Plaintiff as representative of the Class and Subclass, (iv) appointing Plaintiff's counsel, Rafey S. Balabanian

---

[1]      Excluded from the Class and Subclass are (1) Defendant, Defendant's agents, subsidiaries, parents, successors, predecessors, and any entity in which Defendant or its parents have a controlling interest, and those entity's current and former employees, officers, and directors, (2) the Judge to whom this case is assigned and the Judge's immediate family, (3) persons who execute and file a timely request for exclusion from the Class and Subclass, (4) persons who have had their claims in this matter finally adjudicated and/or otherwise released, and (5) the legal representatives, successors, and assigns of any such excluded person.

and Benjamin H. Richman of Edelson PC as class counsel pursuant to Fed. R. Civ. P. 23(g), and

(v) awarding such other and further relief as this Court deems reasonable and just.

Respectfully submitted,

**ARCHIE BEATON**, individually and on behalf of all others similarly situated,

Dated: January 27, 2017

By: /s/ Benjamin H. Richman
       One of Plaintiff's Attorneys

Benjamin H. Richman
brichman@edelson.com
Courtney C. Booth
cbooth@edelson.com
Amir C. Missaghi
amissaghi@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Rafey S. Balabanian
rbalabanian@edelson.com
EDELSON PC
123 Townsend Street
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

3

## CERTIFICATE OF SERVICE

      I, Benjamin H. Richman, an attorney, hereby certify that on January 27, 2017, I caused to be served the above and foregoing *Plaintiff's Motion for Class Certification* by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the court's CM/ECF electronic filing system.

                                    /s/ Benjamin H. Richman