# EXHIBIT 16

SOFTWARE END USER LICENSE AGREEMENT (EULA)

PLEASE READ THIS AGREEMENT CAREFULLY BEFORE INSTALLING OR USING THIS SOFTWARE.

By installing and using SpeedyPC Pro (the "Software"), you have agreed to abide by the following terms and conditions.

1. LICENSE - Subject to the terms and conditions of this Agreement, SpeedyPC Software grants to you a limited, non-exclusive, non-transferable license to use or evaluate the Software in accordance with this Agreement and any other written agreement with SpeedyPC Software. You have purchased a license to use the Software. You do not have the right to sublicense. SpeedyPC Software does not transfer title of the Software to you. This Agreement is a legally binding agreement between SpeedyPC Software and the user(s) of this Software. If you do not agree to the terms and conditions of this Agreement, you are required to immediately stop installing or using this Software. You must remove the Software and any associated documentation from your computer.

2. DISTRIBUTION - Unless otherwise authorized herein, this Software, any accompanying documentation, and the license herein granted shall not be copied, shared, distributed, re-sold, offered for re-sale, transferred or sub-licensed in whole or in part except that you may make one copy for archive purposes only. To learn about redistribution of this Software, please contact SpeedyPC Software at: speedypc.com.

3. User Agreement

3.1 Evaluation Version use - You may evaluate this Software without purchasing a license (the "Evaluation Version") for a maximum number of days indicated and permitted by SpeedyPC Software, or you might have limited access to some of the features and functionality of the Software. In order to use all the features and functionality of the Software you must purchase a license from SpeedyPC Software. For more information about purchasing a license to use the Software, please contact SpeedyPC Software at: speedypc.com.

3.2 Activation of Software - Once you have purchased a license from SpeedyPC Software in order to continue to use the Software or enable all the features of the software, you may be required to activate the Software through the Internet. The Software contains technological measures designed to prevent unlicensed use of the Software. SpeedyPC Software will use those measures to confirm you have a valid licensed copy of the Software. SpeedyPC Software will not collect any personally identifiable information from your computer location or workstation during this process.

3.3 Distribution - The Evaluation Version of the Software may be freely distributed, provided that:
i. Such distribution includes only the original Software supplied by SpeedyPC Software. You may not alter, delete or add any files in the distribution Software or modify the Software in any way.

ii. The limited evaluation nature of this Evaluation Version Software is not misrepresented.
iii. No money is charged to the person receiving this Evaluation Version Software, beyond reasonable cost of packaging and other overhead, if applicable.
iv. You provide prior email or written notice to SpeedyPC Software that you are distributing this Evaluation Version and receive written confirmation of SpeedyPC Software's authorization for such distribution. If the Software is being distributed with other hardware, media or software, SpeedyPC Software's prior written authorization is required. You may be required to report to SpeedyPC Software the number of units of this Evaluation Version Software distributed from time to time.

3.4 Use - Your license to use this Software is limited to the number of licenses purchased by you and for a limited number of days. Upon the expiration of your license, you will need to renew and purchase another license in order to continue to use all the features and functionality of the Software. For more information about purchasing additional licenses of this Software or renewing your existing license, please contact SpeedyPC Software at: speedypc.com.
You shall not allow others to use, copy or evaluate copies of this licensed Software. Others may obtain an Evaluation Version of the Software or purchase a license to use the Software from: speedypc.com.

3.5 Use Restrictions - You shall use this Software in compliance with all applicable laws and not for any unlawful purpose. Each licensed copy of this Software may be used on one single computer location or workstation, unless otherwise authorized herein. "Use" of the Software means that you have loaded, installed, or run the Software on a computer or similar device. If you install the Software onto a multi-user platform, server or network, each and every individual user of the Software must be licensed separately or included by a multi-site license in order to access all the features and functionality of the Software. You may make one copy of this Software for backup purposes, providing you only have one copy installed on one computer location or workstation (or number of users covered in a multi-site license). Others may not use or install your licensed copy of this Software. The assignment, sublicense, networking, sale, or distributions of copies of this licensed Software are strictly forbidden without the prior written consent of SpeedyPC Software. It is a violation of this Agreement to assign, sell, share, loan, rent, lease, borrow, network or transfer the use of this licensed Software. If any person other than yourself uses Software registered in your name on another computer location or workstation, regardless of whether it is at the same time or different times, then this Agreement is being violated. You are responsible for that violation.

