IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ARCHIE BEATON, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> SPEEDYPC SOFTWARE, a British Columbia company, <br><br> *Defendant*. | Case No. 1:13-cv-08389 <br><br> Honorable Andrea R. Wood |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
MEMORANDUM WITH EXCESS PAGES, *INSTANTER***

Plaintiff Archie Beaton, by and through his undersigned counsel and pursuant to Local Rule 7.1, hereby respectfully requests permission to file *instanter* his Memorandum of Law in Support of Class Certification ("Memorandum") in excess of fifteen (15) pages. In support of this motion, Plaintiff states as follows:

1. In his Memorandum, Plaintiff seeks to certify both a class (pursuant to the law of British Columbia) and subclass (pursuant to the laws of sixteen (16) states) against Defendant SpeedyPC Software.

2. In preparing his Memorandum and incorporating the necessary facts developed in discovery, Plaintiff has made every effort to comply with the fifteen (15) page limit for briefs pursuant to Local Rule 7.1. However, in order to adequately address (i) the factual and procedural posture of the case, (ii) the claims of the proposed class and subclass, and (iii) the appropriateness of class certification under Federal Rules of Civil Procedure 23(a) and 23(b)(3), Plaintiff's Memorandum is in excess of the Court's fifteen (15) page limit.

3. Specifically, Plaintiff's Memorandum includes a total of twenty-six (26) pages of

substance, exclusive of its supporting exhibits.[1]

4. Prior to filing the instant motion, Plaintiff's counsel attempted to confer with defense counsel and his assistant by email on January 25th. However, defense counsel is currently on trial and thus understandably indisposed. As a result, Defendant has not yet taken a position on the requested relief.

5. Good cause exists to grant the instant motion and the relief requested herein is not sought for any improper purpose.

**WHEREFORE**, Plaintiff Archie Beaton respectfully requests that the Court enter an Order (i) granting him leave to file his Memorandum, the substance of which shall not exceed twenty-six (26) pages, *instanter*, and (ii) providing such other and further relief as the Court deems reasonable and just.

Respectfully submitted,

**ARCHIE BEATON**, individually and on behalf of all others similarly situated,

Dated: January 27, 2017

By: /s/ Benjamin H. Richman
One of Plaintiff's Attorneys

---

[1] Plaintiff has filed his Redacted Memorandum as a separate document with attachments at Docket 125, rather than attaching the Memorandum and its exhibits as a single file and attachment to this motion. That is not because Plaintiff presumes this motion will be granted as a matter of course, but given the large combined file size of the Memorandum and its numerous supporting exhibits.

Benjamin H. Richman
brichman@edelson.com
Courtney C. Booth
cbooth@edelson.com
Amir C. Missaghi
amissaghi@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Rafey S. Balabanian
rbalabanian@edelson.com
EDELSON PC
123 Townsend Street
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

## CERTIFICATE OF SERVICE

      I, Benjamin H. Richman, an attorney, hereby certify that on January 27, 2017, I caused to be served the above and foregoing ***Plaintiff's Motion for Leave to File Memorandum with Excess Pages, Instanter*** by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the court's CM/ECF electronic filing system.

                                                 /s/ Benjamin H. Richman