IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ARCHIE BEATON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SPEEDYPC SOFTWARE, a British Columbia company,<br><br>*Defendant*. | Case No. 1:13-cv-08389<br><br>Honorable Andrea R. Wood |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Plaintiff Archie Beaton ("Plaintiff"), by and through his undersigned counsel, hereby respectfully moves the Court for an Order granting him leave to file certain documents under seal, either in whole or in part, in conjunction with his Memorandum in Support of Class Certification ("Memorandum"). In support of the instant motion, Plaintiff states as follows:

1. In order to adequately address the appropriateness of class certification pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(3), Plaintiff's Memorandum will refer to and/or attach certain documents or information designated by Defendant as "Confidential" pursuant to the protective order entered in this case. (Dkt. 35.)

2. In particular, attached as Exhibit 2 to the Memorandum is the transcript of the deposition of Barry Dodd, which contains non-public business sensitive documents and references to such documents that Defendant has marked as Confidential, including screenshots of a sales program/template documents and emails. Pursuant to Paragraphs 3(c) and (d) of the Stipulated Protective Order, Defendant's failure to designate the relevant portions of the transcript as Confidential "does not constitute forfeiture of a claim of confidentiality as to any

1

other document, thing, or testimony." (Dkt. 35.) Accordingly, Beaton seeks to file this exhibit partially under seal.

3. Attached as Exhibit 3 to the Memorandum is the transcript of the deposition of Patrick Couchman, which contains non-public business sensitive documents and references to such documents that Defendant has marked as Confidential, including emails describing the development of the software at issue and portions of its underlying source code. Pursuant to Paragraphs 3(c) and (d) of the Stipulated Protective Order, Defendant's failure to designate the relevant portions of the transcript as Confidential "does not constitute forfeiture of a claim of confidentiality as to any other document, thing, or testimony." (Dkt. 35.) Accordingly, Beaton seeks to file this exhibit partially under seal.

4. Attached as Exhibit 6 to the Memorandum is the Expert Witness Report of Craig Snead Prepared Pursuant to Fed. R. Civ. P. 26(a)(2), which contains non-public business sensitive or proprietary information that Defendant has marked as Confidential, including screenshots of the source code underlying the proprietary software at issue and descriptions of the functionality of the software learned from review of the source code. Accordingly, Beaton seeks to file this exhibit partially under seal.

5. Attached as Exhibit 8 to the Memorandum are excerpts of the transcript of the deposition of Monty Myers, which refers to Defendant's Confidential source code. Pursuant to Paragraphs 3(c) and (d) of the Stipulated Protective Order, Defendant's failure to designate the relevant portions of the transcript as Confidential "does not constitute forfeiture of a claim of confidentiality as to any other document, thing, or testimony." (Dkt. 35.) Accordingly, Beaton seeks to file this exhibit partially under seal.

6. Attached as Exhibit 11 to the Memorandum is a document bearing Bates No. SP

AMENDED 3627 titled "SpeedyPC Pro Application Features," which includes business sensitive information that Defendant has marked Confidential, including internal notes and goals. Accordingly, Beaton seeks to file this exhibit entirely under seal.

7. Attached as Exhibit 12 to the Memorandum is a document bearing Bates No. 000671 that contains information that Defendant has marked Confidential, including email information related to a renewed product key and payment. Accordingly, Beaton seeks to file this exhibit entirely under seal.

8. Attached as Exhibit 19 to the Memorandum is a document bearing Bates Nos. SPEEDY 27929-27942 that includes information related to the number of installations per version of the software at issue, along with internal queries, which Defendant has marked Confidential. Accordingly, Beaton seeks to file this exhibit partially under seal.

9. Given that Plaintiff's Memorandum discusses the contents of the above-referenced exhibits, Plaintiff also seeks to file that document partially under seal.

10. Pursuant to the Court's Local Rules, Plaintiff will promptly submit to the Court's chambers in a sealed envelope—bearing the caption of the case, case number, the title of the motion to which the submitted confidential information pertains, and the name and telephone number of counsel submitting the documents—unredacted copies of Plaintiff's Memorandum and Exhibits 2, 3, 6, 8, 11, 12, and 19 thereto.

11. Prior to filing the instant motion, Plaintiff's counsel attempted to confer with Defendant to determine whether it would object to the filing of these documents publicly. However, defense counsel is currently on trial and thus understandably indisposed. As a result, Defendant has not yet taken a position on the requested relief. In the event the Parties are able to agree on publicly filing certain documents, Plaintiff will re-file them accordingly.

**WHEREFORE**, Plaintiff Archie Beaton respectfully requests that the Court enter an order (i) granting him leave to file Exhibits 2, 3, 6, 8, 11, 12, and 19 attached to the Memorandum, as well as his Memorandum in Support of Class Certification, partially or completely under seal and (ii) providing such other and further relief as the Court deems reasonable and just.

Respectfully submitted,

**ARCHIE BEATON**, individually and on behalf of all others similarly situated,

Dated: January 27, 2017

By: /s/ Benjamin H. Richman
     One of Plaintiff's Attorneys

Rafey S. Balabanian
rbalabanian@edelson.com
Benjamin H. Richman
brichman@edelson.com
Courtney C. Booth
cbooth@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Rafey S. Balabanian
rbalabanian@edelson.com
EDELSON PC
123 Townsend Street
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

**CERTIFICATE OF SERVICE**

       I, Benjamin H. Richman, an attorney, hereby certify that on January 27, 2017, I caused to be served the above and foregoing ***Plaintiff's Motion for Leave to File Documents Under Seal*** by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the court's CM/ECF electronic filing system.

                                                               /s/ Benjamin H. Richman