# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ARCHIE BEATON, individually and on behalf of all others similarly situated, | Case No. 1:13-cv-08389 |
| *Plaintiff*, | Honorable Andrea R. Wood |
| v. | |
| SPEEDYPC SOFTWARE, a British Columbia company, | |
| *Defendant*. | |

## NOTICE OF MOTION

TO:    See attached certificate of service.

**PLEASE TAKE NOTICE** that on February 1, 2017, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Andrea Wood, or any judge sitting in her stead in Courtroom 1925 of the Everett McKinley Dirksen Building, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present ***Plaintiff's Motion for Class Certification***, a copy of which has been served upon you via the Court's CM/ECF electronic filing system.

                                          **ARCHIE BEATON**, individually and on behalf of all others similarly situated,

Dated: January 27, 2017                By: /s/ Benjamin H. Richman
                                                            One of Plaintiff's Attorneys

                                                       Benjamin H. Richman
                                                     brichman@edelson.com
                                                     Courtney C. Booth
                                                     cbooth@edelson.com
                                                     Amir C. Missaghi
                                                     amissaghi@edelson.com
                                                   EDELSON PC
                                                   350 North LaSalle Street, 13th Floor
                                                   Chicago, Illinois 60654
                                                   Tel: 312.589.6370
                                                   Fax: 312.589.6378

## CERTIFICATE OF SERVICE

       I, Benjamin H. Richman, an attorney, hereby certify that on January 27, 2017, I caused to be served the above and foregoing ***Notice of Motion*** by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the court's CM/ECF electronic filing system.

                                /s/ Benjamin H. Richman