# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ARCHIE BEATON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>SPEEDYPC SOFTWARE, a British Columbia company,<br><br>*Defendant*. | Case No. 1:13-cv-08389<br><br>Honorable Andrea R. Wood |

## NOTICE OF MOTION

TO: See attached certificate of service.

**PLEASE TAKE NOTICE** that on February 1, 2017, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Andrea Wood, or any judge sitting in her stead in Courtroom 1925 of the Everett McKinley Dirksen Building, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present ***Plaintiff's Motion for Leave to File Documents Under Seal***, a copy of which has been served upon you via the Court's CM/ECF electronic filing system.

                                            **ARCHIE BEATON**, individually and on behalf of all others similarly situated,

Dated: January 27, 2017           By: /s/ Benjamin H. Richman
                                                          One of Plaintiff's Attorneys

                                            Benjamin H. Richman
                                            brichman@edelson.com
                                            Courtney C. Booth
                                            cbooth@edelson.com
                                            Amir C. Missaghi
                                            amissaghi@edelson.com
                                            EDELSON PC
                                            350 North LaSalle Street, 13th Floor
                                            Chicago, Illinois 60654
                                            Tel: 312.589.6370
                                            Fax: 312.589.6378

## CERTIFICATE OF SERVICE

       I, Benjamin H. Richman, an attorney, hereby certify that on January 27, 2017, I caused to be served the above and foregoing ***Notice of Motion*** by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the court's CM/ECF electronic filing system.

                                          /s/ Benjamin H. Richman