IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ARCHIE BEATON, individually and on behalf of all others similarly situated,<br><br>       *Plaintiff*,<br><br>       v.<br><br>SPEEDYPC SOFTWARE, a British Columbia company,<br><br>       *Defendant*. | Case No. 1:13-cv-08389<br><br>Honorable Andrea R. Wood |

## DECLARATION OF ARCHIE BEATON

Pursuant to 28 U.S.C. § 1746, I hereby declare and state as follows:

1. I am submitting this declaration in support of Plaintiff's Opposition to Defendant's Motion for Sanctions for Spoliation of Evidence. This declaration is based upon my personal knowledge, except where expressly noted otherwise. If called upon to testify as to the matters stated herein, I could and would competently do so.

2. In August 2012, I downloaded SpeedyPC to try to fix my computer. Even though I paid for the full version, it did not fix my computer so I tried uninstalling SpeedyPC. After that, I still had problems with my computer that caused it to keep crashing.

3. Then, in about October 2013, I asked an IT professional, Brian Sargent, if he could try to fix my computer. He suggested that I reinstall Windows and said, based on his experience, that it would probably fix any problems I was having. He said that all of my data would be saved and that I wouldn't lose anything.

4. I never deleted anything from my computer related to this case try to hide it from my attorneys, SpeedyPC, or the Court. There are many personal and intimate things on my

computer and I still let SpeedyPC have access to it.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 14th day of February, 2017.