IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ARCHIE BEATON, individually and on behalf of all others similarly situated,<br><br>   *Plaintiff*,<br><br>   v.<br><br>SPEEDYPC SOFTWARE, a British Columbia company,<br><br>   *Defendant*. | Case No. 1:13-cv-08389<br><br>Honorable Andrea R. Wood |

## DECLARATION OF BRIAN SARGENT

Pursuant to 28 U.S.C. § 1746, I hereby declare and state as follows:

1. I am submitting this declaration in support of Plaintiff's Opposition to Defendant's Motion for Sanctions for Spoliation of Evidence. This declaration is based upon my personal knowledge, except where expressly noted otherwise. If called upon to testify as to the matters stated herein, I could and would competently do so.

2. My name is Brian Sargent. I am the owner of Computer Solutions, which I started over twenty years ago. Computer Solutions provides IT support and other services to people and companies in the Chicago area. My customers include Archie Beaton and his business, The Chlorine Free Products Association.

3. On one of my regular visits to Beaton's office, in or around October 2013, Beaton asked me to try to fix his computer. He said he was having problems with his computer crashing, but I do not remember exactly what they were. I do remember they were the type that I typically encounter and so I told him that I could try to fix the problems.

4. My regular procedure for common types of computer problems, such as the

computer crashing, is to reinstall the Windows operating system, so that it was I suggested to him. I told him that all of his data would be saved. When reinstalling Windows, I prefer to start with a clean disk as well, so I select the option in the installation process where Windows will reformat the hard drive before installation. Knowing that, I backed up all of his documents, pictures, and other files. I have performed the "clean" installation of Windows hundreds of times in my time as an IT professional.

     5.     After Windows was done installing, I copied all of Beaton's files back to his computer and then deleted the temporary backup I made.

     6.     I was never asked by Beaton to delete any data to hide it (or anything like that), and even if he asked me I would not have helped him do that. Additionally, I did not perform the reinstallation of Windows with the reformat option to delete or hide any data. I only reinstalled Windows with the reformat option to try to fix Beaton's computer.

     I declare under penalty of perjury that the foregoing is true and correct. Executed on 14th day of February, 2017.

                                                                                      _/s/ Brian Sayd_