

Courtney Booth <cbooth@edelson.com>

## RE: Beaton

**Benjamin H. Richman** <brichman@edelson.com>  Mon, Sep 14, 2015 at 5:33 PM
To: "James K. Borcia" <JBorcia@tresslerllp.com>
Cc: Courtney Booth <cbooth@edelson.com>

Jim:

Sorry for the delay--misunderstanding on my part about getting it to you. In any event, attached is a draft inspection protocol. Please let us know your thoughts and let me know if it'd be helpful to get on a call to talk through any issues.

Thanks.

All the best,
Ben

**Benjamin H. Richman | Edelson PC**
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
312.589.6377 (direct) | 312.589.6370 (firm) | 312.589.6378 (fax)
brichman@edelson.com | www.edelson.com

♻ Please consider the environment before printing this e-mail.

---

CONFIDENTIALITY AND LIABILITY FOR MISUSE.

The information contained in this communication is the property of Edelson PC.  It is confidential, may be attorney work product, attorney-client privileged or otherwise exempt from disclosure under applicable law, and is intended only for the use of the addressee(s).  Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited.  If you have received this communication in error, please notify Edelson PC immediately by return e-mail and destroy this communication and all copies hereof, including all attachments.

Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

On Fri, Sep 11, 2015 at 8:14 AM, James K. Borcia <JBorcia@tresslerllp.com> wrote:

> Where are we on your proposal?

---

 **Beaton-SpeedyPC Stip Inspection Protocol [v1 EPC].docx**
113K