

Courtney Booth <cbooth@edelson.com>

## RE: Beaton v. SpeedyPC Software/inspection protocol

**James K. Borcia** <JBorcia@tresllerllp.com>  Sun, Mar 20, 2016 at 3:54 PM
To: "Benjamin H. Richman" <brichman@edelson.com>, Courtney Booth <cbooth@edelson.com>

Ben/Courtney

Attached is our response to your proposal with respect to the production of your client's hard drive and computer

Here are some key highlights.

1.   We are asking for 2 forensic copies on the computer to be produced to us for analysis using typical protocols/procedures.  The first is the original forensic copy (which you previously offered to provide) and the second is a new copy made now/soon.  A new section addresses the forensic copy process;

2.   We recommend a mutual forensic expert to copy/extract;

3.   We have left most of the physical computer inspection protocol the same

Please let me know if this is acceptable by 3/28/16

Thanks

**James K. Borcia** | Partner

Tressler LLP
233 South Wacker Drive, Suite 2200
Chicago, IL 60606
Telephone: (312) 627-4104 | Fax: (312) 627-1717

mailto:jborcia@tresslerllp.com| www.tresslerllp.com | www.tresslerllp.com/james-borcia

Tressler LLP

Thank you for considering the environmental impact of printing emails.

This message, including attachments, is covered by the Electronic Communication Privacy Act, 18 U.S.C., sections 2510-2521, is CONFIDENTIAL and may also be protected by ATTORNEY/CLIENT PRIVILEGE. If you believe you received this e-mail in error, do not read it. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. If the reader of this message is not the intended recipient, I did not intend to waive and do not waive any privileges or confidentiality of this message or the attachments. Please reply to the sender that you have received the message in error, then delete it. Thank you.

IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service. In addition, if any such tax advice is used or referred to by other parties in promoting, marketing or recommending any partnership or other entity, investment plan or arrangement, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addresses in this communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

 **CHICAGO1-#661922-v1-inspectprotocol.DOCX**
29K