JKB/cmj/684063                                                              2246-756-51

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

ARCHIE BEATON, individual and on behalf   )
of all others similarly situated,   )
   )
      Plaintiff,   )
   )
v.   )   Case No. 1:13-cv-08389
   )
SPEEDYPC SOFTWARE, a British Columbia   )   Judge Andrea R. Wood
company,   )
   )
      Defendant.   )

## AFFIDAVIT OF BARRY DODD
## IN RESPONSE TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Barry Dodd state that I have personal knowledge of the matters set forth herein and if called as a witness would testify as follows:

1.    I am Chief Executive Officer of ParetoLogic, Inc. ("ParetoLogic") and have served in that capacity since September 1, 2012.

2.    Speedy is a company based in Victoria, Canada and is a registered entity brand that is owned by Paretologic and is in the business of developing innovative computer software to help PC users combat common problems.

3.    There are a number of products under the ParetoLogic umbrella, including the software that Speedy sells called "SpeedyPC Pro" ("the Software"). Speedy began selling that software in October 2011.

4.    The Software is utility software that diagnoses and solves common problems that diminish a computer's performance.



EXHIBIT
B

5.      Speedy does not sell physical copies of the Software.  Instead, users download, install, and register the Software via the Internet.  The Software is marketed and sold in countries throughout the world, including in the United States and Canada.

6.      Speedy sells the Software directly to consumers on its website and also makes the Software available to independent resellers via third-party platforms, including RevenueWire, Avangate, Commission Junction, and ClickBank.  Speedy had separate merchant agreements with each of third party platforms that contained different terms, such as for holdbacks, discounts, refunds and payment terms.  Merchants select products and add them to catalogues on third party platforms for the resellers to promote, including the Software. These third party platforms communicate directly with the resellers, and are paid a percentage of sales.

7.      The subject Software at issue in Beaton's claims was purchased through SafeCart, a d/b/a of the reseller RevenueWire.

8.      The terms and conditions for use of the Software are set forth in the End User License Agreement ("EULA") provided  by Speedy.  The EULA is contained on Speedy's website and is presented on the computer when a person wants to install the Software on his, her or its computer.

9.      Pertinent to the issues in this motion the EULA provides as follows:

SOFTWARE END USER LICENSE AGREEMENT (EULA) PLEASE READ THIS AGREEMENT CAREFULLY BEFORE INSTALLING OR USING THIS SOFTWARE.

By installing and using Speedy PC Pro (the "Software"), you have agreed to abide by the following terms and conditions.

3.7     Limitation of Responsibility- You will indemnify, hold harmless, and defend SpeedyPC Software, its employees, agents and distributors against any and all claims, proceedings, demand and costs resulting from or in any way connected with your use of Speedy PC Software. In no event (including, without limitation, in the event of negligence) will SpeedyPC Software, its employees, agents or

2

distributors be liable for any consequential, incidental, indirect, special or punitive damages whatsoever (including, without limitation, damages for loss of profits, loss of use, business interruption, loss of information or data, or pecuniary loss), in connection with or arising out of or related to this Agreement, this Software or the use or inability to use this Software or the furnishing, performance or use of any other matters hereunder whether based upon contract, tort or any other theory including negligence. SpeedyPC Software's entire liability, without exception, is limited to the customers' reimbursement of the purchase price of the Software (maximum being the lesser of the amount paid by you and the suggested retail price as listed by Speedy PC Software, less any applicable taxes and shipping fees) in exchange for the return of the product, all copies, registration papers and manuals, and all materials that constitute a transfer of license from the customer back to Speedy PC Software. This reimbursement, as described above, will only occur if the Software was purchased directly from Speedy PC Software. If you purchased the Software through a reseller, distributor, retailer, or any other third party, you need to request a refund directly from such parties. SPEEDYPC SOFTWARE DOES NOT MAKE ANY GUARANTEES THAT THIS SOFTWARE WILL IDENTIFY ANY SPECIFIC HARDWARE OR SOFTWARE INSTALLED ON YOUR COMPUTER NOR DOES SPEEDYPC SOFTWARE MAKE ANY GUARANTEES THAT THIS SOFTWARE WILL LOCATE ANY APPLICATIONS FOR YOUR SPECIFIC HARDWARE FOR USE ON CERTAIN OPERATING SYSTEMS. SPEEDYPC SOFTWARE ALSO DOES NOT MAKE ANY GUARANTEES THAT ANY OR ALL SOFTWARE APPLICATIONS LOCATED FOR YOUR SPECIFIC HARDWARE AND OPERATING SYSTEM WILL FUNCTION ERROR FREE, ACHIEVE CERTAIN RESULTS, OR OPERATE WITHOUT INTERRUPTION. SPEEDYPC SOFTWARE DOES NOT GAURANTEE THE INTEGRITY OF THIRD PARTY SOFTWARE APPLICATIONS OR THAT THIRD PARTY SOFTWARE APPLICATIONS OBTAINED DIRECTLY FROM THIRD PARTY SERVERS OR THROUGH SPEEDYPC SOFTWARE SERVERS WILL BE FREE OF VIRUSES OR MALICIOUS CODE. ALL SOFTWARE APPLICATIONS LOCATED AND AVAILABLE THROUGH THIS SOFTWARE ARE THE PROPERTY OF THEIR RESPECTIVE OWNERS. If we are unable to provide the software application that Speedy PC Pro presented during the free scan, you are entitled to request a refund as per standard refund policy. Speedy PC Software programs are not intended for use in the operation of communication systems, aircraft navigation, air traffic control systems, nuclear facilities, life support machines or other equipment where the failure of Speedy PC Software programs could lead to personal injury, death or severe physical or environmental damage.

3.8     Warranties- The Software is being provided to you on an "AS IS" basis. Except as expressly stated in writing by an authorized employee of Speedy PC Software, Speedy PC Software makes no representation or warranties in respect of this Software and expressly excludes all other warranties, expressed or implied,

3

oral or written, including, without limitation, any implied warranties of merchantable quality or fitness for a particular purpose.

3.9    Governing Law- This Agreement shall be governed exclusively by the laws of the Province of British Columbia and the laws of Canada applicable therein except any principles regarding conflicts of law rules and the United Nations Convention on Contracts for the International Sale of Goods. You hereby irrevocably attorn and submit to the non-exclusive jurisdiction of the courts of Victoria, British Columbia, and any competent Courts of Appeal therefrom. If any provision shall be considered unlawful, void or otherwise unenforceable, then that provision shall be deemed severable from this License and not affect the validity and enforceability of any other provisions.

A copy of the EULA during the 2011 to 2014 time period is attached hereto as Exhibit 1.

10.    Before a person can install the Software, he, she or it must click through a series of dialog screens. After the Welcome screen, a person is presented with the Software's EULA and is asked to "[p]lease review the license agreement and privacy policy before installing SpeedyPC Pro. If you accept all terms of the agreement and policy, click I Agree." A person cannot install the Software without first clicking the "I Agree" button and accepting the EULA's terms and conditions. If a person does not click the "I Agree" button, he or she cannot install the Software. If a person clicks the "Cancel" button, the installation process will end. In other words, a person cannot use the Software without agreeing to the EULA.

11.    This process is the same for those persons who take advantage of the free version of the Software or pay for the full version. Every person who installs the Software must accept the EULA.

12.    ParetoLogic and Speedy have been accredited businesses with the Better Business Bureau since July 20, 2005.

13.    ParetoLogic and Speedy have been Microsoft Certified Partners since November 2009 and achieved Gold Certified Partner status in September 2012. The following steps were taken for the Software to achieve Microsoft's certification: (1) testing; (2) the Software must be

commercially available; (3) the Software must be supported; (4) ten people had to answer a survey run by a third party; (5) at least five people had to vouch for us.

14. There have been a number of independent third party reviews of the Software, including Tucows, Brothersoft, Soft32 and File Transit. All of these reviews were favorable.

15. Tucows is a publicly traded Internet services and telecommunications company, headquartered in Toronto, Canada. Tucows provides testing and ratings for products sold over the Internet. Attached hereto as Exhibit 2 is Tucows' review for the Software. Tucows gave the Software a 5 Cow rating, which is the highest rating possible. (An explanation of Tucows' review and rating system is attached hereto as Exhibit 3).

16. Brothersoft serves worldwide customers as among the top 5 leading software download websites. Attached hereto as Exhibit 4 is Brothersoft's review for the Software. Brothersoft gave the Software a rating of 4.9 out of 5.

17. Soft32 is also a leading software download website. Attached hereto as Exhibit 5 is Soft32's review for the Software.

18. File Transit is also a leading software download website. Attached hereto as Exhibit 6 is File Transit's review for the Software. File Transit gave the Software a 5 star rating.

19. Speedy also received numerous favorable testimonials from its customer support surveys, including the following:

| |
|---|
| "I have an old machine and the scans have helped as it showed so many errors, which have now been fixed." |
| "It cleans out the garbage and helps my computer run faster." |
| "I like how it automatically finds problems and fixes them quickly." |
| "It has brought an old dead computer to life again." |

> "Makes my old XP machine actually work like it was when it was new! Files and programs load in a flash."

> "Keeps my computer running really fast. Gets rid of all unwanted clutter, and things that slow down my computer."

> "To me it works great for all those little things that need doing before it can turn into a BIG mess. The ones I know need fixing but don't know how to. ... So what I am trying to say is your 'PRODUCT' is the best and thank you for the use of it"

(True and correct copies of these testimonials are attached hereto as Exhibit 7).

20.     There have also been numerous third party testimonials of the Software from customers, which have included favorable, unfavorable and reviews in between. (True and correct copies of examples of these testimonials are attached hereto as Exhibit 8).

21.     Speedy was always sold with an unconditional 30 day money back guarantee, which provided that the customer could obtain a full refund for any reason within 30 days of purchase. Speedy also granted refunds beyond the 30 day window up to 90 days post purchase if the customer was not satisfied. Please note the refund % is only for the refunds/chargebacks in the 30 day window. During the period October 28, 2011 to November 18, 2011 Speedy issued the following sales and refunds for sales in the United States:

| Start Date | End Date | Category | US Sales | US Refunds Within 30 Days | US Refunds Post 31 to 90 Days | US Charge backs Within 30 Days | US Charge backs Post 31 to 90 Days | US Refund Rate |
|---|---|---|---|---|---|---|---|---|
| 10/28/2011 | 11/18/2014 | Primary Sale | 747,774 | 39,240 | 3,784 | 3,363 | 1,845 | 5.70% |

22.     Beaton requested a refund from Speedy on February 17, 2013. Speedy rejected that request because it was more than 90 days after the Software was purchased.

6

23.     I have reviewed Plaintiff's motion for class certification and memorandum and exhibits filed in support of the motion.

24.     In his memorandum Plaintiff makes numerous misrepresentations and misleading statements as to my deposition testimony in this case, as follows:

**Representation:**

"To determine what functionality it should have (or at least advertise), Defendant did a competitive analysis to see what other competitors purported to offer. (Dodd June Tr. 13:5-19.)" (ECF 125 at 3)

**Fact:**

There is no reference to advertising in the cited testimony.

**Representation:**

Once the software was developed, SpeedyPC looked to its marketing team - which consisted of designers and copywriters who had no technical background and developed the advertising essentially in isolation from the software developers—to make it as profitable as possible. (See Dodd June Tr. at 14:10-13; 20:22-25; 22:9-15.)" (ECF 125 at 3)

**Fact:**

There is no reference to designers and copywriters having no technical background, no reference to developing advertising in isolation from software developers, and no reference to making it as profitable as possible.

