### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ARCHIE BEATON, individually and on behalf of all others similarly situated, | Case No. 1:13-cv-08389 |
| *Plaintiff*, | Honorable Andrea R. Wood |
| *v.* | |
| SPEEDYPC SOFTWARE, a British Columbia company, | |
| *Defendant*. | |

### EXPERT WITNESS REPORT OF CRAIG SNEAD
### PREPARED PURSUANT TO FED. R. CIV. P. 26(A)(2)(B)





EXHIBIT
SNEAD
#2    id
8-24-16    RJ

## TABLE OF CONTENTS

I. Qualifications ..................................................................................................................3

II. Statement of Opinions to be Expressed at Trial and the Bases or Reasons for Those Opinions. ........................................................................................................................4

    A.    Bases for Opinions. ..............................................................................................4

           i.    Synopses of SpeedyPC Pro and its Ratings System ...................................5

                   a.    System Problems............................................................................9

                   b.    Malware ........................................................................................9

                   c.    Performance Problems.................................................................10

                   d.    Privacy Items ..............................................................................11

                     e.    Junk Files ....................................................................................12

           ii.    Analysis of the SpeedyPC Pro Modules ...................................................13

                   a.    System Problems..........................................................................13

                   b.    Malware ......................................................................................14

                   c.    Performance Problems.................................................................16

                   d.    Privacy Items ..............................................................................18

                   e.    Junk Files ....................................................................................19

    B.    Overview of intended testimony. .......................................................................21

           i.    SpeedyPC Universally Reports that all Computers Have a "Low" Performance Rating Before any Scan Has Begun. ...................................21

           ii.    SpeedyPC Uniformly Reports Innocuous Registry Entries as "Problems" and "Errors."..............................................................................22

           iii.    SpeedyPC Reports Routine and Inert Log Files as "Problems" and "Errors."..............................................................................................22

           iv.    SpeedyPC Uniformly Reports Common and Normal Computing Behavior as Privacy Item "Problems" and "Errors."...............................23

III. Exhibits......................................................................................................................24

IV. Compensation ............................................................................................................25

V. Testimony ....................................................................................................................25

<u>**Expert Witness Report of Craig Snead**</u>

*Prepared Pursuant to Federal Rule of Civil Procedure 26(a)(2)(B)*

I have prepared this Expert Witness Report ("Report") pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure for the purpose of summarizing my forthcoming expert opinion testimony to be offered in the above-captioned case.

**I.     QUALIFICATIONS**

1.     My name is Craig J. Snead. I am an adult over the age of 18 and a resident of Bradenton, Florida. I have personal knowledge of each of the matters stated herein, and if called upon to testify, I could and would testify competently about them.

2.     I am a software developer and founding partner of RAW Digital, LLC, 12108 Winding Woods Way, Bradenton, Florida 34203. I have been retained by Edelson PC in the matter of *Archie Beaton v SpeedyPC Software* to provide my expert opinions relating to the operation of Defendant's SpeedyPC Pro software ("SpeedyPC Pro" or "Software"). My opinions in this Report are based upon my education, knowledge, experience, expertise, training, and my review of the Complaint, Defendant's SpeedyPC Pro software, and the SpeedyPC Pro source code.

3.     I have more than seven years of experience developing websites and software, including programs that run on personal computers running the Microsoft Windows operating system ("Windows"). I graduated in 2004 with an Information Engineering Technology degree from the University of Cincinnati and have been employed as a professional software developer for a decade. During that time, I have worked extensively designing and developing custom software applications for use in the fields of manufacturing, finance, digital forensics, cyber security, and property management. I have considerable experience developing software with the C++ and C# programming languages for use with Windows.

4.      Since 2014, I have been a partner at RAW Digital. RAW Digital specializes in custom software development, information security assessments, and source code review. A copy of my Curriculum Vitae, which further describes my educational and professional background, is attached hereto as Exhibit 1.

## II.     STATEMENT OF OPINIONS TO BE EXPRESSED AT TRIAL AND THE BASES OR REASONS FOR THOSE OPINIONS.

### A.      Bases for Opinions.

5.      My opinions summarized below, which I expect to provide further testimony about in this matter, are based on my review of source code that I was provided access to by counsel for Plaintiff Archie Beaton and Defendant SpeedyPC Software ("Defendant" or "SpeedyPC"). I reviewed the source code over a period of 22 hours spread over five weeks. During those sessions I inspected the codebase of Defendant's SpeedyPC Pro Software. The source code I reviewed spanned versions of the Software 3.0.0_r30511 to 3.2.12_r57746.

