## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

ARCHIE BEATON, individually and on behalf of all others similarly situated,

    *Plaintiff,*

  *v.*

SPEEDYPC SOFTWARE, a British Columbia company,

    *Defendant*.

Case No. 1:13-cv-08389

Honorable Andrea R. Wood

## PLAINTIFF'S MOTION TO STRIKE
## EXPERT REPORT AND TESTIMONY OF MONTY G. MYERS

Plaintiff Archie Beaton, by and through his undersigned counsel, hereby respectfully moves the Court to enter an Order striking the report and testimony—or, at the very least, portions thereof—of Defendant SpeedyPC Software's rebuttal expert, Monty G. Myers. As explained in Plaintiff's contemporaneously filed memorandum of law, Mr. Myers' report and testimony improperly address a variety subjects and issues that are well beyond the scope of Plaintiff's own expert report, that are not otherwise properly included in any expert report (let alone a rebuttal report), and upon which he has no basis or expertise to pass. Thus, Myers' report and testimony—or at least the objectionable portions thereof, as outlined in Plaintiff's memorandum—cannot be considered and must be stricken.

      Respectfully submitted,

      **ARCHIE BEATON**, individually and on behalf of all others similarly situated,

Dated: March 10, 2017       By: /s/ Benjamin H. Richman
          One of Plaintiff's Attorneys

Benjamin H. Richman
brichman@edelson.com
Amir Missaghi
amissaghi@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

## <u>CERTIFICATE OF SERVICE</u>

I, Benjamin H. Richman, an attorney, hereby certify that on March 10, 2017, I served the above and foregoing ***Plaintiff's Motion to Strike Expert Report and Testimony of Monty G. Myers***, by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this the 10th day of March, 2017.

/s/ Benjamin H. Richman