IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ARCHIE BEATON, individually and on behalf of all others similarly situated,<br><br>      *Plaintiff*,<br><br>      v.<br><br>SPEEDYPC SOFTWARE, a British Columbia company,<br><br>      *Defendant*. | Case No. 1:13-cv-08389<br><br>Honorable Andrea R. Wood |

## MOTION BY COURTNEY C. BOOTH FOR LEAVE TO WITHDRAW HER APPEARANCE AS ONE OF THE COUNSEL OF RECORD FOR PLAINTIFF

Courtney C. Booth, one of the attorneys of record for Plaintiff Archie Beaton ("Plaintiff"), respectfully moves this Court pursuant to Local Rule 83.17 for leave to withdraw as counsel of record for Plaintiff. In support of this Motion, Ms. Booth states as follows:

1. As of February 24, 2017, Ms. Booth will no longer be working with the law firm Edelson PC, which has been retained to represent Plaintiff in this matter. As such, Ms. Booth seeks leave to withdraw her appearance on behalf of Plaintiff.

2. Although Ms. Booth will no longer be working with Edelson PC and will no longer represent Plaintiff in this action, Plaintiff will continue to be represented by other attorneys at Edelson PC, including Rafey S. Balabanian, Benjamin H. Richman, Eve-Lynn Rapp, Amir C. Missaghi, and David I. Mindell. Plaintiff will, therefore, not be prejudiced by Ms. Booth's withdrawal.

WHEREFORE, Ms. Booth respectfully requests that the Court enter an order granting her leave to withdraw her appearance as one of the attorneys of record for Plaintiff.

                                              Respectfully submitted,

Dated: April 11, 2017                By:   /s/ Courtney C. Booth

                                              By:   /s/ Benjamin H. Richman

                                              Benjamin H. Richman
                                              brichman@edelson.com
                                              Amir C. Missaghi
                                              amissaghi@edelson.com
                                              EDELSON PC
                                              350 North LaSalle Street, Suite 1300
                                              Chicago, Illinois 60654
                                              Tel: 312.589.6370
                                              Fax: 312.589.6378

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 11, 2017, I caused to be served the above and foregoing ***Unopposed Motion by Courtney C. Booth for Leave to Withdraw Her Appearance as One of the Counsel of Record for Plaintiff*** by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the court's CM/ECF electronic filing system.

              /s/ Benjamin H. Richman