**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ARCHIE BEATON, individual and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) SPEEDYPC SOFTWARE, a British Columbia company, ) ) ) ) Defendant. ) | Case No. 13-cv-08389<br><br>Judge Andrea R. Wood |

**DEFENDANT'S MOTION TO COMPEL PAYMENT OF PREVIOUSLY
ORDERED EXPERT WITNESS DEPOSITION EXPENSES**

Defendant, SpeedyPC Software ("Speedy"), by and through its attorneys, Tressler LLP, hereby moves this Court to compel Plaintiff to pay the previously ordered deposition expenses for Defendants' expert, and in support thereof states as follows:

1. On June 20, 2017 this Court granted Speedy's motion to recover from Plaintiff deposition expenses in the amount of $14,750.[1] (ECF 184). However, the Court did not require Plaintiff to pay this amount immediately, on the basis that Speedy had not demonstrated any prejudice it will face if not reimbursed immediately, and ordered that Beaton may compensate Speedy at a later juncture.

2. Under Federal Rule of Civil Procedure 26(b)(4) Plaintiff is required to make this payment timely, and there is no basis in the law for delaying the reimbursement of these expenses. *See U.S. ex rel. Suter v. National Rehab Partners,* 2007 WL 4233429 ,*2 (D.Ida. Nov.

---

[1] The Court's order is contradictory, ordering both $14,500 and $14,750. The $14,750 number is correct as the Court found reasonable Speedy's expert spent 14 hours preparing for the deposition, 10 hours for attendance of the deposition, and 5.5 hours reviewing the deposition transcript, for a total of 29.5 hours at the expert's hourly rate $500 per hour. (ECF 184 at 5).

28, 2007) ("should be reimbursed immediately"); *Ratliff v. Baan Company,* 2003 WL 25774909, *1 (N.D.Ga. Nov. 5, 2003) ("Plaintiffs must promptly remit payment."); *Heffron v. U.S.,* 2003 WL 22011944 (M.D. Fla. Mar. 20, 2003); *Rubin v. Maserati Automobiles,* 1988 WL 136522 (E.D.Pa. Dec. 15, 1988) ("defendant shall immediately pay plaintiff's counsel the amount of $300.00 representing the reasonable expenses incurred in producing plaintiff's trial expert for defendant to depose.").

3. Speedy is in financial distress and needs the money that it has paid its expert to be reimbursed immediately and should not have to wait for reimbursement until later in this case. (Ex. A, Affidavit of Barry Dodd).

WHEREFORE, Defendant SpeedyPC Software respectfully requests this Honorable Court grant its Motion to Compel and order that Plaintiff pay Speedy $14,750 plus interest within seven days.

SPEEDYPC SOFTWARE

By: /s/James K. Borcia
One of Its Attorneys

James K. Borcia (jborcia@tresslerllp.com)
TRESSLER LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6399
(312) 627-4000

#704095