UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Archie Beaton

          Plaintiff,

v.                    Case No.: 1:13−cv−08389
                    Honorable Andrea R. Wood

SpeedyPC Software

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 16, 2019:

  MINUTE entry before the Honorable Andrea R. Wood: Motion hearing held. Plaintiff's motion to strike reply [252] is denied as to the requested relief; however, Plaintiff is granted leave to file a surreply by 4/30/2019. Pursuant to the discussion held in open court, the parties' oral motion to extend discovery is granted. The Court extends the discovery schedule as follows: fact discovery shall be completed by 7/8/2019; Plaintiff's expert disclosures are due by 7/29/2019; Defendant's expert disclosures are due by 8/26/2019; and all expert discovery shall be completed by 9/23/2019. Status hearing set for 4/30/2019 is stricken and reset for 5/7/2019 at 9:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.