# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ARCHIE BEATON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SPEEDYPC SOFTWARE, a British Columbia company,<br><br>*Defendant*. | Case No. 1:13-cv-08389<br><br>Honorable Andrea R. Wood |

## PLAINTIFF'S UNOPPOSED MOTION FOR
## EXTENSION OF EXPERT DISCLOSURE DEADLINE

Plaintiff Archie Beaton, by and through his counsel, hereby respectfully moves the Court pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for an Order continuing Plaintiff's current expert disclosure deadline by one (1) week, from July 29, 2019 until August 5, 2019. In support of this Motion, Plaintiff states as follows:

1. Plaintiff's current expert disclosure deadline is July 29, 2019, Defendant SpeedyPC Software's expert disclosure deadline is August 26, 2019, and the deadline to complete expert discovery is September 23, 2019.

2. As Plaintiff's counsel raised before the Court at the Parties' July 9, 2019 hearing, Defendant's outstanding document production, which may be relevant to Plaintiff's expert's report, was originally due by July 8, 2019.

3. At the July 9 hearing, Defendant asked the Court for an extension until July 16, 2019 for production of those documents.

4. On July 16, 2019, Defendant filed a motion seeking an extension of time to produce those documents, until July 23, 2019. (Dkt. 268.) Defendant's motion also requested that the Court extend Plaintiff's expert disclosure deadline by one week as well. (*Id.*) The Court has not yet ruled on Defendant's motion.

5. As of the time of this filing, Plaintiff's counsel has not yet received document production from Defendant.

6. Moreover, Plaintiff's counsel has recently discovered that Defendant's SpeedyPC Pro software is no longer available for download online. This creates a problem regarding Plaintiff's expert's ability to evaluate the software for purposes of his report. Plaintiff's counsel sent an email to defense counsel yesterday regarding the provision of a software license key to remedy this problem, but has not yet received a response.

7. Accordingly, Plaintiff respectfully requests a one-week extension of Plaintiff's current expert discovery deadline, from July 29, 2019 until August 5, 2019.

8. Counsel for Defendant has previously indicated no objection to this request.

9. The Court previously extended expert discovery deadlines as a result of moving the Parties' fact discovery deadline. This is Plaintiff's first motion requesting an extension of the expert disclosure deadline.

10. Based on the foregoing, good cause exists to grant the instant Motion and the relief requested herein is not sought for any improper purpose.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order (i) extending Plaintiff's expert disclosure deadline from July 29, 2019 until August 5, 2019, and (ii) providing such other and further relief that the Court deems reasonable and just.

Respectfully submitted,

**ARCHIE BEATON**, individually and on behalf of all others similarly situated,

Dated: July 23, 2019

By: /s/ Sydney M. Janzen
      One of Plaintiff's attorneys

Benjamin H. Richman
brichman@edelson.com
Sydney M. Janzen
sjanzen@edelson.com
Alexander G. Tievsky
atievsky@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

## **CERTIFICATE OF SERVICE**

      I, Sydney M. Janzen, an attorney, certify that on July 23, 2019 I caused the above and foregoing ***Plaintiff's Unopposed Motion for Extension of Expert Disclosure Deadline*** to be served by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                                   /s/ Sydney M. Janzen