IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARCHIE BEATON, individual and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff/Counter-Defendant, | ) ) ) | Case No. 1:13-cv-08389 |
| v. | ) ) | Judge Andrea R. Wood |
| SPEEDYPC SOFTWARE, a British Columbia company, | ) ) ) ) | |
| Defendant/Counter-Plaintiff. | ) ) | |

## COUNTERCLAIM

Defendant/Counter-Plaintiff, SpeedyPC Software ("SpeedyPC"), by and through its attorneys, hereby submits its Counterclaim against Plaintiff/Counter-Defendant Archie Beaton ("Beaton").

## PARTIES

1. Plaintiff Archie Beaton ("Beaton") is a natural person and citizen of the State of Illinois has filed this case individually and on behalf of a Class.

2. Defendant SpeedyPC Software is a company organized and existing under the laws of British Columbia, Canada.

## JURISDICTION AND VENUE

4. This Court has personal jurisdiction over Plaintiff because he has asserted claims against SpeedyPC in this Court.

5. This Court has subject matter jurisdiction pursuant to supplemental jurisdiction under 28 U.S.C. § 1367(a) because the Counterclaim is so related to the claims alleged in

Plaintiff's Complaint that they form part of the same case or controversy under Article III of the United States Constitution.

6. Venue is proper in this District under 28 U.S.C. § 1391(b) because Plaintiff filed his claims in this District.

## FACTUAL BACKGROUND

7. SpeedyPC is in the business of developing and selling innovative computer software to help computer users combat common problems. SpeedyPC has been an accredited business with the Better Business Bureau since 2005, a Microsoft Certified Partner since 2009 and achieved Gold Certified Partner status in September 2012.

8. The product at issue in this case, "SpeedyPC Pro" ("the Software"), is utility software developed and sold by SpeedyPC that helps diagnose and solve common problems that diminish a computer's performance. The terms and conditions for purchasing and using the Software are set forth in SpeedyPC's End User License Agreement ("EULA"). The EULA expressly provided that the Software was provided "AS IS", and disclaimed any express or implied warranties. The Software was also sold with an unconditional 30-day money back guarantee.

9. The Software was introduced in 2011 and was well received in the market. There were numerous independent third-party reviews of the Software, all of which were favorable. Speedy also received numerous favorable testimonials from purchasers.

10. Plaintiff Beaton is an individual who resides in Algonquin, Illinois. After a laptop Beaton used for both business and personal purposes began displaying error codes, Beaton began searching for utility software to fix the problem. He went to a few utility software websites, each of which had him run a scan on the laptop, which he did. Each scan revealed that the laptop had

issues. With his company's credit card Beaton purchased and downloaded the Software on August 24, 2012.

11. Beaton was unhappy with how the Software performed on the laptop. However, Beaton did not contact SpeedyPC until February 2013 to seek a refund. His request for a refund was denied because it was made more than 30 days after the purchase.

12. Beaton later did an Internet search on the Software and was directed to the law firm Edelson PC's ("Edelson") website.

13. Edelson's website was specifically created by Edelson to generate business for the firm by soliciting individuals to contact it for purposes of filing claims against SpeedyPC.

14. Beaton later called Edelson and they encouraged him to file a lawsuit against SpeedyPC.

15. Beaton entered into a retainer agreement with Edelson to pursue claims against SpeedyPC relating to the Software.

16. Beaton, through Edelson, filed this lawsuit in this Court on November 20, 2013 asserting claims for violation of the Illinois Consumer Fraud Act ("ICFA"), fraudulent inducement, breach of contract and unjust enrichment.

17. Beaton filed a motion for class certification on January 27, 2017 for the purchasers of the Software in the United States during the time period between October 2011 and November 2014.

18. Prior to the filing of that motion, Plaintiff took the position that his claims were not based on or related to the EULA or British Columbia law.

19. For the first time in his motion for class certification, Beaton sought to have certified, although not pled in his Complaint, implied warranty claims under British Columbia law and argued that his claims arose from the EULA.

3

20. On October 20, 2017 the Court granted Beaton's motion to certify a nationwide class for breaches of the implied warranties of fitness for a particular purpose and merchantability under British Columbia law, and a subclass under the ICFA restricted to Illinois residents. The Court certified the following class:

> All individuals living in the United States who downloaded a free trial of SpeedyPC Pro and thereafter purchased the full version between October 28, 2011 and November 21, 2014.

21. Paragraph 7 of the EULA on which Plaintiff's claims are now based contain the following provision:

> **Limitation of Responsibility** - You will indemnify, hold harmless, and defend SpeedyPC Software, its employees, agents and distributors against any and all claims, proceedings, demand and costs resulting from or in any way connected with your use of SpeedyPC Software.

22. Beaton's claims result from and are connected with his use of the Software and he has now invoked the EULA.

23. Beaton breached the agreement with SpeedyPC by seeking a refund after the agreed 30-day period, by filing this lawsuit and disavowing that the EULA applied to his claims, and denying that British Columbia law applied to his claims as he agreed in the EULA.

24. SpeedyPC seeks indemnity from Plaintiff with respect to the all matters alleged in this case, including but not limited to reimbursement of its attorneys' fees and costs incurred in this case.

## JURY DEMAND

Pursuant to Fed.R.Civ.P. 38(b), Defendant/Counter-Plaintiff respectfully demands a trial by jury.

WHEREFORE, Defendant/Counter-Plaintiff, SpeedyPC Software, hereby prays that the Court enter judgment in its favor and against Plaintiff for damages in an amount to be proven at

trial, including its attorneys' fees and costs and incurred in this action and for such other and further relief as the Court deems just and proper.

                                    SPEEDYPC SOFTWARE

                              By:   /s/James K. Borcia
                                        One of Its Attorneys

James K. Borcia (*jborcia@tresslerllp.com*)
TRESSLER LLP
233 South Wacker Drive, 61st Floor
Chicago, IL 60606
(312) 627-4000
4837-2309-6456, v. 1

5