UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Archie Beaton
                       Plaintiff,

v.                                          Case No.: 1:13–cv–08389
                                                              Honorable Andrea R. Wood

SpeedyPC Software
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 6, 2019:

      MINUTE entry before the Honorable Andrea R. Wood: Motion and Status hearing held. Defendant's unopposed motion to extend time to produce documents [268] is granted. Plaintiff's unopposed motion for extension of expert disclosure deadline [270] is granted. The Court extends the discovery schedule as follows: Plaintiff's expert disclosures are due by 8/23/2019; Defendant's expert disclosures are due by 9/23/2019; and all expert discovery shall be completed by 10/23/2019. For the reasons stated on the record, Plaintiff's motion to compel responses from defense counsel [272] is granted in part. The parties' shall each submit a Word version of their proposed class notice the Court's Proposed Order emailbox by 8/16/2019. As stated on the record, Beaton shall have until 9/10/2019 to answer or otherwise plead in response to SpeedyPC's anticipated amended counterclaim. Status hearing set for 9/17/2019 at 9:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.