IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ARCHIE BEATON, individually and on behalf of all others similarly situated, | Case No. 1:13-cv-08389 |
| *Plaintiff*, | Honorable Andrea R. Wood |
| v. | |
| SPEEDYPC SOFTWARE, a British Columbia company. | |
| *Defendant*. | |

**PLAINTIFF'S UNOPPOSED MOTION
TO EXTEND EXPERT DISCOVERY DEADLINE**

Plaintiff Archie Beaton, by and through his undersigned counsel, hereby respectfully moves the Court pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for an Order extending the expert discovery deadline for one (1) week, until October 30, 2019. In support of the instant motion, Plaintiff states as follows:

1.      On August 6, 2019, the Court extended the expert discovery deadline to October 23, 2019. (Dkt. 276.) In that Order, the Court also gave both sides additional time to complete expert discovery as follows: Plaintiff's expert disclosures were due on August 23, 2019; and Defendant's expert disclosures were due on September 23, 2019. (*Id.*)

2.      Plaintiff and SpeedyPC both timely served their respective expert disclosures and reports by the deadlines set forth by the Court.

3.      However, Plaintiff believes that SpeedyPC's expert disclosure and report raise troubling deficiencies that warrant its expert Kyle Flood's exclusion pursuant to Rule 37(c)(1). Specifically, Plaintiff believes that Mr. Flood, an employee of SpeedyPC, should be barred from testifying based on SpeedyPC's failure to disclose him as a fact witness in violation of Federal

1

Rule of Civil Procedure 26(a)(1) as well as SpeedyPC's failure to comport with the expert

disclosure requirements of Federal Rule of Civil Procedure 26(a)(2).

4.       On October 11, 2019, Plaintiff's counsel requested a meet and confer with Speedy

PC's counsel with respect to Plaintiff's anticipated Rule 37 motion pursuant to Local Rule 37.2

and this Court's standing order on discovery motions. The parties had originally scheduled a call

for Thursday, October 17, 2019 at 4:00 pm, but counsel for SpeedyPC informed Plaintiff's

counsel that morning that due to scheduling difficulties outside of his control, he would need to

reschedule the call for the following Monday or Tuesday.

5.       Accordingly, the parties have rescheduled their meet and confer to October 21,

2019 at 4:00 pm.

6.       In light of the pending meet and confer and the approaching expert discovery

deadline, Plaintiff respectfully requests that the Court enter an order extending the deadline for

an additional week, until October 30, 2019, in order to allow the parties time to confer. In the

event that the parties are unable to reach agreement, Plaintiff will file his Rule 37 motion by

October 30, 2019.

7.       On October 17, 2019, counsel for SpeedyPC indicated no objection to this

requested extension as long as it was mutual.

8.       Based on the foregoing, good cause exists to grant the instant Motion and the

relief requested herein is not sought for any improper purpose.

WHEREFORE, Plaintiff Beaton, on behalf of himself and all others similarly situated,

respectfully requests that the Court enter an Order extending discovery cutoff for one week, until

October 30, 2019, to allow the parties time to meet and confer.

Respectfully submitted,

**ARCHIE BEATON**, individually and on behalf of all others similarly situated,

Dated: October 17, 2019

By: /s/ Sydney M. Janzen
       One of Plaintiff's Attorneys

Benjamin H. Richman
brichman@edelson.com
Sydney M. Janzen
sjanzen@edelson.com
Alexander G. Tievsky
atievsky@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

3

## **CERTIFICATE OF SERVICE**

I, Sydney M. Janzen, an attorney, hereby certify that on October 17, 2019 I served the above and foregoing *Plaintiff's Unopposed Motion to Extend Expert Discovery Deadline* by causing a true and accurate copy of the same to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.


/s/ Sydney M. Janzen

4