3.6 Copyright Restriction - This Software contains material that is copyrighted, trade secrets and other proprietary material. You are not allowed to, and shall not attempt to, modify, reverse engineer, disassemble or decompile this Software. Nor are you permitted to create any derivative works or other works that are based upon or derived from the Software in whole or in part.

SpeedyPC Software's name, logo and graphics file that represent this Software shall not be used in any way to promote products developed with our Software. SpeedyPC Software retains sole and exclusive ownership of all right, title and interest in and to the Software and all Intellectual Property rights relating thereto. Copyright law and international copyright treaty provisions

protect all parts of this Software. No program, code, part, image, or text may be copied or used in any way by the user except as intended within the bounds of this Agreement. All rights not expressly granted hereunder are reserved for SpeedyPC Software.

3.7 Limitation of Responsibility - You will indemnify, hold harmless, and defend SpeedyPC Software, its employees, agents and distributors against any and all claims, proceedings, demand and costs resulting from or in any way connected with your use of SpeedyPC Software. In no event (including, without limitation, in the event of negligence) will SpeedyPC Software, its employees, agents or distributors be liable for any consequential, incidental, indirect, special or punitive damages whatsoever (including, without limitation, damages for loss of profits, loss of use, business interruption, loss of information or data, or pecuniary loss), in connection with or arising out of or related to this Agreement, this Software or the use or inability to use this Software or the furnishing, performance or use of any other matters hereunder whether based upon contract, tort or any other theory including negligence. SpeedyPC Software's entire liability, without exception, is limited to the customers' reimbursement of the purchase price of the Software (maximum being the lesser of the amount paid by you and the suggested retail price as listed by SpeedyPC Software, less any applicable taxes and shipping fees) in exchange for the return of the product, all copies, registration papers and manuals, and all materials that constitute a transfer of license from the customer back to SpeedyPC Software. This reimbursement, as described above, will only occur if the Software was purchased directly from SpeedyPC Software. If you purchased the Software through a reseller, distributor, retailer, or any other third party, you need to request a refund directly from such parties. SPEEDYPC SOFTWARE DOES NOT MAKE ANY GUARANTEES THAT THIS SOFTWARE WILL IDENTIFY ANY SPECIFIC HARDWARE OR SOFTWARE INSTALLED ON YOUR COMPUTER NOR DOES SPEEDYPC SOFTWARE MAKE ANY GUARANTEES THAT THIS SOFTWARE WILL LOCATE ANY APPLICATIONS FOR YOUR SPECIFIC HARDWARE FOR USE ON CERTAIN OPERATING SYSTEMS. SPEEDYPC SOFTWARE ALSO DOES NOT MAKE ANY GUARANTEES THAT ANY OR ALL SOFTWARE APPLICATIONS LOCATED FOR YOUR SPECIFIC HARDWARE AND OPERATING SYSTEM WILL FUNCTION ERROR FREE, ACHIEVE CERTAIN RESULTS, OR OPERATE WITHOUT INTERRUPTION. SPEEDYPC SOFTWARE DOES NOT GAURANTEE THE INTEGRITY OF THIRD PARTY SOFTWARE APPLICATIONS OR THAT THIRD PARTY SOFTWARE APPLICATIONS OBTAINED DIRECTLY FROM THIRD PARTY SERVERS OR THROUGH SPEEDYPC SOFTWARE SERVERS WILL BE FREE OF VIRUSES OR MALICIOUS CODE. ALL SOFTWARE APPLICATIONS LOCATED AND AVAILABLE THROUGH THIS SOFTWARE ARE THE PROPERTY OF THEIR RESPECTIVE OWNERS. If we are unable to provide the software application that SpeedyPC Pro presented during the free scan, you are entitled to request a refund as per standard refund policy.
SpeedyPC Software programs are not intended for use in the operation of communication systems, aircraft navigation, air traffic control systems, nuclear facilities, life support machines or other equipment where the failure of SpeedyPC Software programs could lead to personal injury, death or severe physical or environmental damage.