**Representation:**

"They performed keyword searches on Google Tools to determine what keywords got the most hits, and then created the marketing, graphics, and representations based on their findings. (Id. at 15:21-17:5.)" (ECF 125 at 3)

**Fact:**

There is no reference in the cited testimony to a determination of what keywords got the most hits, specific reference to the using keyword research to create graphics or representations.

**Representation:**

"Once they were done, the marketing materials were approved by another set of individuals who did not have any technical background (See Dodd June Tr. at 22:9-15)" (ECF 125 at 3-4)

**Fact:**

There is no reference in the cited testimony to any other set of individuals who did not have any technical background – in fact, the cited testimony clearly states that no one else had to approve besides me, and I utilized those in the company with a technical background to assist me in providing such approval.

**Representation:**

"SpeedyPC's marketing team created marketing materials both for its own use and for use by its resellers (Dodd Tr.51:9-14). Any minor changes made by a reseller would have remained variations on a very consistent theme" (ECF 125 at 3-4)

**Fact:**

The citation of the transcript only references a partial answer -- the complete answer goes on to state that the resellers were not required to use Speedy's materials, and were free to go out and promote the Software using their own materials. Also I did not say anything about a consistent theme and in fact a reseller could deviate significantly from Speedy's materials.

**Representation:**

"All that a free trial would do was, supposedly, assess their computer's health and see if they needed to purchase SpeedyPC Pro. (Id.)" (ECF 124 at 5).

**Fact:**

This is misleading and ignores my further testimony that indicates the Software had functionality even if it was not purchased (Dodd Deposition 26:24-27:16)"

**Representation:**

"When an individual first downloaded the free-trial version, they were immediately confronted with "Warning!" in a red banner—which SpeedyPC's CEO said he believed was to get consumers' attention. (See May 17, 2016, Transcript of Barry Dodd ("Dodd May Tr.") at 41:10-23, true and accurate excerpts of which are attached as Exhibit 9.)" (ECF 125 at 6).

**Fact:**

The Software actually depicted "Warning! You need to perform a scan".

**Representation:**

8

"SpeedyPC has access to records of every individual who purchased SpeedyPC Pro, including their names, email addresses, and credit card information. (See SPEEDY 000001, attached as Exhibit 10; Dodd June Tr. 60:11-14; 62:21-25.). (ECF 125 at 6-7).

**Fact:**

The cited testimony only supports the fact that Speedy asks the user to register and provide an email address. Speedy does do not collect or store credit card information nor do they have access to credit card information.

**Representation:**

"And, to the extent the Court has any concerns about administrative feasibility, it bears noting that Defendant has access to records containing the names, billing, contact, and sale information for every Class member (see Dodd June Tr. 62:21-25), thus compiling a class list is a simple matter here." (ECF 125 at 26).

**Fact:**

The cited testimony does not support this statement. 62:21-25 refers only to the ability to associate a customer with a license key and does not reference billing information. Also, Speedy never stores any billing information (e.g. Credit Card #, Credit Card Expiry Date, PayPal Info, etc...) Visa, Master, PayPal, or other payment billing info is all handled by RevenueWire, and Speedy has no knowledge of them and so no complex query is going to get Speedy the billing information. The Software was sold at a wide variety of differing price points.

25. Plaintiff also makes numerous additional false and/or misleading statements in his memorandum, as follows:

**Representation:**

"SpeedyPC Pro (the "Software"), a product that it warranted would "optimize[] memory," "eliminate clutter, error messages, freezing, crashes or erratic performance," "manage[] your computer's resources for improved performance," and "protect [you] and your PC by removing malware and privacy files." It turns out none of that was true. The reality is that SpeedyPC Pro was never going to deliver on any of those promises because it simply wasn't programmed to do so." (ECF 125 at 1).

**Fact:**

First, Speedy made no express warranties, and in fact excluded such warranties in the EULA. Second, the Software was in fact programmed to optimize memory, eliminate clutter, error messages, freezing, crashes erratic performance, manage a

computer's resources for improved performance, and protect users and their computers by removing malware and privacy files.

**Representation:**

"the Software delivered big for SpeedyPC: defrauding literally hundreds of thousands of U.S. consumers out of tens of millions of dollars." (ECF 125 at 1).

**Fact:**

No one who purchased the Software was defrauded by Speedy.

**Representation:**

"the value of SpeedyPC Pro will be identical for everyone." (ECF 125 at 20).

**Fact:**

There is no support provided for this statement, and it is false. The value of the Software will vary by each individual purchaser, as demonstrated by the customer reviews attached hereto.

21. This is now Edelson PC's ("Edelson") third class action lawsuit involving ParetoLogic and Speedy. The first lawsuit was filed on February 2, 2012 in the United States District Court for the Western District of Washington, *Pedroza v. RevenueWire Inc., d/b/a Safecart and ParetoLogic*, Case No. 2:12-cv-00183 (W.D.Wash.). In that suit Edelson alleged various claims against RevenueWire and ParetoLogic relating to the RegCure utility software. RevenueWire and ParetoLogic filed a motion to inspect plaintiff's computer, which Edelson resisted. Soon after the court entered an order allowing that inspection, the case was voluntarily dismissed by Edelson. The second case was filed on September 11, 2012 in the United States District Court for the Northern District of California, *Bastion v. SpeedyPC Software*, Case No. 3:12-cv-04730 (N.D.Cal.). In that suit Edelson alleged claims similar to those alleged in this case relating to the Software. The plaintiff in that case, Phyllis Bastion, received a refund prior to the lawsuit being filed. On December 11, 2012 Edelson filed an amended complaint on behalf

10

of a different plaintiff, Rose-Mai Robichaud. Edelson then voluntarily dismissed that case on May 2, 2013.

22.     Beaton never provided any notice to Speedy of any claim he was going to assert. The first notice of any such claim was when we received Beaton's Complaint in this case.

FURTHER AFFIANT SAYETH NOT

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on February 28, 2017

_____
Barry Dodd

SOFTWARE END USER LICENSE AGREEMENT (EULA)

PLEASE READ THIS AGREEMENT CAREFULLY BEFORE INSTALLING OR USING THIS SOFTWARE.

By installing and using SpeedyPC Pro (the "Software"), you have agreed to abide by the following terms and conditions.

1. LICENSE - Subject to the terms and conditions of this Agreement, SpeedyPC Software grants to you a limited, non-exclusive, non-transferable license to use or evaluate the Software in accordance with this Agreement and any other written agreement with SpeedyPC Software. You have purchased a license to use the Software. You do not have the right to sublicense. SpeedyPC Software does not transfer title of the Software to you. This Agreement is a legally binding agreement between SpeedyPC Software and the user(s) of this Software. If you do not agree to the terms and conditions of this Agreement, you are required to immediately stop installing or using this Software. You must remove the Software and any associated documentation from your computer.

2. DISTRIBUTION - Unless otherwise authorized herein, this Software, any accompanying documentation, and the license herein granted shall not be copied, shared, distributed, re-sold, offered for re-sale, transferred or sub-licensed in whole or in part except that you may make one copy for archive purposes only. To learn about redistribution of this Software, please contact SpeedyPC Software at: speedypc.com.

3. User Agreement

3.1 Evaluation Version use -You may evaluate this Software without purchasing a license (the "Evaluation Version") for a maximum number of days indicated and permitted by SpeedyPC Software, or you might have limited access to some of the features and functionality of the Software. In order to use all the features and functionality of the Software you must purchase a license from SpeedyPC Software. For more information about purchasing a license to use the Software, please contact SpeedyPC Software at: speedypc.com.

3.2 Activation of Software - Once you have purchased a license from SpeedyPC Software in order to continue to use the Software or enable all the features of the software, you may be required to activate the Software through the Internet. The Software contains technological measures designed to prevent unlicensed use of the Software. SpeedyPC Software will use those measures to confirm you have a valid licensed copy of the Software. SpeedyPC Software will not collect any personally identifiable information from your computer location or workstation during this process.

3.3 Distribution - The Evaluation Version of the Software may be freely distributed, provided that:
i.   Such distribution includes only the original Software supplied by SpeedyPC Software. You may not alter, delete or add any files in the distribution Software or modify the Software in any way.

EXHIBIT B    EXHIBIT 1

SPEEDY 000032

ii.   The limited evaluation nature of this Evaluation Version Software is not misrepresented.
iii.   No money is charged to the person receiving this Evaluation Version Software, beyond reasonable cost of packaging and other overhead, if applicable.
iv.   You provide prior email or written notice to SpeedyPC Software that you are distributing this Evaluation Version and receive written confirmation of SpeedyPC Software's authorization for such distribution. If the Software is being distributed with other hardware, media or software, SpeedyPC Software's prior written authorization is required. You may be required to report to SpeedyPC Software the number of units of this Evaluation Version Software distributed from time to time.

3.4 Use -Your license to use this Software is limited to the number of licenses purchased by you and for a limited number of days. Upon the expiration of your license, you will need to renew and purchase another license in order to continue to use all the features and functionality of the Software. For more information about purchasing additional licenses of this Software or renewing your existing license, please contact SpeedyPC Software at: speedypc.com. You shall not allow others to use, copy or evaluate copies of this licensed Software. Others may obtain an Evaluation Version of the Software or purchase a license to use the Software from: speedypc.com.

3.5 Use Restrictions - You shall use this Software in compliance with all applicable laws and not for any unlawful purpose. Each licensed copy of this Software may be used on one single computer location or workstation, unless otherwise authorized herein. "Use" of the Software means that you have loaded, installed, or run the Software on a computer or similar device. If you install the Software onto a multi-user platform, server or network, each and every individual user of the Software must be licensed separately or included by a multi-site license in order to access all the features and functionality of the Software. You may make one copy of this Software for backup purposes, providing you only have one copy installed on one computer location or workstation (or number of users covered in a multi-site license). Others may not use or install your licensed copy of this Software. The assignment, sublicense, networking, sale, or distributions of copies of this licensed Software are strictly forbidden without the prior written consent of SpeedyPC Software. It is a violation of this Agreement to assign, sell, share, loan, rent, lease, borrow, network or transfer the use of this licensed Software. If any person other than yourself uses Software registered in your name on another computer location or workstation, regardless of whether it is at the same time or different times, then this Agreement is being violated. You are responsible for that violation.

3.6 Copyright Restriction - This Software contains material that is copyrighted, trade secrets and other proprietary material. You are not allowed to, and shall not attempt to, modify, reverse engineer, disassemble or decompile this Software. Nor are you permitted to create any derivative works or other works that are based upon or derived from the Software in whole or in part.

SpeedyPC Software's name, logo and graphics file that represent this Software shall not be used in any way to promote products developed with our Software. SpeedyPC Software retains sole and exclusive ownership of all right, title and interest in and to the Software and all Intellectual Property rights relating thereto. Copyright law and international copyright treaty provisions

protect all parts of this Software. No program, code, part, image, or text may be copied or used in any way by the user except as intended within the bounds of this Agreement. All rights not expressly granted hereunder are reserved for SpeedyPC Software.