6.      Based on my review, the primary features and functionality remained consistent across these versions of the Software.[1] In particular, the "ratings system" (e.g., the "Good," "Minor," "Serious," or "Critical" ratings the Software shows to users), the modules conducting scans for ratings (e.g., "System Problems," "Malware," "Performance Problems," "Privacy Items," and "Junk Files"), and the overall user interface (e.g., the design and graphics presented to users) remained materially the same. In addition, I used file comparison utilities on the source

---

[1]      There are only two substantial changes I am aware of in the source code versions provided. First, the method in which the Software verifies and authenticates licenses was modified between versions 3.1.7 and 3.1.9. Second, between versions 3.1.13 and 3.2.0, the underlying malware scanning engine was changed from an "in-house" system to a system developed by GFI Software. Despite that change, the scoring algorithm for malware stayed the same and there was no material affect on how the Software performed for consumers. As explained more fully below, if one piece of malware is detected then the system is identified as being in "Critical" condition.

code files I reviewed to ensure there was no material change in functionality.

7.     Additionally, and based on my review of the source code, the Software was programmed to execute the primary features and functionality described in this report in the same way on every computer. That is, when the Software is initially installed on a computer, it runs through the same code despite any differences on the PC it is installed on. There is nothing in the code that would cause the Software's operation to differ from PC to PC. While the number of identified "problems" may differ, the way the "problems" are identified and reported is the same.

      *i.*   *Synopses of SpeedyPC Pro and its Ratings System*

8.     SpeedyPC Pro is programmed to offer a free unlicensed version of the Software that offers reduced functionality compared to the paid-for, licensed version. Central to the unlicensed version is a free diagnostic scan (the "Free Scan"). SpeedyPC Pro's Free Scan was designed to search personal computers using five modules to determine the PC's performance and security rating: "System Problems," "Malware," "Performance Problems," "Privacy Items," and "Junk Files" (each a "Module" and together, the "Modules."). Figure 1 below shows the Software's main user interface ("UI") with images of an overall performance gauge and security gauge (together in a dial) and five "Damage Level" meters, reflecting the reported status of a computer in each Module. Clicking on the "Fix All" button in the unlicensed version does not fix the identified "problems," but instead informs the user that they must purchase a license before the fix functionality is unlocked.

       *                   *                   *



(**Figure 1.**)

9.      Each Module was programmed to perform a scan, identify "problems," and report

a SYSTEMRATING, which the Software translates to a "Damage Level" as reported to users

through the UI. In the source code, each scan reports on the system's rating as being one of the

following:

SYSTEMRATING_HIGH

SYSTEMRATING_MEDIUM_HIGH

SYSTEMRATING_MEDIUM

SYSTEMRATING_MEDIUM_LOW

SYSTEMRATING_LOW

The Software translates these system ratings for consumers into Damages Levels with a

corresponding color code, as follows:

SYSTEMRATING_HIGH = Green "Good"

6

SYSTEMRATING_MEDIUM_HIGH = Yellow "Minor"

SYSTEMRATING_MEDIUM = Orange "Serious"

SYSTEMRATING_MEDIUM_LOW = Red "Serious"

SYSTEMRATING_LOW = Deep Red "Critical"

10.     Upon completion of a diagnostic scan using either the licensed or unlicensed

version of the Software, the Software determines the overall "Performance" rating of a computer

by setting it to the lowest SYSTEMRATING (i.e., the highest Damage Level) of the Modules.

For example, if Junk Files returns a SYSTEMRATING_LOW (i.e., a "Critical" Damage Level),

the Software sets the Performance rating to low. Similarly, if the lowest Module result is

SYSTEMRATING_MEDIUM, then the overall Performance rating will be set to medium. The

Software then displays that Performance rating by showing the following dial to the user:



(**Figure 2.**)

11.     As explained more below, the Software determines the "Performance" of a PC by

counting the number of identified "problems" rather than the severity of any specific "problem."

The Software gives each of the Modules—whether or not they actually have or can have any

effect on the performance of the computer—an equal ability to alter the reported "Performance."

For instance, the Software identifies purported Privacy Items as "problems" where a user is

encouraged to protect his or her privacy by removing sensitive and confidential information.

Despite not having any obvious connection to computer performance, the Software takes into

account the number of Privacy Items "problems" identified as directly affecting the PC's reported "Performance."

12.     Yet, in determining the "Performance" of a PC, the Software does not take into account factors that actually and directly affect the performance of a personal computer, including, but not limited to, (i) the model and speed of the computer's central processing unit ("CPU"), (ii) the type of hard drive used (e.g., solid state versus traditional hard disk), (iii) the amount of RAM installed and how much is presently available for use, and (iv) the amount of available disk space.

13.     The unlicensed and licensed versions of the Software also determine a "Security" rating of the computer, as shown in Figure 3. The Software is programmed to report the Security rating based on a number of items identified. In particular, the Software will report a computer system's Security rating as "high" if the Malware scan result is equal to zero (i.e., no malware is present on the computer scanned). If the Malware scan identifies any potential malware, it is programmed to (i) set the overall Security rating to "low" and (ii) set the Performance rating to the lowest setting. The Privacy Items Module, which purports to find sensitive and confidential information that may put the user's privacy at risk, has no bearing on the Software's reported Security rating of a PC.