3.8 Warranties - The Software is being provided to you on an "AS IS" basis. Except as expressly stated in writing by an authorized employee of SpeedyPC Software, SpeedyPC Software makes

no representation or warranties in respect of this Software and expressly excludes all other warranties, expressed or implied, oral or written, including, without limitation, any implied warranties of merchantable quality or fitness for a particular purpose.

3.9 Governing Law - This Agreement shall be governed exclusively by the laws of the Province of British Columbia and the laws of Canada applicable therein except any principles regarding conflicts of law rules and the United Nations Convention on Contracts for the International Sale of Goods. You hereby irrevocably attorn and submit to the non-exclusive jurisdiction of the courts of Victoria, British Columbia, and any competent Courts of Appeal therefrom. If any provision shall be considered unlawful, void or otherwise unenforceable, then that provision shall be deemed severable from this License and not affect the validity and enforceability of any other provisions.

3.10 Termination - Any failure to comply with the terms and conditions of this Agreement will result in automatic and immediate termination of this license. Upon termination of this license granted herein for any reason, you agree to immediately cease use of the Software and destroy all copies of the Software supplied under this Agreement. The financial obligations incurred by you shall survive the expiration or termination of this license.

4. Consent to Use of Data - You agree that by installing and using the Software, SpeedyPC Software may use the information that is collected and transmitted through the Software, in any manner, as part of the product support services provided to you, if any, related to the Software and any hardware installed on your computer. Such information collected may include without limitation IP address, and information derived from the operating system configuration and hardware configuration of the computer. The Software will not collect any personally identifiable information from your computer location or workstation during this process.
For more information on SpeedyPC Software's Privacy Policy, please visit speedypc.com.

5. Software Verification and Updates - By installing and using the Software, You further acknowledge and agree that SpeedyPC Software may automatically check the version and licensing state of the Software that you have installed in order to determine if any Software updates, upgrades, or fixes are available, and/or to verify your license to use the Software. This process is performed through the Software which contains components that facilitate the use of certain Internet based services. If updates, upgrades or fixes are available for the Software, the Software may automatically download and install the applicable Software updates or upgrades without further notice to you in order for You to achieve the maximum benefits while using the Software. If there are any modifications to the terms and conditions of this EULA at the time of the update, You will be notified during the update process and will be required to review and accept the terms and conditions of the modified EULA prior to the installation of any Software updates or upgrades.

6. Advertising and Links - The Software installation and/or any applicable Software update or upgrade processes may include SpeedyPC Software promotional offers and advertisements, or promotional offers and advertisements from third parties. The manner, mode and extent of advertising by SpeedyPC Software through the Software installation process and/or any applicable Software update or upgrade processes are subject to change at any time and without

notice to you. You agree that SpeedyPC Software shall not be responsible or liable for any loss or damage of any sort incurred by you as a result of any such dealings or as the result of the presence of such advertisements and third party advertisers. SpeedyPC Software may provide, or third parties may provide, links from the advertisements to other Internet sites or resources. Because SpeedyPC Software may not have any control over such sites and resources, you acknowledge and agree that SpeedyPC Software is not responsible for the availability of such external sites or resources or the content or policies (including without limitation site terms of use or privacy policies) that govern the use of those Internet sites and resources. SpeedyPC Software does not endorse and is not responsible or liable for any third party content, advertising, products, or other materials displayed or made available from such sites or resources. You further acknowledge and agree that SpeedyPC Software shall not be responsible or liable, directly or indirectly, for any damage or loss caused or alleged to be caused by or in connection with your use of or reliance on any such content, materials, goods or services made available on or through any such Internet site or resource, nor will SpeedyPC Software accept any responsibility for any viruses, worms, Trojan horses or other forms of destructive malware that may infect your computer systems as a result of your use of any third party Internet sites and/or resources.

7. Intellectual Property Rights - All third party software products and company names used in the Software are copyright and the property of the respective owners. Furthermore, when using a third party's software products as identified and recommended through this Software, you will be bound to that company's own legal agreements. All software product names and company names used in the Software are for identification purposes only and may be trademarks or registered trademarks of their respective owners. SpeedyPC Software is in no way affiliated with or representing any of the companies identified and displayed in this Software.

SpeedyPC Pro is a registered trademark of SpeedyPC Software.

**SPEEDY 000036**