3.7 Limitation of Responsibility - You will indemnify, hold harmless, and defend SpeedyPC Software, its employees, agents and distributors against any and all claims, proceedings, demand and costs resulting from or in any way connected with your use of SpeedyPC Software. In no event (including, without limitation, in the event of negligence) will SpeedyPC Software, its employees, agents or distributors be liable for any consequential, incidental, indirect, special or punitive damages whatsoever (including, without limitation, damages for loss of profits, loss of use, business interruption, loss of information or data, or pecuniary loss), in connection with or arising out of or related to this Agreement, this Software or the use or inability to use this Software or the furnishing, performance or use of any other matters hereunder whether based upon contract, tort or any other theory including negligence. SpeedyPC Software's entire liability, without exception, is limited to the customers' reimbursement of the purchase price of the Software (maximum being the lesser of the amount paid by you and the suggested retail price as listed by SpeedyPC Software, less any applicable taxes and shipping fees) in exchange for the return of the product, all copies, registration papers and manuals, and all materials that constitute a transfer of license from the customer back to SpeedyPC Software. This reimbursement, as described above, will only occur if the Software was purchased directly from SpeedyPC Software. If you purchased the Software through a reseller, distributor, retailer, or any other third party, you need to request a refund directly from such parties. SPEEDYPC SOFTWARE DOES NOT MAKE ANY GUARANTEES THAT THIS SOFTWARE WILL IDENTIFY ANY SPECIFIC HARDWARE OR SOFTWARE INSTALLED ON YOUR COMPUTER NOR DOES SPEEDYPC SOFTWARE MAKE ANY GUARANTEES THAT THIS SOFTWARE WILL LOCATE ANY APPLICATIONS FOR YOUR SPECIFIC HARDWARE FOR USE ON CERTAIN OPERATING SYSTEMS. SPEEDYPC SOFTWARE ALSO DOES NOT MAKE ANY GUARANTEES THAT ANY OR ALL SOFTWARE APPLICATIONS LOCATED FOR YOUR SPECIFIC HARDWARE AND OPERATING SYSTEM WILL FUNCTION ERROR FREE, ACHIEVE CERTAIN RESULTS, OR OPERATE WITHOUT INTERRUPTION. SPEEDYPC SOFTWARE DOES NOT GAURANTEE THE INTEGRITY OF THIRD PARTY SOFTWARE APPLICATIONS OR THAT THIRD PARTY SOFTWARE APPLICATIONS OBTAINED DIRECTLY FROM THIRD PARTY SERVERS OR THROUGH SPEEDYPC SOFTWARE SERVERS WILL BE FREE OF VIRUSES OR MALICIOUS CODE. ALL SOFTWARE APPLICATIONS LOCATED AND AVAILABLE THROUGH THIS SOFTWARE ARE THE PROPERTY OF THEIR RESPECTIVE OWNERS. If we are unable to provide the software application that SpeedyPC Pro presented during the free scan, you are entitled to request a refund as per standard refund policy.

SpeedyPC Software programs are not intended for use in the operation of communication systems, aircraft navigation, air traffic control systems, nuclear facilities, life support machines or other equipment where the failure of SpeedyPC Software programs could lead to personal injury, death or severe physical or environmental damage.

3.8 Warranties - The Software is being provided to you on an "AS IS" basis. Except as expressly stated in writing by an authorized employee of SpeedyPC Software, SpeedyPC Software makes

no representation or warranties in respect of this Software and expressly excludes all other warranties, expressed or implied, oral or written, including, without limitation, any implied warranties of merchantable quality or fitness for a particular purpose.

3.9 Governing Law - This Agreement shall be governed exclusively by the laws of the Province of British Columbia and the laws of Canada applicable therein except any principles regarding conflicts of law rules and the United Nations Convention on Contracts for the International Sale of Goods. You hereby irrevocably attorn and submit to the non-exclusive jurisdiction of the courts of Victoria, British Columbia, and any competent Courts of Appeal therefrom. If any provision shall be considered unlawful, void or otherwise unenforceable, then that provision shall be deemed severable from this License and not affect the validity and enforceability of any other provisions.

3.10 Termination - Any failure to comply with the terms and conditions of this Agreement will result in automatic and immediate termination of this license. Upon termination of this license granted herein for any reason, you agree to immediately cease use of the Software and destroy all copies of the Software supplied under this Agreement. The financial obligations incurred by you shall survive the expiration or termination of this license.

4. Consent to Use of Data - You agree that by installing and using the Software, SpeedyPC Software may use the information that is collected and transmitted through the Software, in any manner, as part of the product support services provided to you, if any, related to the Software and any hardware installed on your computer. Such information collected may include without limitation IP address, and information derived from the operating system configuration and hardware configuration of the computer. The Software will not collect any personally identifiable information from your computer location or workstation during this process. For more information on SpeedyPC Software's Privacy Policy, please visit speedypc.com.

5. Software Verification and Updates - By installing and using the Software, You further acknowledge and agree that SpeedyPC Software may automatically check the version and licensing state of the Software that you have installed in order to determine if any Software updates, upgrades, or fixes are available, and/or to verify your license to use the Software. This process is performed through the Software which contains components that facilitate the use of certain Internet based services. If updates, upgrades or fixes are available for the Software, the Software may automatically download and install the applicable Software updates or upgrades without further notice to you in order for You to achieve the maximum benefits while using the Software. If there are any modifications to the terms and conditions of this EULA at the time of the update, You will be notified during the update process and will be required to review and accept the terms and conditions of the modified EULA prior to the installation of any Software updates or upgrades.

6. Advertising and Links - The Software installation and/or any applicable Software update or upgrade processes may include SpeedyPC Software promotional offers and advertisements, or promotional offers and advertisements from third parties. The manner, mode and extent of advertising by SpeedyPC Software through the Software installation process and/or any applicable Software update or upgrade processes are subject to change at any time and without

notice to you. You agree that SpeedyPC Software shall not be responsible or liable for any loss or damage of any sort incurred by you as a result of any such dealings or as the result of the presence of such advertisements and third party advertisers. SpeedyPC Software may provide, or third parties may provide, links from the advertisements to other Internet sites or resources. Because SpeedyPC Software may not have any control over such sites and resources, you acknowledge and agree that SpeedyPC Software is not responsible for the availability of such external sites or resources or the content or policies (including without limitation site terms of use or privacy policies) that govern the use of those Internet sites and resources. SpeedyPC Software does not endorse and is not responsible or liable for any third party content, advertising, products, or other materials displayed or made available from such sites or resources. You further acknowledge and agree that SpeedyPC Software shall not be responsible or liable, directly or indirectly, for any damage or loss caused or alleged to be caused by or in connection with your use of or reliance on any such content, materials, goods or services made available on or through any such Internet site or resource, nor will SpeedyPC Software accept any responsibility for any viruses, worms, Trojan horses or other forms of destructive malware that may infect your computer systems as a result of your use of any third party Internet sites and/or resources.

7. Intellectual Property Rights - All third party software products and company names used in the Software are copyright and the property of the respective owners. Furthermore, when using a third party's software products as identified and recommended through this Software, you will be bound to that company's own legal agreements. All software product names and company names used in the Software are for identification purposes only and may be trademarks or registered trademarks of their respective owners. SpeedyPC Software is in no way affiliated with or representing any of the companies identified and displayed in this Software.

SpeedyPC Pro is a registered trademark of SpeedyPC Software.

SPEEDY 000036

Jan 31 2012 EULA.TXT
SOFTWARE END USER LICENSE AGREEMENT (EULA)

PLEASE READ THIS AGREEMENT CAREFULLY BEFORE INSTALLING OR USING THIS SOFTWARE.

By installing and using SpeedyPC Pro (the "Software"), you have agreed to abide by the following terms and conditions.

1. LICENSE - Subject to the terms and conditions of this Agreement, SpeedyPC Software grants to you a limited, non-exclusive, non-transferable license to use or evaluate the Software in accordance with this Agreement and any other written agreement with SpeedyPC Software. You have purchased a license to use the Software. You do not have the right to sublicense. SpeedyPC Software does not transfer title of the Software to you. This Agreement is a legally binding agreement between SpeedyPC Software and the user(s) of this Software. If you do not agree to the terms and conditions of this Agreement, you are required to immediately stop installing or using this Software. You must remove the Software and any associated documentation from your computer.

2. DISTRIBUTION - Unless otherwise authorized herein, this Software, any accompanying documentation, and the license herein granted shall not be copied, shared, distributed, re-sold, offered for re-sale, transferred or sub-licensed in whole or in part except that you may make one copy for archive purposes only. To learn about redistribution of this Software, please contact SpeedyPC Software at: <http://www.speedypc.com>.

3. User Agreement

3.1 Evaluation Version use -You may evaluate this Software without purchasing a license (the "Evaluation Version") for a maximum number of days indicated and permitted by SpeedyPC Software, or you might have limited access to some of the features and functionality of the Software. In order to use all the features and functionality of the Software you must purchase a license from SpeedyPC Software. For more information about purchasing a license to use the Software, please contact SpeedyPC Software at: <http://www.speedypc.com>.

3.2 Activation of Software - Once you have purchased a license from SpeedyPC Software in order to continue to use the Software or enable all the features of the software, you may be required to activate the Software through the Internet. The Software contains technological measures designed to prevent unlicensed use of the Software. SpeedyPC Software will use those measures to confirm you have a valid licensed copy of the Software. SpeedyPC Software will not collect any personally identifiable information from your computer location or workstation during this process.

3.3 Distribution - The Evaluation Version of the Software may be freely distributed, provided that:
i. Such distribution includes only the original Software supplied by SpeedyPC Software. You may not alter, delete or add any files in the distribution Software or modify the Software in any way.
ii. The limited evaluation nature of this Evaluation Version Software is not misrepresented.
iii. No money is charged to the person receiving this Evaluation Version Software, beyond reasonable cost of packaging and other overhead, if applicable.
iv. You provide prior email or written notice to SpeedyPC Software that you are distributing this Evaluation Version and receive written confirmation of SpeedyPC Software's authorization for such distribution. If the Software is being distributed with other hardware, media or software, SpeedyPC Software's prior written authorization is required. You may be required to report to SpeedyPC Software the number of units of this Evaluation Version Software distributed from time to time.

3.4 Use -Your license to use this Software is limited to the number of licenses purchased by you and for a limited number of days. Upon the expiration of your license, you will need to renew and purchase another license in order to continue to
Page 1

SPEEDY 000037

Jan  31 2012 EULA.TXT
use all the features and functionality of the Software. For more information about
purchasing additional licenses of this Software or renewing your existing license,
please contact SpeedyPC Software at:  <http://www.speedypc.com>.
You shall not allow others to use, copy or evaluate copies of this licensed
Software. Others may obtain an Evaluation Version of the Software or purchase a
license to use the Software from: <http://www.speedypc.com>.

3.5 Use Restrictions - You shall use this Software in compliance with all applicable
laws and not for any unlawful purpose. Each licensed copy of this Software may be
used on one single computer location or workstation, unless otherwise authorized
herein.  "Use" of the Software means that you have loaded, installed, or run the
Software on a computer or similar device.  If you install the Software onto a
multi-user platform, server or network, each and every individual user of the
Software must be licensed separately or included by a multi-site license in order to
access all the features and functionality of the Software.  You may make one copy of
this Software for backup purposes, providing you only have one copy installed on one
computer location or workstation (or number of users covered in a multi-site
license). Others may not use or install your licensed copy of this Software. The
assignment, sublicense, networking, sale, or distributions of copies of this
licensed Software are strictly forbidden without the prior written consent of
SpeedyPC Software.  It is a violation of this Agreement to assign, sell, share,
loan, rent, lease, borrow, network or transfer the use of this licensed Software.
If any person other than yourself uses Software registered in your name on another
computer location or workstation, regardless of whether it is at the same time or
different times, then this Agreement is being violated. You are responsible for that
violation.