(**Figure 3.**)

14.     After the results of the unlicensed version of the scan are reported to consumers, the Software requires that the user purchase a license to fix the "problems." The efficacy of the

purported fixes are beyond the scope of this Report.

15.    A brief summarization of the ratings for each Module follows:

a.    System Problems

| System Problems | |
| --- | --- |
| *Number of Problems Identified* | *Damage Level* |
| 0–9 | Good |
| 10–19 | Minor |
| 20–39 | Serious |
| 40–79 | Serious |
| 80 or more | Critical |

(**Table 1**.)

16.    During a scan, the System Problems Module performs its analysis (described

below in Section II.A.ii.a) and reports the total number of identified "System Problems." The

Software is programmed to calculate a "Damage Level" based entirely on the number of

"problems" identified. For example, if the Software identifies between zero and nine "problems,"

the Systems Problems category is designed to report that the computer has a "Good" Damage

Level. If the Software identifies between 10 and 19 "problems," the Systems Problems category

is designed to report that the computer has a "Minor" Damage Level. The reported Damage

Level increases until it reaches a "Critical" level of 80 identified "problems" or more. (*See* Table

1.)

b.    Malware

| Malware | |
| --- | --- |
| *Number of Problems Identified* | *Damage Level* |
| 0 | Good |
| 1 or more | Critical |

(**Table 2**.)

17.    During a scan, the Malware Module performs its analysis (*see* Section II.A.ii.b,

below) and reports the total number of identified "problems." The Software is programmed so

that the "Damage Level" is determined only by the number of "problems" identified. If the

Software identifies zero "problems," the Malware Module is designed to report that the computer

has a "Good" Damage Level. If the Software identifies one or more problems, the Malware

Module is designed to report the Damage Level as "Critical." (*See* Table 2.)

        c.        Performance Problems

| Performance Problems | |
|---|---|
| *Number of Problems Identified* | *Damage Level* |
| 0–1 | Good |
| 2–3 | Minor |
| 4–5 | Serious |
| 6–9 | Serious |
| 10 or more | Critical |

**(Table 3.)**

18.     During a scan, the Performance Problems Module performs its analysis (*see*

Section II.A.ii.c) and reports the total number of identified "Performance Problems." The

Software is programmed so that the "Damage Level" is determined by the number of "problems"

identified. For example, if the Software identifies between zero and one "problem," the

Performance Problems Module is designed to report that the computer has a "Good" Damage

Level. If the Software identifies between two and three "problems," the Performance Problem

Module is designed to report that the computer has a "Minor" Damage Level. The reported

Damage Level increases with the number of identified "problems" until it reaches a "Critical"

level at 10 or more. (*See* Table 3.)

          *                *                *

d.    Privacy Items

| Privacy Items | |
|---|---|
| *Number of Problems Identified* | *Damage Level* |
| 0–9 | Good |
| 10–19 | Minor |
| 20–39 | Serious |
| 40–79 | Serious |
| 80 or more | Critical |

(**Table 4.**)

19.    The Privacy Items Module scan performs its analysis (*see* Section II.A.ii.d) and reports the total number of identified "Privacy Items." The Software is programmed so that the "Damage Level" is determined by the number of "problems" identified. For example, if the Software identifies between zero and nine "problems," the Privacy Items Module category is designed to report that the computer has a "Good" Damage Level. If the Software identifies between ten and nineteen "problems," the Privacy Items Module is designed to report that the computer has a "Minor" Damage Level. The reported Damage Level increases until it reaches a "Critical" level of 80 identified "problems" or more. (*See* Table 4.) The source code does not contain any notes explaining why Privacy Items and System Problems have the same Damage Level groupings (i.e., why both Modules are "Minor" when 10-19 "problems" are identified, etc.).

\*                    \*                    \*

11

e.     Junk Files

| Junk Files | |
|---|---|
| Cumulative Size of Files (megabytes) | Damage Level |
| 5 or less | Good |
| <5–40 | Minor |
| <40–200 | Serious |
| <200-1024 | Serious |
| 1024 or more | Critical |

(**Table 5.**)

20.     During a scan, the Junk Files Module performs its analysis (*see* Section II.A.ii.e,

below) and reports the total cumulative size of "Junk Files" identified by the scan. The Software

is programmed so that the "Damage Level" is determined by the total size of "Junk Files"

identified. For example, if the Software identifies between zero and five megabytes of "Junk

Files", the Junk Files Module category is designed to report that the computer has a "Good"

Damage Level. If the Software identifies between five and forty megabytes of "Junk Files," the

Junk Files Module is designed to report that the computer has a "Minor" Damage Level. The

reported Damage Level increases until it reaches a "Critical" level of 1,024 or more identified

megabytes of "Junk Files." (*See* Table 5.)