3.6 Copyright Restriction - This Software contains material that is copyrighted,
trade secrets and other proprietary material. You are not allowed to, and shall not
attempt to, modify, reverse engineer, disassemble or decompile this Software.  Nor
are you permitted to create any derivative works or other works that are based upon
or derived from the Software in whole or in part.

SpeedyPC Software's name, logo and graphics file that represent this Software shall
not be used in any way to promote products developed with our Software. SpeedyPC
Software retains sole and exclusive ownership of all right, title and interest in
and to the Software and all Intellectual Property rights relating thereto. Copyright
law and international copyright treaty provisions protect all parts of this
Software. No program, code, part, image, or text may be copied or used in any way by
the user except as intended within the bounds of this Agreement. All rights not
expressly granted hereunder are reserved for SpeedyPC Software.

3.7 Limitation of Responsibility - You will indemnify, hold harmless, and defend
SpeedyPC Software, its employees, agents and distributors against any and all
claims, proceedings, demand and costs resulting from or in any way connected with
your use of SpeedyPC Software. In no event (including, without limitation, in the
event of negligence) will SpeedyPC Software, its employees, agents or distributors
be liable for any consequential, incidental, indirect, special or punitive damages
whatsoever (including, without limitation, damages for loss of profits, loss of use,
business interruption, loss of information or data, or pecuniary loss), in
connection with or arising out of or related to this Agreement, this Software or the
use or inability to use this Software or the furnishing, performance or use of any
other matters hereunder whether based upon contract, tort or any other theory
including negligence. SpeedyPC Software's entire liability, without exception, is
limited to the customers' reimbursement of the purchase price of the Software
(maximum being the lesser of the amount paid by you and the suggested retail price
as listed by SpeedyPC Software, less any applicable taxes and shipping fees) in
exchange for the return of the product, all copies, registration papers and manuals,
and all materials that constitute a transfer of license from the customer back to
SpeedyPC Software. This reimbursement, as described above, will only occur if the
Software was purchased directly from SpeedyPC Software.  If you purchased the
Software through a reseller, distributor, retailer, or any other third party, you
need to request a refund directly from such parties. SPEEDYPC SOFTWARE DOES NOT MAKE
Page 2

SPEEDY 000038



**e.g. Spyware Removal**

Windows  Go



tucows

Meet Hover.

The best place to buy and manage domain names for your ideas.

Visit Hover.com  >>>

MEET THE TUCOWS FAMILY

hover   ting   OpenSRS

Related Tags   10

Downloader
File System
File
Ftp Client
Videos
Windows
Youtube
Files
Recovery
File Sharing

Windows / IS/IT / OS management / System Utilities

## SpeedyPC PRO 3.0

| | |
|---|---|
| Published by: | www.speedypc.com |
| License | Demo |
| Cost | $29.95 |
| OS: | 7 / XP / Vista / 8 |
| Cow Rating: | |
| Popularity: | 54% |
| Support URL: | www.speedypc.com/product/support-options-speedypc.aspx |
| Tagged with: | slow |
| | system |
| | errors |
| | optimization |
| | fix |
| | registry |

file size: **4.79 MB**

Scan, repair, and optimize your Windows PC now with SpeedyPC Pro!

Scan, repair, and optimize your Windows PC now with SpeedyPC Pro! In just 2 minutes, you can fix computer errors and boost speed. Plus, use built-in tools to stop malware infections, clean out junk files and more, to reveal your computers true potential. The SpeedyPC Pro system scan tackles the primary causes of computer problems: registry errors, malware, junk files, and system settings. As the central database for your computer, the registry is one area where small mistakes can lead to large errors and slowdowns. Malware causes three big problems: it can annoy you with ads, pop-ups, and unwanted websites, it can slow down your PC to a crawl, and it can cause strange error messages. Junk files are just that: files that you dont need and just slow you down. Your computer creates thousands of these over time, and when they build up you start suffering the consequences. System settings are another area that can drag your PC down. Windows is incredibly complex, and if it is not fine-tuned for your individual machine, you will not achieve maximum performance. With just one scan, you can instantly find problems in all these areas and with just one click, you can fix them all too. Plus, the system scan also takes care of privacy files. These are history files, temporary files, and assorted data that build up over time. They take up space on your computer, but they also put your privacy at risk to hackers and scammers. SpeedyPC Pro cleans them out fast.



About Us  |  Contact Us  |  Submit Software  |  Ratings Guide

Privacy  |  Terms & Conditions  |  Uninstall Toolbar  |  DMCA Notice  |  Site Map

© 2006-2017  Tucows.  All Rights Reserved



EXHIBIT B

EXHIBIT 2

 tucows downloads

e.g. Spyware Removal      **Windows** 

# The Tucows Downloads Ratings Guide

Tucows Downloads reviewers rate and review based on the following guidelines. With the help of the software development community, we've established these criteria to weigh your applications or services both quantitatively and qualitatively. With this Guide, Reviewers evaluate applications based on a blend of opinion and absolute functionality to derive a score. While no single criterion will affect your score to the extent that it alone causes your application to be rejected, you should focus your efforts not only on providing specific features, but concentrate on the extent to which you support, expand and improve each feature.

Some of these points are clearly subjective. Remember, we are reviewing your submission. All reviews, by definition, contain subjectivity. It is our sincere hope that our evaluation of your program helps you provide better software or services to your customers. Bear in mind that our criteria are dynamic. As such, we welcome your ideas for further improvement and modification. If you have suggestions, please let us know.

If your application receives a three-, four-, or five-cow rating, congratulations! As you'll see by reading the Ratings Guide, this is no small feat. You are in the company of some of the best programmers in the world. We receive hundreds of requests each week for inclusion in the Tucows Downloads software library. The fact that you scored in the three-cow range or higher has earned you a spot on our site. This is a sign that your product is among the best of its kind.

- Software Listing with no cow rating
- What types of programs will Tucows Downloads not accept?
- How does Tucows Downloads rate Windows programs?
- How does Tucows Downloads rate add-on programs?
- How does Tucows Downloads rate games?
- How does Tucows Downloads rate Macintosh programs?
- How does Tucows Downloads rate online services?
- How does Tucows Downloads rate iPhone programs?
- How does Tucows Downloads rate Blackberry programs?
- How does Tucows Downloads rate Android programs?
- How does Tucows Downloads rate Windows Mobile programs?
- How does Tucows Downloads rate Mobile applications and services?
- Tucows Downloads removal policies

tucows

Meet **Hover**.

The best place to buy and manage domain names for your ideas.

Visit Hover.com »»»

MEET THE TUCOWS FAMILY

hover   ting   OpenSRS

About Us | Contact Us | Submit Software | Ratings Guide

Privacy | Terms & Conditions | Uninstall Toolbar | DMCA Notice | Site Map

© 2006-2017 Tucows. All Rights Reserved

EXHIBIT
B

EXHIBIT
3

Case: 1:13-cv-08389 Document #: 139 Filed: 03/02/17 Page 21 of 53 PageID #:3311

**Brothersoft.com** | **Windows** | Games | Mobile | Wallpapers

Pop Searches: **photoshop**

| Home | Software | Games | Wallpapers | Drivers |
|------|----------|-------|------------|---------|

Top Download    Top Rated    New Updated    New Released    All Categories    Windows Essentials

You are here: Brothersoft.com > Windows > System Utilities > Optimize Utilities > SpeedyPC Pro 3.0 Download

## Categories

System Utilities

Automation

Other System Tools

**Optimize Utilities**

Mouse & Keyboard

Disk Management

Registry Tools

Startup & Shutdown

Uninstallers

PC Diagnostic

Drivers

Data Backup

Data Recovery

File Compression

File Management

File Search

Android Apps

iPhone Apps

Top Android Games

Top Android Apps

AdChoices

**Free Download PC**

Advertisement

# SpeedyPC Pro 3.0   👍 Like 2

**In just 2 minutes, you can fix errors and boost speed with SpeedyPC Pro!**

Advertisement





Average Rating (4.9): ⭐⭐⭐⭐⭐

Compatibility: Windows 7, 8, 10
Windows Vista
Windows XP, 2000

## Download    4.51MB

Add to my Watch List (On 0 lists)

**Last Week downloads:** 0

**Total downloads:** 668

**Last Updated:** Jan 29, 2013

**License:** Shareware **$29.97**

**OS:** Windows 7/Vista/XP

**Requirements:** Internet Explorer 6.0 or higher

**Publisher:** paretologic (1 more Applications)



view larger (8)



## User reviews

2 out of 5 based on 2 ratings for SpeedyPC Pro 3.0

**Average user rating:**

**Your rating:**

## Publisher's description                                    For SpeedyPC Pro 3.0

SpeedyPC Pro is a System Utilities software developed by paretologic. After our trial and test, the software is proved to be official, secure and free. Here is the official description for SpeedyPC Pro:

BSEditor: Scan, repair, and optimize your Windows PC Now with **SpeedyPC Pro!**

In just 2 minutes, you can fix computer errors and Boost speed. Plus, use built-in tools to stop malware infections, clean out junk files and more, to reveal your computer's true potential.

The **SpeedyPC Pro** system scan tackles the primary causes of computer problems: registry errors, malware, junk files, and system settings. As the central database for your computer, the registry is one area where small mistakes can lead to large errors and slowdowns. Malware causes three big problems: it can Annoy you with ads, pop-ups, and unwanted websites, it can slow down your PC to a crawl, and it can cause strange error messages. Junk files are just that: files that you don't need and just slow you down. Your computer creates thousands of these over time, and when they build up you start suffering the consequences. System settings are another area that can drag your PC down. Windows is incredibly complex, and if it is not fine-tuned for your individual machine, you will not achieve maximum performance. With just one scan, you can instantly find problems in all these areas – and with just one click, you can fix them all too. Plus, the system scan also takes care of privacy files. These are History files, temporary files, and Assorted data that build up over time. They take up space on your computer, but they also put your privacy at risk to hackers and scammers. **SpeedyPC Pro** cleans them out fast.

That's not all that **SpeedyPC Pro** offers. With an expanded tool set, **SpeedyPC Pro** also lets you defragment your hard drive, optimize restore points, remove unwanted startup items, delete annoying browser add-ons, tweak active processes, as well as identify and open unknown file types.

It's easy to fix errors and boost your computer speed - download **SpeedyPC Pro** now! you can free download SpeedyPC Pro 3.0 now.

Sponsored

 Express Burn Disc Burning Software4.82

Advertisement

iolo.com/System-Mechanic

Sponsored

**Doxillion Document Converter**
Doxillion Free Converter easily converts pdf, docx, doc, and more text formats.
Download Now

**Ad-Aware Free Antivirus+**
It combines our legendary Anti-spyware with a super fast, free Antivirus.
Download Now

**ZW3D**
CAD/CAM software for 3D modeling, mold design and machining.
Download Now

Case: 1:13-cv-08389 Document #: 139 Filed: 03/02/17 Page 23 of 53 PageID #:3313

**Babylon**

Presenting Babylon 10 – the most advanced translation system!