21.     There were no comments or notes within the code base explaining why the

specific threshold levels for each Module's Damage Level were selected. I am not aware of any

industry standard conventions for the names of the Damage Levels (e.g., "Low" to "Critical") or

for their thresholds (e.g., 0-9, 10-19, or 80 or more). That is, I am not aware of any convention

for stating that a computer with 19 "System Problems" has a "Minor" Damage Level but a

computer with 20 "System Problems" has a "Serious" Damage Level, all else being equal. The

same is true for each Module's Damage Level.

ii.    *Analysis of the SpeedyPC Pro Modules*

a.    System Problems

22.    The System Problems Module incorporates computer code written for Defendant's RegCure software products. Under this Module, the Software seeks to identify purported problems with a Windows PC's registry. The registry is a database built into Windows that serves as a repository for, among other things, configuration settings and user preferences.

23.    Similar to a traditional file system, the registry is a hierarchical structure with keys (analogous to folders) and values (analogous to files). A registry "value" houses items like user preferences—e.g., the default font size in a word processor. In this hypothetical, rather than storing the actual data necessary to render the font on the computer screen, the registry value points the word processing software to the font file's location on the computer. Thus, in this context, the "value" functions more as a reference point than an actual data file.

24.    During a scan, the Software's System Problems Module seeks to identify "problem" registry values. Continuing the example from above, a font registry value may become unnecessary (i.e., orphaned) if the actual font file that it references is deleted. In that case, the registry value is invalid because the underlying font file no longer exists but it is harmless and has an immeasurable (if any) impact on the performance of the computer. Nevertheless, the Software's System Problems Module reports such "orphaned" registry values as problems.

25.    Another example of the functionality of the System Problems Module relates to certain dynamic link library ("DLL") files. In particular, the Software reports registry references to certain DLL files as problematic because they can purportedly cause "DLL conflict." The chance of DLL conflict, however, is near zero. In 1998, Microsoft altered the way its Windows operating system handled DLLs, making it nearly impossible for a DLL conflict to occur on a

13

consumer computer. In my decades of experience with computers, I have not experienced or come across a DLL conflict. But even in the unlikely event of a DLL conflict, the user's computer will most likely not suffer any system-wide performance problems. Instead, DLL conflict may only lead to problems or errors with specific applications, which is beyond the scope of what SpeedyPC Pro is able to diagnose and fix.

26.     At the completion of the Free Scan, only the total number of System Problems (e.g., registry "problems") are reported to the user. The Software is not programmed to determine the severity of the identified registry value. A theoretical registry value that is causing a serious system problem is counted the same as a registry issue that is not causing any problems. Supposing the Software identifies only the problem-causing registry value, the total System Problem count is equal to one and the Software would report that the computer has a "Good" Damage Level, *see* Table 1, even when it may actually suffer from a serious system problem.

b.     Malware

27.     The Software's Malware Module relies on a malware scanning engine for its scan. In the versions I reviewed, the malware scanning engine changed in version 3.2.0. It appears that the malware scanning engine from versions 3.0.0 to 3.1.13 was a propriety engine developed by SpeedyPC. Starting in version 3.2.0, the Software changed to a malware scanning engine created and maintained by GFI Software, a large computer security company. I do not have any reason to believe the underlying malware scanning engine does not conduct a credible scan for malware.

28.     However, after the malware engine performs its scan, the Software interprets the results in a way that obfuscates the details needed to decipher them. The malware engine sends back known malware with a broad recommendation called MD5_RECOMMENDATION_MALWARE. Along with this recommendation, the engine identifies other properties such as Malware Name, Application Name, and Malware Threat

Level. The threat level related to the malware is broken out into "unwanted," a "low" threat, a "moderate" threat, a "high" threat, a "severe" threat, or uncategorized. *See* Figure 4. When the Software reports the result of the scan to the user, though, all categories (other than uncategorized) are set equal to "Critical." For instance, the Software reports a "low" threat as being equivalent to a "severe" threat, ultimately setting them both to "Critical." All files categorized as "Malware" are then counted and reported as the total number of Malware "problems."

```
if ( pScanResultMalware->GetMalwareName().GetLength() > 0 )
{
    //if it has a malware name, it should have a threat level
    CString strThreat = _T("");
    switch (pScanResultMalware->GetMalwareThreatLevel())
    {
    case 1:
        strThreat = CResString(IDS_PROCESS_UNWANTED);
        break;
    case 2:
        strThreat = CResString(IDS_PROCESS_LOW);
        break;
    case 3:
        strThreat = CResString(IDS_PROCESS_MODERATE);
        break;
    case 4:
        strThreat = CResString(IDS_PROCESS_HIGH);
        break;
    case 5:
        strThreat = CResString(IDS_PROCESS_SEVERE);
        break;

    }
    pRLItem->m_arrayLabels.Add( strThreat );//threat level
```

(**Figure 4.**)

29.     The Software also reports a "Critical" Damage Level when a malware process is categorized as "unwanted," which seemingly represents files and processes that are "potentially unwanted programs" ("PUPs"). Microsoft describes PUPs in the following way:

> Identifying and analyzing unwanted software is a complex challenge. New forms of unwanted software are constantly under development. The same technology

that can make software unwanted also appears in software that you want to keep and use (such as antivirus or antimalware software). It's not always possible to automatically determine whether a program is something you want to keep or something you want to remove.[2]

30.      As Microsoft states, it is difficult, if not impossible, to automatically classify PUPs as being malware (i.e., they are only *potentially* unwanted). PUPs can include programs the user wanted to install, or they can be software installed without the user's consent or knowledge.