Download Now

**MixPad Multitrack Recording Software**

MixPad Professional is multi track audio mixer designed for audio production.

Download Now

**Express Accounts**

Free accounting software for small business for simple and easy bookkeeping.

Download Now

Click to Download

Click here to edit, creat any video free for fun!

## Related Software                                           For SpeedyPC Pro 3.0

| | |
|---|---|
| Full DVD Ripper Pro 9.3 | 5,448,839 downloads |
| VideoSpirit Pro 1.89 | 1,852,638 downloads |
| Cool Edit Pro 2.1 | 1,028,278 downloads |
| Plato DVD Ripper Pro 12.07.01 | 740,271 downloads |

## Tags                                                        For SpeedyPC Pro 3.0

full nero pc | s pro | google goggles for | windows vista full | instagram for macbook | n70 nokia pc | speedypc free download | pro plus motorola | opera mini browser | file lock | pro 1.0.2 | speedypc com | pro 2.3

## Statement

Please be aware that Brothersoft do not supply any crack, patches, serial numbers or keygen for SpeedyPC Pro,and please consult directly with program authors for any problem with SpeedyPC Pro.

**DOWNLOAD SpeedyPC Pro 3.0**

Case: 1:13-cv-08389 Document #: 139 Filed: 03/02/17 Page 24 of 53 PageID #:3314

**ESSENTIAL DOWNLOADS**

| | | **POPULAR DOWNLOADS** | | |
|---|---|---|---|---|
| Internet Explorer for | [Web Browsers] | File Manager | Time stopper | Brother Software |
| Malwarebytes' | [Spyware | BlueStacks | MS-DOS | MT6225 Driver |
| ALLPlayer | [Video Players] | PC CMOS Cleaner | BBSAK | Nokia Suite |
| WinRAR | [File Compression] | SAP GUI | SmartMove | Product Key Viewer fo |
| Foxit Reader | [PDF Readers] | Realtek High Definition | Life Tools | Acer eRecovery |
| TuneUp Utilities 2010 | [Optimize Utilities] | High Definition Audio | Nero ImageDrive | PC Brother Software |
| Adobe Photoshop | [Image Editors] | EPSON Stylus C90 Driver | X-Master | Game XP |
| Skype | [Video & Voice | Free - Speed up PC 3X | SARDU | ATI Radeon Display D |
| AIMP | [Audio Players] | BackTrack | Driver Finder | FileViewPro |
| | | Realtek RTL8187 Wireless | DriverPack Solution | Nokia Flashing Cable |

Copyright 2002 - 2014 BrotherSoft.com All rights reserved. About Us | Contact Us | Privacy Policy | Safety Policy | FAQ | Submit Software | Adve

Case: 1:13-cv-08389 Document #: 139 Filed: 03/02/17 Page 25 of 53 PageID #:3315

New here? **Create an account** | **Sign in** or

**Search**

| Windows | Mac | Mobile | Blog |



Windows   System Utilities   System Tools   SpeedyPC Pro

## SpeedyPC Pro 3.1.10.0

## Download Now!

**Scan, repair, and optimize your Windows PC now with SpeedyPC Pro! In just 2 minutes, you can fix computer errors and boost speed. Plus, use built-in features to stop malware, clean out junk files and optimize performance.**

| | |
|---|---|
| Last update | 5 Jun. 2013 | old versions |
| Licence | Free to try | $29.00 |
| OS Support | Windows XP, Windows Vista, Windows 7, Windows 7 x64, Windows Vista x64 |
| Downloads | Total: 9,657 | Last week: 37 |
| Ranking | #61 in System Tools |
| Publisher | Speedypc |

**Users rating:**                        (7 ratings)

⚠ Before downloading: **Optimize your PC installing Advance System Care**

G+1  5        Like 1                                    Subscribe to this program

Fix Errors and Clean Registry.
Boost Computer Speed. Try It Now.
Fix PC
Errors

## Screenshots of SpeedyPC Pro

EXHIBIT
B

EXHIBIT
5

We use cookies to make your site experience as simple as possible. If you're happy with that, just carry on as normal, otherwise you can change your browser's cookie settings at any time. More info on privacy

Case: 1:13-cv-08389 Document #: 139 Filed: 03/02/17 Page 26 of 53 PageID #:3316



View more screenshots

## SpeedyPC Pro Publisher's Description

Scan, repair, and optimize your Windows PC now with SpeedyPC Pro!

In just 2 minutes, you can fix computer errors and boost speed. Plus, use built-in tools to stop malware infections, clea junk files and more, to reveal your computer?s true potential.

The SpeedyPC Pro system scan tackles the primary causes of computer problems: registry errors, malware, junk files, system settings. As the central database for your computer, the registry is one area where small mistakes can lead to errors and slowdowns. Malware causes three big problems: it can annoy you with ads, pop-ups, and unwanted website can slow down your PC to a crawl, and it can cause strange error messages. Junk files are just that: files that you don? need and just slow you down. Your computer creates thousands of these over time, and when they build up you start suffering the consequences. System settings are another area that can drag your PC down. Windows is incredibly comp and if it is not fine-tuned for your individual machine, you will not achieve maximum performance. With just one scan, can instantly find problems in all these areas ? and with just one click, you can fix them all too. Plus, the system scan takes care of privacy files. These are history files, temporary files, and assorted data that build up over time. They tak space on your computer, but they also put your privacy at risk to hackers and scammers. SpeedyPC Pro cleans them ou fast.

That?s not all that SpeedyPC Pro offers. With an expanded tool set, SpeedyPC Pro also lets you defragment your hard optimize restore points, remove unwanted startup items, delete annoying browser add-ons, tweak active processes, as as identify and open unknown file types.

It?s easy to fix errors and boost your computer speed - download SpeedyPC Pro now!

We use cookies to make your site experience as simple as possible. If you're happy with that, just carry on
as normal, otherwise you can change your browser's cookie settings at any time. More info on privacy

Powered by Google

**Free Defrag - Download**

Ad pc-cleaner.sparktrust.com

**Download Sylenth1 2.2 for Mac Free**

soft32.com

**PC Clean Up Tool (2 Mins)**

Ad remooptimizer.com

**Download Windows 7 (SP1...**

soft32.com

**10 Best Credit Cards 2017**

Ad Credit Karma

**Download Camtasia Studio...**

soft32.com

**Windows XP Service Pack 3...**

soft32.com

**Download Crack Access...**

soft32.com

**Warning: Don't Use Probiotics Before You See This**

Learn More

Sponsored by **Gundry MD**

We use cookies to make your site experience as simple as possible. If you're happy with that, just carry on as normal, otherwise you can change your browser's cookie settings at any time. More info on privacy

Download SpeedyPC Pro 3.1.10.0
http://speedypc-pro.soft32.com/



**0 Comments**   **Soft32 - Free Downloads**   1   Lo...

< **Recommend**   4 **Share**   Sort by E

Start the discussion…

Be the first to comment.

A **Subscribe**   1 **Add Disqus to your site Add Disqus Add**   @ **Privacy**

## Look for Similar Items by Category

System Utilities > System Tools

## Feedback

- If you need help or have a question, contact us
- Would you like to update this product info?
- Is there any feedback you would like to provide? Click here



**Home**   **Submit Software**   **Contact Us**   **Advertise with Us**   **All Software**   **Sitemap**   **Jobs**   **Blog**

© 2003 - 2017 ITNT. All rights reserved.

Soft32 is also available in Deutsch, Español, Français, Português, Italiano.

Legal Information   Privacy Policy   Terms of Service   Copyright   EULA   DMCA   Uninstall

We use cookies to make your site experience as simple as possible. If you're happy with that, just carry on as normal, otherwise you can change your browser's cookie settings at any time. More info on privacy

2/28/2017 10:06 PM

Case: 1:13-cv-08389 Document #: 139 Filed: 03/02/17 Page 29 of 53 PageID #:3319



Home  |  About Us  |  Link To Us  |  FAQ  |  Contact

Serving Software Downloads in 976 Categories, Downloaded 27.905.543 Times

FEATURED   |   NEW   |   POPULAR   |   TOP RATED   |   REVIEWS   |   INDEX   |   SUBMIT



WINDOWS SOFTWARE / UTILITIES / REGISTRY TOOLS

**SpeedyPC Pro 3.0**

Date Added: December 08, 2012  |  Visits: 779





Full screenshot

Report Broken Link
Printer Friendly Version
Order Now

**Product Homepage**
**Download (80 downloads)**







| | |
|---|---|
| Windows Software | BeOS Software |
| Macintosh Software | Linux Software |
| PDA Software | OS/2 Software |
| Mobile Software | Scripts |

**TOP DOWNLOADS**

5389 - VB Decompiler
2312 - Remote Process Viewer
2035 - RapidTyping Typing Tutor
1966 - CoffeeCup HTML Editor
1844 - POS Software Imonggo
1777 - MathCast Equation Editor
1681 - Revo Uninstaller
1645 - Comodo Firewall
1576 - Freo Messenger
1497 - CyberBrowser
1464 - Lobby Track Access Control Software
1368 - opentaps open source ERP+CRM

Scan, repair, and optimize your Windows PC now with SpeedyPC Pro!
In just 2 minutes, you can fix computer errors and boost speed. Plus, use built-in tools to stop malware infections, clean out junk files and more, to reveal your computer™s true potential.

The SpeedyPC Pro system scan tackles the primary causes of computer problems: registry errors, malware, junk files, and system settings. As the central database for your computer, the registry is one area where small mistakes can lead to large errors and slowdowns. Malware causes three big problems: it can annoy you with ads, pop-ups, and unwanted websites, it can slow down your PC to a crawl, and it can cause strange error messages. Junk files are just that: files that you don™t need and just slow you down. Your computer creates thousands of these over time, and when they build up you start suffering the consequences. System settings are another area that can drag your PC down. Windows is incredibly complex, and if it is not fine-tuned for your individual machine, you will not achieve maximum performance. With just one scan, you can instantly find problems in all these areas â€" and with just one click, you can fix them all too. Plus, the system scan also takes

**NEW DOWNLOADS**

2017.02.28 - Bytescout PDF Viewer SDK
2017.02.28 - SterJo Firefox History
2017.02.28 - Disk Usage Analyzer
2017.02.28 - Privacy Drive Portable
2017.02.28 - Tipard DVD Cloner 6 for Mac
2017.02.28 - Platinum Hide IP
2017.02.28 - Tipard Blu-ray to MP4 Ripper
2017.02.28 - 4Videosoft Video Converter for Mac
2017.02.28 - 4Videosoft iOS Transfer
2017.02.28 - 4Videosoft DVD Copy for Mac
2017.02.28 - 4Videosoft Blu-Ray Copy
2017.02.28 - 5-Day Weather Forecast App
2017.02.28 - Currency Converter App
2017.02.28 - PDF2QFX
2017.02.28 - PDF2QBO



EXHIBIT B

EXHIBIT 6

care of privacy files. These are history files, temporary files, and assorted data that build up over time. They take up space on your computer, but they also put your privacy at risk to cyber crimers and scammers. SpeedyPC Pro cleans them out fast.

That™s not all that SpeedyPC Pro offers. With an expanded tool set, SpeedyPC Pro also lets you defragment your hard drive, optimize restore points, remove unwanted startup items, delete annoying browser add-ons, tweak active processes, as well as identify and open unknown file types.