31.      At the completion of the Free Scan, the Software reports only the total number of Malware problems to the user. The Software is programmed so that the meter displaying the Malware Damage Level is changed only by the number of problems identified. *See* Section II.A.i.b. The Software is not programmed to determine or report on the severity of the identified Malware "problems" but is programmed to disregard the potentiality inherent in PUPs. For instance, the Software reports that a computer has a "Critical" Damage Level if it identifies one malware item, *see* Table 2, even if that item is classified internally by the malware engine as having a "low" threat level or merely being "unwanted."

32.      I was not provided access to the database of processes and files the Software identifies as "malware" nor with documentation of the underlying malware scanning engine. As such, I am not able to opine on the validity of such a database or particular entries or classifications. If I am provided such access, I may find it necessary to amend my report.

c.      Performance Problems

33.      The Software's Performance Problems Module seeks to identify processes that may be slowing down a computer. The Performance Problems Module depends on the Malware

---

[2]      *Microsoft Malware Protection Center - How Microsoft antimalware products identify potentially unwanted software*, https://www.microsoft.com/en-us/security/portal/mmpc/shared/objectivecriteria.aspx (last visited July 1, 2016).

16

Module to function and is run together with the Malware Module scan.

34.     The Performance Problems Module looks to two factors to determine whether a process is slowing down a computer. First, the Performance Problems Module seeks a recommendation from the Malware scanning engine about whether a process (e.g., a program running on a computer) is potentially a type of malware. If the Malware scanning engine returns that the process is either MD5_RECOMMENDATION_USER_APP or MD5_RECOMMENATION_UNWANTED, then the Module will proceed to the second determining factor. Second, the Module determines whether a process is presently running or is scheduled to be run on the user's computer during startup. If both factors are present for a specific process, then the Software counts it as a "Performance Problem."

35.     At the completion of the Free Scan, the Software reports only the total number of "Performance Problems" to the user. The Software is programmed so that the meter displaying the Performance Problems Damage Level is changed only by the number of problems identified. *See* Section II.A.i.c. The Software is not programmed to determine or report on the severity of the identified "problems." A theoretical process that slows a computer to a crawl is counted the same as process that has no measurable effect on the performance of the computer. Table 3 shows that if the Software identifies only the process causing the slowness, the Software will report that the computer has a "Good" Damage Level, even when it is suffering from a serious computing problem.

36.     I was not provided access to the list of processes the Software identifies as Performance Problems so I am not able to opine on the validity of such a list or whether a process can be double counted in the Malware Module and the Performance Problems Module. If I am provided such access, I may find it necessary to amend my report.

d.  Privacy Items

37.  For its Privacy Items Module, the Software conducts a scan to identify

purportedly private or confidential information.

38.  During the Privacy Item scan, SpeedyPC Software runs through a database

containing the location of files, folders, and metadata (i.e., information that describes other data)

that SpeedyPC has determined may contain private information. *See* Figure 5.

```
// add necessary csidl's for privacy database support
INIT_SYS_LOC_VAR(CSIDL_APPDATA, _T("%appdata%"));
INIT_SYS_LOC_VAR(CSIDL_INTERNET_CACHE, _T("%internetcache%"));
INIT_SYS_LOC_VAR(CSIDL_CDBURN_AREA, _T("%cdburn%"));
INIT_SYS_LOC_VAR(CSIDL_COMMON_APPDATA, _T("%commonappdata%"));
INIT_SYS_LOC_VAR(CSIDL_HISTORY, _T("%history%"));
INIT_SYS_LOC_VAR(CSIDL_PROGRAM_FILES_COMMON, _T("%commonprogramfiles%"));
INIT_SYS_LOC_VAR(CSIDL_COOKIES, _T("%cookies%"));
INIT_SYS_LOC_VAR(CSIDL_DESKTOPDIRECTORY, _T("%desktop%"));
INIT_SYS_LOC_VAR(CSIDL_FAVORITES, _T("%favorites%"));
INIT_SYS_LOC_VAR(CSIDL_LOCAL_APPDATA, _T("%localappdata%"));
INIT_SYS_LOC_VAR(CSIDL_PERSONAL, _T("%mydocuments%"));
INIT_SYS_LOC_VAR(CSIDL_PROGRAM_FILES, _T("%programfiles%"));
INIT_SYS_LOC_VAR(CSIDL_RECENT, _T("%recentdocs%"));
INIT_SYS_LOC_VAR(CSIDL_PROGRAMS, _T("%startmenu%"));
INIT_SYS_LOC_VAR(CSIDL_STARTMENU, _T("%startupprograms%"));
INIT_SYS_LOC_VAR(CSIDL_SYSTEM, _T("%system%"));
INIT_SYS_LOC_VAR(CSIDL_PROFILE, _T("%userprofile%"));
INIT_SYS_LOC_VAR(CSIDL_WINDOWS, _T("%windir%"));
INIT_SYS_LOC_VAR(CSIDL_MYPICTURES, _T("%mypictures%"));
INIT_SYS_LOC_VAR(CSIDL_MYVIDEO, _T("%myvideos%"));
INIT_SYS_LOC_VAR(CSIDL_MYMUSIC, _T("%mymusic%"));
```