It™s easy to fix errors and boost your computer speed - download SpeedyPC Pro now!

| | |
|---|---|
| Requirements: | No special requirements |
| Release Date: | October 18, 2011 |
| Platforms: | Windows XP, Windows Vista Starter, Windows Vista Home Basic, Windows Vista Home Premium, Windows Vista Business, Windows Vista Enterprise, Windows Vista Ultimate, Windows Vista Home Basic x64, Windows Vista Home Premium x64, Windows Vista Business x64, Windows Vista Enterprise x64, Windows Vista Ultimate x64 |
| Keyword: | Computer, Crash, Errors, Fix, Optimize, Pc, Performance, Registry, Repair, Speed, System, Utility, Windows |
| Users rating: | 0/10 |

License: Demo   Cost: $29.97 USD   Size: 4.51 MB

**USER REVIEWS**

More Reviews or Write Review


FREE
IT Help Desk Software
ManageEngine
ServiceDesk Plus
Download Now

**SPEEDYPC PRO RELATED**

Registry Tools  -  Registry Mechanic Installer 2008.2.2    186 KB
Registry Mechanic is an award winning clean

2017.02.28 - Free Download Manager

2017.02.28 - RoboMail Mass Mail Software

2017.02.27 - 7-Data Card Recovery

2017.02.27 - VidConvert

2017.02.27 - Cisdem AppCrypt for Mac

**NEW REVIEWS**

Hampton - Can handle many cameras in a premises with...

Jackie - All functions done by mouse and keys can be...

Stephen - Being a security conscious person, this is It...

Sophie - Can detect bad sectors in any had drive and...

Partick - DBF Viewer is the most easy tool for viewing...

Lakeisha - I make tutorial videos for my website and other...

Haloke - I won a company which offers services to the...

saymon - You can access and control any device connected...

Veronica - When I want to cut a video file using this...

Arash - Tixati is far better than any other torrent...

**TOP RATED**

1.   Asoftech Automation
2.   Zebra-Media Surveillance System
3.   DBF Viewer 2000
4.   Macrorit Disk Scanner
5.   SecureNote
6.   1-4a Rename
7.   Webcam and Screen Recorder
8.   ScrewLab
9.   Chick Video Studio
10.  Webcam Simulator

**NEW SEARCH**

1.   Simple Mileage Spreadsheet
2.   Mixing Audio Streams
3.   Realplayer Broadcaster
4.   Worksheet For Traverse Computation

registry program helps to optimize PC performance for maximum speed and efficiency. Enjoy free customer support, a user friendly interface, and a money back guarantee. You never need to be bogged down by...

Utilities  -  PC BOX 2.8

* Does your PC run more and more slowly? * Does your computer pop up mysterious error messages? * Do you suffer from the System's memory strike all the time? * Are you annoyed by the ads when you are surfing the Internet? * Do you get the...          17.23 MB

Registry Tools  -  Windows Registry Repair Pro 3.0

Safely clean and repair your Windows Registry! Registry Repair Pro scans the Windows registry for invalid or obsolete information in the registry. When you fix this information it will make your PC run faster and will make your PC error free. By...          963 KB

Registry Tools  -  Free Window Registry Repair 3.5

The registry is a heart and soul of any Windows system. It contains information that controls how your system appears and how it behaves. Almost all Windows users gradually experiences the downfall in their PC's performance. Much of it can be...          786.92 KB

Registry Tools  -  Registry Repair Software 7.12.01

Registry repair software is a Windows utility to make your computer run faster without any errors. Over 90% of computers have hidden corrupted files with 100s of errors and bugs. Our Registry repair software helps you to get rid of corrupt,...          1.61 KB

Registry Tools  -  jv16 PowerTools 2014 3.2.0.1338

jv16 PowerTools 2014 is an epic Windows utility suite that can clean unneeded junk from your system as well as fix the most common registry and file system errors. It contains the award-winning registry cleaner feature, but also a software...          15.54 MB

Registry Tools  -  Registry Repair 2005

Registry Repair 2005 scans your Windows registry for invalid or obsolete information; identifying and removing registry errors will help improve your overall system performance. Not only can orphaned files be removed, but Registry Repair 2005 can...          4.8 MB

Registry Tools  -  1st Registry Repair 1.2

1st Registry Repair is a utility to optimize your system registry by finding and removing errors and invalid entries.The registry is a heart and soul of any Windows system.It contains information that controls how your system appears and how it...          980 KB

Utilities  -  TuneUp360 6.0.2.0.9

TuneUp360 is unique: 1.PC Health Check FREE! 2.Fix System Errors Automatically! 3.Speed Up Your PC By 300%! TuneUp360 Features: - PC Information Checking Check and display your computer hardware information and configuration. -...          2.96 MB

Utilities  -  Fix-it Utilities Professional 10

Fix-it Utilities 10 Professional - Repair, Speed Up and Optimize your PC. Runs 100+ tests to diagnose and fix your PC problems. One-step tune-up wizard for super easy maintenance. Eliminates PC crashes, freezes and slowdowns. Detects and removes...          103.42 MB

NEW DOWNLOADS IN UTILITIES: REGISTRY TOOLS

5.    Php Software Website Add Url

6.    New Release Game Demos

7.    Krylon Metallic Spray Paint

8.    Msn Email Headers

9.    Empfang Hellas Sat From Germany

10.   French Font Types

11.   Powered By Link Manager Member

12.   Retirement Clock Screen Contact Php

13.   Medical Coding Software

14.   Dvla Personalised Number Plates

15.   Reciprocal Linking Wordpress Bot

TOP RELATED

Speedypc Pro                                          610

License For Speedypc Pro                              596

Abc Backup Pro                                       1754

Acdsee Pro For Mac                                   1650

Acdsee Pro Photo Manager                             3083

Ace Pro Screensaver Creator                          1766

Adobe Acrobat Reader Pro                             1484

Adobe Premiere Pro Tryout Software For
Windows                                                50

Advanced Email Extractor Pro                         1569

Advanced Registry Doctor Pro                         1476

Case: 1:13-cv-08389 Document #: 139 Filed: 03/02/17 Page 32 of 53 PageID #:3322

Utilities  -  IM-Magic Partition Resizer Server 3.2.0

Resize Windows server 2003 partition without losing data when it is running out of space with IM-Magic Partition Resizer Server that works for Windows Server 2000 2003 2008 2012 SBS and RAID arrays. IM-Magic Partition Resizer Server is able to...          7.73 MB

Utilities  -  IM-Magic Partition Resizer Free 3.2

Fix low disk space with IM-Magic Partition Resizer Free that is able to resize partition without data loss and rearrange disk space when system is running out of space. IM-Magic Partition Resizer Free is a powerful, reliable and free partition...          7.47 MB

Utilities  -  Foxit PhantomPDF Business 8.2.0.2192

New Features and Improvements in Foxit PhantomPDF 8.2 â€¢ Archive Webpages and Websites into PDF Files within PhantomPDF Convert a web page to PDF from File > Create > From Web Page, along with custom settings to choose conversion levels,...          212 MB

Utilities  -  Foxit PhantomPDF Standard 8.2.0.2192

New Features and Improvements in Foxit PhantomPDF 8.2 Archive Webpages and Websites into PDF Files within PhantomPDF Convert a web page to PDF from File > Create > From Web Page, along with custom settings to choose conversion levels, keep...          212 MB

Utilities  -  Foxit Reader 8.2.0.2051

New Features and Improvements in Foxit Reader 8.2 â€¢ Share comments and discussions Post opinions or ideas on PDF documents in Discussion Board to share and discuss with others. â€¢ Enhanced collaboration with Connected Review All...          52 MB

Registry Tools  -  WinTools.net Professional 17.2.1

A suite of tools for increasing the operating system performance. WinTools.net cleanly removes unwanted software from disk drives and dead references from the Windows registry. WinTools.net puts you in control of the Windows start up process,...          2.54 MB

Registry Tools  -  System Mechanic Free 16.5.1.27

System Mechanic Free keeps your PC running at peak performance and stability with advanced PC optimization, repair and maintenance features. Using 7 safe and effective tools, its exclusive patented technology fixes registry problems, defrags hard...          572 KB

Registry Tools  -  Cacheman 10.03

Memory is one of the most important pieces of computer hardware as it is in constant use no matter what a PC is used for. There is a tremendous number of variables that can influence the speed and performance of memory, and this in turn will...          4.58 MB

Registry Tools  -  Registry First Aid 11.0

It's faster, finds more problems than others and is even easier to use! People's Choice Winner 2003 Shareware Industry Conference! Tired of Windows crashing? Sick of having software lock up on you or taking forever to load? The problem could be...          7.59 MB

Case: 1:13-cv-08389 Document #: 139 Filed: 03/02/17 Page 33 of 53 PageID #:3323

Registry Tools  -  ADV PC Speedup 1.0

ADV PC Speedup is a great tool for repairing your
Windows registry and dealing with stability issues,
but there may be problems on your PC that are          4.17 MB
caused by other factors, such as junk
accumulations, incorrect system or internet settings
and...

HOME   |  ABOUT US   |  PRIVACY   |  DISCLAIMER   |  LINK TO US   |  CONTACT US   |  TOP SEARCHES   |  SUBMIT SOFTWARE

File Transit © 1998-2015

| SpeedyTestimonial's | Source |
|---|---|
| "I have an old machine and the scans have helped as it showed so many errors, which have now been fixed." | Customer support |
| "It cleans out the garbage and helps my computer run faster." | Customer support |
| "I like how it automatically finds problems and fixes them quickly." | Customer support |
| "It has brought an old dead computer to life again." | Customer support |
| "Makes my old XP machine actually work like it was when it was new! Files and programs load in a flash." | Customer support |
| "Keeps my computer running really fast.  Gets rid of all unwanted clutter, and things that slow down my computer." | Customer support |
| "To me it works great for all those little things that need doing before it can turn into a BIG mess. The ones I know need fixing but don't know how to. ... So what I am trying to say is your 'PRODUCT' is the best and thank you for the use of it" | Customer support |

EXHIBIT **B**

EXHIBIT **7**

# Speedy PC reviews



(http://speedypc.com)

## Great **7.3** from 0 - 10

Show rating distribution



- ● 1 star
- ● 2 stars
- ● 3 stars
- ● 4 stars
- ● 5 stars

45.6%
15.5%
26%

Review company (/evaluate/speedypc.com)

296 reviews on Trustpilot

 Asking for reviews



| Reviews ◆ | About |

Filter by stars ▾

## Voice your opinion! Review Speedy PC now.

(/evaluate (/evaluate (/evaluate (/evaluate (/evaluate Tap stars to rate
/speedy(speed)pspeed)speed)speed)speed)speed)speed)speed)stars=5)
/stars (/stars (/stars (/stars (/stars (/stars (/stars (/stars=2) (/stars=3) (/stars=4)

**Start your review here (/evaluate
/speedypc.com)**

**Richard Mueller (/Users/58b1db170000ff000a7b78dd)**
1 review

EXHIBIT
**B**

EXHIBIT
**8**

Cate

Log
/con

Sign
/con

For
(htt
utm
utm

Published 3 days ago

A   Verified order

## Good PC health maintainer (/reviews/58b1db184ae6fd008c54076a)

Seems to be doing a decent job in cleaning and maintaining my PC.
However when I run another Registry cleaner it still finds some items that Speedy PC Pro missed.