**(Figure 5.)**

39.  The locations to search include, among other things, Windows temporary files,

files in the Windows Recycling Bin, recently opened applications, internet browsing history, and

Microsoft Office history. The Privacy Items Module will identify a "problem" if it determines

that any information or metadata exists in the preset locations. Importantly, the Privacy Items

Module does not search or scan the contents of any file for purportedly private, sensitive, or

confidential information.

40.  The Software also marks recently opened files for a host of programs as Privacy

Items "problems." For example, Microsoft Excel saves a list of recently opened files so that

users can efficiently find them for later use. SpeedyPC was designed to scan and report those

18

recently opened files as Privacy Items "problems." As such, if a computer user opens spreadsheet files with Excel as a part of his or her daily computer usage, SpeedyPC will identify that activity as a Privacy Items "problem."

41.     At the completion of the Free Scan, the Software reports only the total number of Privacy Items "problems" to the user. The Software is programmed so that the meter displaying the Privacy Items Damage Level is changed only by the number of "problems" identified. *See* Section II.A.i.d. The Software is not programmed to determine or report on the severity of the identified Privacy Item "problems." If the Privacy Items scan identifies only one file as being a "problem," it will report that the computer has a "Good" Damage Level, even if that file contains unencrypted passwords, social security numbers, bank account numbers, and credit card information. *See* Table 4. Conversely, the Software will report that a computer has a "Critical" Damage Level should it identify 80 or more items even if those files *do not* contain any sensitive, confidential, or private information or data.

e.     Junk Files

42.     The Junk Files Module is purportedly designed to identify temporary or unnecessary files. During a scan, the Software searches the target computer for specific file extensions, such as .tmp, .bak, and .log, and identifies all files with those specific extensions as "Junk Files". *See* Figure 6, on the following page. Given this design, if a user's operating system or computer program created a file called *testfile.log*, SpeedyPC Pro's Junk File Module would identify that file as a "Junk File" and report it as a problem.

43.     The Module then aggregates the sizes of identified "Junk Files" and uses the aggregated size to determine the system's Junk File Damage Level. By way of example, if SpeedyPC Pro finds five 100MB files, the Junk File Module sums their size to 500MB (i.e., 5 files at 100MB each) and reports a "Serious" Damage Level. The Software would also report that

19

a user's PC has "Critical" Damage Level where the user's PC has only one large backup (.bak

file) created by a computer program operated by the user.

```
332  void CJunkFilesModule::LoadDefaultExtensions()
333  {
334      m_scanSettings.m_strArrayExtensions.RemoveAll();
335
336      m_scanSettings.m_strArrayExtensions.Add(_T(".$$$"));
337      m_scanSettings.m_strArrayExtensions.Add(_T(".tmp"));
338      m_scanSettings.m_strArrayExtensions.Add(_T(".temp"));
339      m_scanSettings.m_strArrayExtensions.Add(_T(".nch"));
340      m_scanSettings.m_strArrayExtensions.Add(_T(".dmp"));
341      m_scanSettings.m_strArrayExtensions.Add(_T(".hdmp"));
342      m_scanSettings.m_strArrayExtensions.Add(_T(".mdmp"));
343      m_scanSettings.m_strArrayExtensions.Add(_T(".dump"));
344      m_scanSettings.m_strArrayExtensions.Add(_T(".chk"));
345      m_scanSettings.m_strArrayExtensions.Add(_T(".log"));
346      m_scanSettings.m_strArrayExtensions.Add(_T(".old"));
347      m_scanSettings.m_strArrayExtensions.Add(_T(".bak"));
348      m_scanSettings.m_strArrayExtensions.Add(_T(".wri"));
349
350  }
```

(**Figure 6**, showing the "DefaultExtensions" the Junk Files Module searches for
and identifies as problems and errors.)