( 5 )  ( < )  ( ( )  ( + )  ( ' )

**David Lodge (/Users/58b12b110000ff000a7b4d09)**
1 review

Published 4 days ago

A   Verified order

## very good (/reviews/58b12b124ae6fd008c53e84b)

Computer still a tad slow in some respects but this definitely helps

( 5 )  ( < )  ( ( )  ( + )  ( ' )

**DAVE SEATON (/Users/54e3937a0000ff0001abba63)**
3 reviews

Published 5 days ago

A   Verified order



Cookies help us optimize your experience. They are also used for stats, social media, quality assurance and together with
our partners, for marketing. By continuing, you accept the **Learn more** (http://ca.legal.trustpilot.com/end-user-privac
terms#cookies)

Software stability (/reviews/58af3def4ae6fd008c539a6e)

I've owned Speedy PC software for a few years now but have had issues since my annual subscription as

✕

**Cate**

**Log**
**/con**

**Sign**
**/con**

**For**
**(http**
**utm_**
**utm_**

renewed earlier this month. the software doesn't want to fix the issues its identified and therefore I fear will need to be reinstalled which is a hassle I can do without!

( 5 )  ( < )  ( ( )  ( + )  ( ' )

## Reply from Speedy PC
Published 5 days ago

Hello Dave,

Thank you so much for taking the time to review SpeedyPC Pro.

Before you proceed with uninstalling then reinstalling the software, can I first ask what is happening when you are being prevented from performing the Fix All?

If the program is requesting further renewal, lets have you follow these steps first.

Please follow the instructions below to ensure your license key is showing the correct expiry date.

If the license key does not show the updated expiry date, we would like to ask that you reset your license key.

To reset your license key:

From the Main window, press the About button, please take note of your key from this page.

1. Click the Unlicense button located at the bottom of the window.
2. Click Yes and OK to temporarily remove your license key.
3. Re-enter your license key
4. Click Submit or OK.

You should now see the proper subscription date.

If this is not the case, can I please ask that you submit an inquiry into our regular support channel so we might investigate further.

http://support.speedypc.com/

I look forward to hearing from you.

Cookies help us optimize your experience. They are also used for stats, social media, quality assurance and together with our partners, for marketing. By continuing, you accept the **Learn more**(http://ca.legal.trustpilot.com/end-user-privacy-terms#cookies).

**Cat**

**Log**
**/con**

**Sign**
**/con**

**For**
**(http**
**utm**
**utm**

Kindest regards,

Tara

SpeedyPC Pro Support Specialist

**Wiliam Risen (/Users/58af0bb20000ff000a7ac24b)**
1 review

Published 5 days ago

A  Verified order

## Speedy clean up good - something missing? (/reviews/58af0bb2d502cd0ac0b39bcc)

Speedy cleanup good - registry, junk files, privacy - BUT never has there been any malware to be removed!
Why is my PC staying so clean such that Speedy PC is unnecessary?? Why am I subscribing when there
is no malware to be removed?

      

## Reply from Speedy PC
Published 5 days ago

Hello William,

Thank you so much for taking the time to review SpeedyPC Pro.

SpeedyPC Pro can delete known malicious files and processes from your computer. This is in keeping with
SpeedyPC Pro's role as a general maintenance program, capable of fixing many common issues. For
complete real-time threat protection, we do recommend that you run an antivirus program in tandem with
SpeedyPC Pro.

I hope this has helped to address your concerns. If you have any further inquiries, please do feel free to

Cookies help us optimize your experience. They are also used for stats, social media, quality assurance and together with
our partners, for marketing. By continuing, you accept the **Learn more** (http://ca.legal.trustpilot.com/end-user-privac
terms#cookies).

Case: 1:13-cv-08389 Document #: 139 Filed: 03/02/17 Page 39 of 53 PageID #:3329

Warmest regards,

Tara

SpeedyPC Pro Support Specialist

**Alan (/Users/565665200000ff0001edc70b)**
2 reviews

Published 6 days ago

A  Verified order

## SPEEDY PC (/reviews/58ae9d0dd502cd0ac0b37cfa)

I have not had any problems with viruses. I can clean my computer whenever I want. Wonderful!

   

## Reply from Speedy PC
Published 5 days ago

Hello Alan,

Thank you so much for taking the time to review SpeedyPC Pro.

At SpeedyPC Pro, we aim to create quality, user-friendly solutions for you and your computer. We always enjoy hearing back from clients who have benefited from our software and support!

The satisfaction of our clients is of the utmost importance to the SpeedyPC Pro support team; if you have any other questions or concerns, please don't hesitate to contact us.

Kindest regards,

Tara

Cookies help us optimize your experience. They are also used for stats, social media, quality assurance and together with our partners, for marketing. By continuing, you accept the **Learn more**(http://ca.legal.trustpilot.com/end-user-privacy-terms#cookies).

SpeedyPC Pro Support Specialist

**Kathleen Clark (/Users/574774ed0000ff000a23c374)**
2 reviews

Published 6 days ago
A  Verified order

## Speedy PC keeps me optimized and running (/reviews/58ae7b7d4ae6fd008c5368d3)

The feature I like most is the auto clean which has a set schedule so I don't have to remember to schedule it.
It helps to keep my PC optimized and running smoothly. Excellent value.



## Reply from Speedy PC
Published 5 days ago

Hello Kathleen,

Thank you so much for taking the time to review SpeedyPC Pro.

We are truly happy to hear that you are enjoying the benefits of our software!

Should you have any questions or concerns for our support team, please do not hesitate in contacting us!

Warmest regards,

Tara

SpeedyPC Pro Support Specialist

Cookies help us optimize your experience. They are also used for stats, social media, quality assurance and together with our partners, for marketing. By continuing, you accept the **Learn more**(http://ca.legal.trustpilot.com/end-user-privac

**Dennis Evans (/Users/58ae4bda0000ff000a7a8b96)**



Cate

Log
/con

Sign
/con

For
(http
utm
utm

**Cate**

**Log
/con**

**Sign
/con**

**For
(http
utm
utm**

1 review

Published 6 days ago

A  Verified order

## Mostly good (/reviews/58ae4bdcd502cd0ac0b3757e)

It speeds up my CPU, however, at the expense of my pinned favorites in Microsoft Word and XL.

( 5 )  ( < )  ( ( )  ( + )  ( ' )

## Reply from Speedy PC

Published 5 days ago

Hello Dennis,

We are glad to hear that SpeedyPC Pro is working well for you. We do see you have mentioned the loss of pinned Favourites in Microsoft Word and Excel.

You will find that SpeedyPC Pro is very easy to customize to each users preferences. I would be more than happy to provide you with steps on how to make the necessary adjustments.

What I would like to have you do, is please open SpeedyPC Pro, click on Settings at the top right corner.

Once on Settings, you will want to then click on Privacy Settings. Here is where you will make the necessary changes required.

Please now scroll through the categories, locate MS Office History. Depending on the version of Office you use, you will want to click on MS Office and the version to expand the sub-categories. Please remove the checkmark for the categories you are finding are being affected in scans with SpeedyPC Pro. Removing the checkmark will disable this area from being scanned in the future.

If you have any further questions or concerns, we invite you to contact our support team directly: http://support.speedypc.com/

Warmest regards,

Cookies help us optimize your experience. They are also used for stats, social media, quality assurance and together with
our partners, for marketing. By continuing, you accept the **Learn more** (http://ca.legal.trustpilot.com/end-user-privacy-
terms#cookies).

Tara

Case: 1:13-cv-08389 Document #: 139 Filed: 03/02/17 Page 42 of 53 PageID #:3332

**Cate**

**Log**
**/con**

**Sign**
**/con**

**For**
**(http**
**utm**
**utm**

SpeedyPC Pro Support Specialist

**Janet Suzuki (/Users/58ae3e870000ff000a7a89fb)**
1 review

Published 6 days ago

A Verified order

## Reliable (/reviews/58ae3e87d502cd0ac0b374a5)

I run the program regularly to keep my system in good operating order. Sometimes when my system is acting sluggish or erratically, I will run the program again. So far, without fail, the system runs smoothly and normally after completion of the repairs.



**Edward C Smitjh (/Users/58ae36200000ff000a7a88c1)**
1 review

Published 6 days ago

A Verified order

## very good (/reviews/58ae3620d502cd0ac0b37403)

helps keep computer runnong smothly



Cookies help us optimize your experience. They are also used for stats, social media, quality assurance and together with our partners, for marketing. By continuing, you accept the **Learn more** (http://ca.legal.trustpilot.com/end-user-privacy-terms#cookies).

Case: 1:13-cv-08389 Document #: 139 Filed: 03/02/17 Page 43 of 53 PageID #:3333

**Cate**

**Log
/con**

**Sign
/con**

**G Smith (/Users/58adfc960000ff000a7a7995)**

1 review

**For
(http
utm
utm**

Published 6 days ago

A  Verified order

## Not so Speedy (/reviews/58adfc97d502cd0ac0b36ace)

Inferior product poor customer service

( 5 )  ( < )  ( ( )  ( + )  ( ' )

## Reply from Speedy PC

Published 6 days ago

Hello Mr. Smith,

Thank you so much for taking the time to review SpeedyPC Pro.

I truly regret to hear that you have had such difficulties during the use of our software and contact with our support team. In reviewing the contact history, we do see that our support team has worked very hard to help resolve the issues you were having. Unfortunately, to no avail.

Also, the history indicates that your account has since been refunded. Please be assured your satisfaction is very important to us.

We do hope that we can be of assistance should you have any further concerns for us!

Kindest regards,

Tara

SpeedyPC Pro Support Specialist

Cookies help us optimize your experience. They are also used for stats, social media, quality assurance and together with our partners, for marketing. By continuing, you accept the use of cookies. Learn more (http://ca.legal.trustpilot.com/end-user-privacy-terms#cookies).

**Robert Toth (/Users/58adf0a50000ff000a7a7850)**

1 review

Case: 1:13-cv-08389 Document #: 139 Filed: 03/02/17 Page 44 of 53 PageID #:3334

Cate

Log
/con

Sign
/con

For
(http
utm
utm

Published 6 days ago

A  Verified order

## Excellent service (/reviews/58adf9a5d502cd0ac0b36a03)

Excellent service with ease of renewal

( 5 )   ( < )   ( ( )   ( + )   ( ' )

## Reply from Speedy PC
Published 5 days ago

Hello Robert,

Thank you so much for taking the time to review SpeedyPC Pro.

We are so happy to hear all is working well for you! At SpeedyPC Pro, we aim to create quality, user-friendly solutions for you and your computer. We always enjoy hearing back from clients who have benefited from our software and support!

The satisfaction of our clients is of the utmost importance to the SpeedyPC Pro support team; if you have any other questions or concerns, please don't hesitate to contact us.

Kindest regards,

Tara

SpeedyPC Pro Support Specialist

**Joseph M Mallino (/Users/53af231800006400017c027d)**
2 reviews

Cookies help us optimize your experience. They are also used for stats, social media, quality assurance and together with our partners, for marketing. By continuing, you accept the **Learn more** (http://ca.legal.trustpilot.com/end-user-privac terms#cookies).

Published 6 days ago

A  Verified order

Case: 1:13-cv-08389 Document #: 139 Filed: 03/02/17 Page 45 of 53 PageID #:3335

**Cat**

**Log**
**/con**

**Sign**
**/con**

**For**
**(htt**
**utm**
**utm**

## How do I know?? (/reviews/58adf82c4ae6fd008c5359b3)

The program says that it fixed my many problems. If I turn my computer off
log in 23 hours later I have many problems that need fixed. I go through the process again and I'm told all error
are fixed any my computer is up tp date!! a day later guess what!! my computer has errors that need fixed.
I think it's a scam!!!