44.     Despite the Software's classification of these files as "junk", legitimate

programs—and even the Windows operating system—create and rely on .log, .tmp, .bak, and

other so-called "Junk Files" for operation. Many applications also use the .log extension for

diagnostic logging. Thus, when a computer is suffering from a performance or operational

problem, .log files can be invaluable tools to help identify the cause of such a problem. In fact,

SpeedyPC Pro is itself programmed to create a log file in certain circumstances, but obfuscates it

with a .xml file extension. As it relates to .bak files, I work with applications on a daily basis that

create and use the .bak file extension for backup files that are necessary for their normal

operation.

45.     The Software, however, does not search the contents of .log, .tmp, .bak, or any

other file to determine if the file is actually "junk." Nor does it look to the file's age, last used-

date, which program created it, or even how much free space is available on a user's computer. Instead, the Software relies only on a file's extension to determine whether it is "junk;" if a file has a .log, .tmp, .bak, etc., extension, then the Software deems it to be "junk," no matter what. *See* Figure 6.

46.     At the completion of the Free Scan, the Software reports the total number of Junk Items "problems" to the user and the cumulative size of the identified files. However, the Software is programmed so that the meter displaying the Junk Items Damage Level is changed only by the number of "junk" files identified. *See* Section II.A.i.e. The Software is not programmed to determine or report on the severity of the identified Junk Items "problems." If the Junk Items scan identifies only one large file as being a "problem" (i.e., larger than 1,024 megabytes), the Software will report that the computer has a "Critical" Damage Level, *see* Table 4, even if that file is a backup file that is automatically created and used by an application installed and operated by the user.

B.     Overview of intended testimony.

47.     With the above and the source code I reviewed forming the bases of my opinions, I intend to testify in this litigation on four specific topics, covered below.

i.     *SpeedyPC Universally Reports that all Computers Have a "Low" Performance Rating Before any Scan Has Begun.*

I intend to testify that upon installing and running SpeedyPC Pro for the first time the Software is programmed to report that a computer has "low" performance without conducting *any* diagnosis, scan, or analysis of a computer. The Software was programmed so that the default state of any computer is "SYSTEMRATING_LOW" and that the following graphic, rating_l.png, is shown:



(**Figure 7.**)

> ii.     *SpeedyPC Uniformly Reports Innocuous Registry Entries as "Problems" and "Errors."*

48.     I intend to testify that the Software's System Problems Module improperly identifies registry values as problems and errors. Specifically, the Software does not conduct any analysis on specific registry keys or values to determine whether it is the source of a potential problem. Instead, the Software looks for whether certain keys or values are present and, if so, classifies them as problems and errors that have negative effects on the performance of the computer. However, without performing a case-by-case analysis, it is not possible for the Software's System Problems Module to accurately diagnose whether the presence of a registry value has any effect on the performance of a computer. Moreover, "fixing" the purported registry problems and errors identified by the Software would not repair a computer's registry in a way that would solve actual problems or errors—for that, an intensive diagnostic conducted by a trained repair technician would be needed.

> iii.     *SpeedyPC Reports Routine and Inert Log Files as "Problems" and "Errors."*

49.     I intend to testify that the Software's Junk Files Module wrongly identifies legitimate and harmless .log files as "problems" and "errors." As explained more fully above, log files are routinely created and used by the Windows operating system and myriad programs—

including the SpeedyPC Pro Software. The mere existence of a log file alone does not and cannot inform a decision of whether a computer has a problem or an error. And, the removal of a log file alone does not and cannot fix a computer problem or an error without an intensive diagnostic conducted by a trained computer repair technician. Even then, any such diagnostic would likely require access to the log files, as those files often contain vital information to uncover why a computer system or application suffers performance or operating issues, which is likely why SpeedyPC Pro is programmed to create its own log file.

50.     Similarly, backup files (e.g., .bak files) and temporary files (e.g., .tmp) are (i) created in the normal operation of a computer by many applications; (ii) exist in large numbers on a typical computer; and (iii) are often large in size. As such, it is incorrect to indiscriminately label these files as "junk" that are "problems" and "errors." And because backup files, in particular, save information in case of a computer or application crash, deleting the files indiscriminately can have negative effects for users.

51.     The files detected by SpeedyPC Pro as "junk" as are also the type that will be periodically and automatically created by the operating system and applications under normal computing conditions, even when the same file was previously deleted.

> iv.     *SpeedyPC Uniformly Reports Common and Normal Computing Behavior as Privacy Item "Problems" and "Errors."*

52.     I also intend to testify that the Software was programmed to classify and report on results generated by routine computing behavior as being errors and problems. As a part of its Privacy Items Module, and as explained above, the Software searches for a litany of information and metadata created by the Windows operating system and popular computer programs, including information regarding recently opened files, recycled files (e.g., files placed in the Windows Recycling Bin), saved passwords, and cached internet sites.

53.     However, the Software does not and cannot ascertain the contents of those files and information. The Software does not attempt to discern whether files in the Recycling Bin contain any potentially private information. Instead, if any file is present in the Recycling Bin (such as a completely empty file that contains *no* information at all) then the Software reports a "Privacy Item" problem or error. Conversely, the Software might not identify as a Privacy Item problem an unencrypted file containing passwords, social security numbers, bank account numbers, and credit card information because the Software does not and cannot analyze the contents of files for private and confidential information.