( 5 )  ( < )  ( ( )  ( + )  ( ' )

### Reply from Speedy PC
Published 6 days ago

Hello Joseph,

Thank you so much for taking the time to review SpeedyPC Pro.

I would be pleased to work with you to ensure your software is functioning well for you. Also, please be
assured, SpeedyPC Pro is a member in good standing with the Better Business Bureau, and would never
engage in questionable business practices.

There are three main reasons SpeedyPC Pro may continue to detect items after fixing. If there is a harmless
item you would like to ignore for future scans you can add it to the ignore list.

System Problems

The System Problems category contains several different types of items that may show on repeated scans. It
can remove unused entries from your registry, or clear information from existing entries in your registry. These
are frequently recreated as part of normal computer operation. Additionally making changes to some registry
categories such as "Shared DLLs" requires restarting the computer before changes can be made, so multiple
scans without a restart will show repeated items.

Privacy Items

Files on your computer are constantly updated as you browse the web and use your computer online. Some
files will be removed during every scan so that the files will be re-created without all the previous information.

Junk Files

Cookies help us optimize your experience. They are also used for stats, social media, quality assurance and together with
our partners, for marketing. By continuing, you accept the **Learn more**(http://ca.legal.trustpilot.com/end-user-privac
terms#cookies).

Some items under Junk Files cannot be removed while windows is running. You will need to restart your
computer before the next scan to be rid of repeated items under Junk Files.

⊗

**Cat**

**Log**
**/con**

To add an item to the ignore list:

**Sign**
**/con**

Click on System Scan within SpeedyPC Pro.
Wait for the scan to finish, then click the Edit button next to the category with items you want to ignore. This
will open a view of the detected items, allowing you to review, and choose what you wish to have the program
ignore in future scans.
Click the Ignore link next to the item you wish to ignore.

**For**
**(htt**

I hope that you have found this information useful, should you have any further questions or concerns, please
do feel free to contact our support department. http://support.speedypc.com/

**utm**
**utm**

Kindest regards,

Tara

SpeedyPC Pro Support Specialist

**Charlene Niemi (/Users/58adde6d0000ff000a7a6aef)**
1 review

Published 6 days ago

Updated 6 days ago

A  Verified order

## Customer Support is responsive (/reviews/58adde6ed502cd0ac0b36118)

Once I made customer service aware of licensing issues - they provided me with corrected license keys and
corrected the billing. Bottom line - they value the business and did more than the right thing. Thanks!

   

Cookies help us optimize your experience. They are also used for stats, social media, quality assurance and together wit
our partners, for marketing. By continuing, you accept the **Learn more** (http://ca.legal.trustpilot.com/end-user-privac
The Pattons (/Users/58adde9a90000ff000a7a6844)  

Cate

Log
/con

Sign
/con

For
(htt
utm
utm

2 reviews

Published 6 days ago

A  Verified order

## Good reliable product (/reviews/58adda944ae6fd008c535001)

I have used this for years and it helps keep my desktop humming along

5  <  (  +  ,

**Brian Huges (/Users/58add7d10000ff000a7a6730)**
1 review

Published 6 days ago

A  Verified order

## WORKS GOOD (/reviews/58add7d24ae6fd008c534ee3)

NO COMPLAINTS

5  <  (  +  ,

**Bill Marr (/Users/57fdeacb0000ff000a4cc1ca)**
2 reviews

Published December 27, 2016

A  Verified order

## Problem with paypal payment but not informed (/reviews

Cookies help us optimize your experience. They are also used for stats, social media, quality assurance and together wit
our partners, for marketing. By continuing, you accept the **Learn more**(http://ca.legal.trustpilot.com/end-user-privac
terms#cookies)



Case: 1:13-cv-08389 Document #: 139 Filed: 03/02/17 Page 48 of 53 PageID #:3338

**Cate**

**Log**
**/con**

**Sign**
**/con**

**For**
**(http**
**utm**
**utm**

/586263bd09f8ed09e81b4a2a)

There was a problem with the paypal payment for my renewal.
Was not informed that there was a problem until 2 months later.
Will not be using Speedy PC Pro again.
Will also limit my use of paypal as they took it upon themselves to raise the disputed payment and also did not inform me.

( 5 )  ( < )  ( ( )  ( + )  ( ' )

## Reply from Speedy PC
Published December 28, 2016

Hi Bill,

Thank you for taking the time to review SpeedyPC Pro.

We regret to hear that you had a hard time with billing for your renewal. We use a third-party credit processor to keep payments secure, so any payment issues would not have come directly through us.

It appears that everything has been resolved at this time, and we wish you the best.

Kind regards,

Laura

SpeedyPC Support Specialist

**Robin Adams (/Users/585b438e0000ff000a64639c)**
1 review

Published December 22, 2016

A  Verified order

Cookies help us optimize your experience. They are also used for stats, social media, quality assurance and together with our partners for marketing. By continuing you accept the use of cookies. Learn more (http://ca.legal.trustpilot.com/end-user-privac terms#cookies).

My Experience (/reviews/585b438e73a4bb03e8d70683)



Case: 1:13-cv-08389 Document #: 139 Filed: 03/02/17 Page 49 of 53 PageID #:3339

**Cat**

I get a pop up every single time I log into my computer that tells me I need to upgrade my malware. When I click OK, it tells me that this program is no longer available. If it's no longer available, why is this annoying pop up still on my computer? Not only does it appear when I login but when I'm trying to do anything else online, which causes unnecessary slow downs while I try yet again to delete it. It Must Go Away!! In addition, every time I run a scan and it completes successfully, it starts to scan again. If the first scan is a success, why does it immediately try to start over?

**Log /con**

**Sign /con**

**For (htt utm utm**

( 5 )  ( < )  ( ( )  ( + )  ( ' )

## Reply from Speedy PC

Published December 22, 2016

Hi Robin,

Thank you for taking the time to review SpeedyPC Pro.

I can appreciate that this has been very frustrating for you, so I have started a support ticket on your behalf. A member of our Support Team will be contacting you shortly to get some more information and help you resolve the issue. You may need to provide them with a screen capture of the pop up you are experiencing, as it doesn't sound like it's related to SpeedyPC Pro.

In regards to the program opening at startup, I have provided instructions below for you to change that:

Click Settings in the top right corner and then select General Settings.

Unselect the box beside "Launch application when Windows starts".

Unselect the box beside "Automatically start scan when application starts".

If you have any other questions, please be sure to let the Support Team know.

All the best,

Laura

SpeedyPC Pro Support Specialist

Cookies help us optimize your experience. They are also used for stats, social media, quality assurance and together with our partners, for marketing. By continuing, you accept the **Learn more** (http://ca.legal.trustpilot.com/end-user-privacy terms#cookies).

Speedy PC Reviews | Customer Service Reviews of Speedy PC | speedyp...

https://ca.trustpilot.com/review/speedypc.com

Case: 1:13-cv-08389 Document #: 139 Filed: 03/02/17 Page 50 of 53 PageID #:3340

**Cate**

**Log**
**/con**

**Sign**
**/con**

**For**
**(htt**
**utm**
**utm**

**Tightly Wired (/Users/58587e6f0000ff000a639028)**
1 review

Published December 20, 2016

A  Verified order

## Insulting experience (/reviews/58587e7073a4bb0aac322ee5)

Mail order rebate....who are you kidding we pay on line you should rebate on line

( 5 ) ( < ) ( ( ) ( + ) ( ' )

## Reply from Speedy PC

Published December 20, 2016

Hi Shawn,

Thanks for reviewing SpeedyPC Pro.

I've started a support ticket with our Support Team so they can send you some information regarding your rebate.

Kind regards,

Laura

SpeedyPC Pro Specialist

**Robert C. Ryan, Jr (/Users/585876ae0000ff000a638ec2)**
1 review

Published December 20, 2016

A  Verified order

Cookies help us optimize your experience. They are also used for stats, social media, quality assurance and together with our partners, for marketing. By continuing, you accept the **Learn more** (http://ca.legal.trustpilot.com/end-user-privac
use of cookies.

## Improve Service (/reviews/585876af73a4bb0aac322e0a)

Case: 1:13-cv-08389 Document #: 139 Filed: 03/02/17 Page 51 of 53 PageID #:3341

**Cate**

Online reviews say that programs like Speedy PC are just plain vanela that really don't perform that job they say they and might remove unneccasry registry items.

**Log**
**/con**

5   <   (   +   '

**Sign**
**/con**

**For**
**(http**
**utm**
**utm**

## Reply from Speedy PC

Published December 20, 2016

Hi Robert,

Thank you for taking the time to review SpeedyPC Pro.

We are aware of the negative online reviews of our program, and programs like it, but we are interested in hearing about your particular experience with SpeedyPC Pro over the past year.

If you ever have questions about how to customize or use SpeedyPC Pro, please send us an email from our Support Center:http://support.speedypc.com/. Our Support Team is available seven days a week.

All the best,

Laura

SpeedyPC Pro Support Specialist

Cookies help us optimize your experience. They are also used for stats, social media, quality assurance and together with our partners, for marketing. By continuing, you accept the **Learn more** (http://ca.legal.trustpilot.com/end-user-privacy-terms#cookies).

Case: 1:13-cv-08389 Document #: 139 Filed: 03/02/17 Page 52 of 53 PageID #:3342

Cate

Log
/con

Sign
/con

For
(http
utm
utm

**Jeannine (/Users/5858767b0000ff000a638ebb)**
1 review

Published December 20, 2016

A  Verified order

## They Help~ (/reviews/5858767f09f8ed09840b9d4e)

i have used this product for a few years and they keep my computer running smoothly and swiftly.

( 5 )  ( < )  ( ( )  ( + )  ( ' )

Next page  ›

**ABOUT**  .  **COMMUNITY**  .  **BUSINESSES**  .  **CHOOSE COUNTRY**

🇨🇦 English (/countries)

International sites

Denmark
(https://dk.trustpilot.com)
France
(https://fr.trustpilot.com)
Germany
(https://de.trustpilot.com)
United Kingdom
(https://uk.trustpilot.com)
United States
(https://www.trustpilot.com)

**FOLLOW US ON**

Cookies help us optimize your experience. They are also used for stats, social media, quality assurance and together with our partners, for marketing. By continuing, you accept the **Learn more** (http://ca.legal.trustpilot.com/end-user-privac terms#cookies).

Case: 1:13-cv-08389 Document #: 139 Filed: 03/02/17 Page 53 of 53 PageID #:3343

**Cate**

Privacy Policy (http://ca.legal.trustpilot.com/end-user-privacy-terms)
Terms & Conditions (http://ca.legal.trustpilot.com/end-user-terms-and-conditions)
User Guidelines (http://ca.legal.trustpilot.com/user-guidelines)

**Log**
**/con**

**Sign**
**/con**

© 2017 Trustpilot, Inc. All rights reserved.

**For**
**(htt**
**utm**
**utm**

Cookies help us optimize your experience. They are also used for stats, social media, quality assurance and together wit our partners, for marketing. By continuing, you accept th **Learn more** (http://ca.legal.trustpilot.com/end-user-privac terms#cookies).