54.     By design, SpeedyPC Pro will identify myriad Privacy Item "problems" on an average computer that is subject to normal usage. For instance, if a user was browsing the Internet to search for and download a product to speed up his or her PC and finds SpeedyPC Pro, that user will have on their computer 1) an internet browsing history, 2) cookies, 3) a download file, and 4) a recent application history. As a result of downloading SpeedyPC Pro and running a free scan, the Software might identify at least four, but likely more, "Privacy Items."

55.     And if the same user who downloaded SpeedyPC Pro and conducted a free scan recently listened to music, opened a Microsoft Word file, printed a file, and generally used his or her computer, the Software might report that their computer has dozens of Privacy Items problems. The Software will then report that the user can "Protect [their] privacy by deleting sensitive and confidential information" even though it has not conducted any diagnostic to determine whether sensitive and confidential information exist in the identified files or metadata (e.g., the titles of the recently played music files).

## III.    EXHIBITS

During my testimony, I may use certain illustrative diagrams and graphics to help explain

24

how SpeedyPC Pro functions. I may also use relevant portions of the Software's source code, as well as screenshots of the Software's user interface, as exhibits to assist in my explanations.

## IV.    COMPENSATION

I am compensated at a rate of $200.00 per hour for my work on this case and $300.00 per hour for any appearances at deposition or trial.

## V.    TESTIMONY

I have not testified at any trial within the past four years. On August 22, 2013, I sat for a deposition regarding an expert report that I submitted in the case of *Cousineau v. Microsoft Corporation*, 11-cv-01438-JCC (W.D. Wash.).

Dated: July 1, 2016

**CRAIG SNEAD**

# EXHIBIT 1

# Craig Snead

Bradenton, FL, United States
941-448-0940
csnead@raw-digital.com
http://www.raw-digital.com

**Experience**

**Software Developer, Founding Partner** – RAW Digital                    *Current*
c#, asp.net-mvc, tdd, jquery, tsql, reporting-services

- Design and develop software solutions for clients.
- Provide integration and enhancement services involving legacy software packages.
- Software code analysis and review for technology based litigation.
- Test driven development during the creation of windows, web, and console applications.
- Product development.
- Cyber security analysis, application penetration testing

**Director, Software Development** – Sylint Group          *September 2012 – February 2014*
c#, vb.net, asp.net, asp.net-mvc-4, tsql, ajax, jquery, css, web-services, sql-server, linq, tdd, tfs, javascript, html5, entity-framework, iis, mvp, winforms, moq, json, oop, dependency-injection, c++, php

- Architect and Develop custom applications for clients. Clients are serving the Property Management, Automotive, and Legal industries.
- Review and analyze code for legal cases
- Design, develop, and maintain products for internal Security, Digital Forensics, and eDiscovery departments.
- Perform software penetration testing for Security Clients
- Implemented Continuous Integration via TFS
- Responsible for managing and tasking team of Engineers working on various projects and products.

**.NET Tech Lead** – MethodFactory          *September 2012 – September 2012*
sharepoint-2010, c#

- Sharepoint custom workflow development

**VP of Consulting Services** – SpringFin          *January 2011 – September 2012*
.net, c#, tsql, asp.net, ssis, mvc, linq, wcf, n-tier

- Manage team of developers to meet client needs.
- Full life-cycle support for enterprise level software.
- Work with client management to ensure priorities are met.
- Custom software development using .NET technologies.
- Custom reporting for various government agencies.

**Sr. Developer** – SpringFin          *September 2007 – January 2011*
.net, c#, tsql, asp.net, ssis, mvc, linq, wcf, n-tier

- Custom software development using .NET technologies.
- Developing efficient T-SQL stored procedures on large amounts of data spanning multiple databases.
- Debugging and support of enterprise level software.
- Full life-cycle experience with N-Tier application.
- Creating custom reports using ActiveReports and XtraReports.

**Associate** – Martin and Associates          *May 2005 – September 2007*
basic, vba, crystal-reports, tsql, .net, c#, php

- Installed and upgraded Sage MAS90, MAS200, and MAS500 products.
- Created custom enhancements for clients using Providex (Business BASIC).
- Created utilities used in importing, exporting and maintaining client data.
- Created custom applications in .NET with C#.
- Created custom reports using Crystal Reports.
- Conducted training on various software packages.
- Completed MS Exam 70-228 Installing, Configuring, and Administering Microsoft SQL Server 2000 Enterprise Edition

| **Education** | **B.S. Information Engineering** – University of Cincinnati | *2001 – 2004* |
| | .net, programming, networking, multimedia | |
| | GPA 3.8/4.0, Magna Cum Laude, Dean's List | |

| **Certifications** | **Microsoft Sharepoint 2010 Application Development** | *2012 – 2013* |